AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Walter Thomas,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Natwar M. Gandhi, Chief Financial Officer
Office of the Chief Financial Officer
    Defendant

CA

CASE NUMBER 1:05CV01784

JUDGE: Richard J. Leon

DECK TYPE: Employment Discrimination

DATE STAMP: 09//2005

TO: (Name and address of Defendant)

Anthony Williams
Mayor
District of Columbia
1350 Pennsylvania Avenue, N.W.
Washington, D. C. 20004

#419,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara B. Hutchinson
7907 Powhatan Street
New Carrollton, MD. 20784

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     SEP 0 8 2005
CLERK                                        DATE

*/s/ Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12-12-05  1/15p |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Gary D. Dean | pps. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: MAYORS CORESPONDEN
SERVED TABATHA                                                  UNIT #419, 1350
                    BRAXTON                                      PA. Ave. NW
                                                                 WDC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/05    Tabatha Braxton
             Date        Signature of Server

             1200 Perry St. NE #100
             Address of Server    WDC 20017

             240 274 1000

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.