UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WALTER THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-01784 |
| | ) | Judge Richard J. Leon |
| NATWAR GANDHI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, by its undersigned attorneys, respectfully moves this Court, pursuant to Fed.
R. Civ. P. 6(b)(1), for an enlargement of time to January 20, 2006 within which to respond to
Plaintiff Walter Thomas' Complaint.  Defendant's response is currently due January 3, 2006.
Pursuant to Local Rule 7(m), counsel for Defendant telephoned Plaintiff's counsel who stated
that Plaintiff does not oppose this request for enlargement of time.

This enlargement is requested for the following reason.  In order provide a full and
accurate response to Plaintiff's complaint, certain pertinent persons need to be interviewed.  Due
to the holiday season, these persons will not be available for interview until January 2006.

This request is not for purposes of delay nor will the additional time sought be prejudical
to Plaintiff.

Defendant respectfully requests that this motion be granted and this Court grant it an
extension of time up to and including January 20, 2006 in which to file a response to Plaintiff's
complaint.

DATED:  December 28, 2005                          Respectfully submitted,


_____

Mary E. Pivec, Esq. D.C. Bar No. 445760
Julia H. Perkins, Esq. D.C. Bar No. 484163
Sheppard Mullin LLP
1300 Eye Street, 11th Floor East
Washington, DC 20005
(202) 218-0000(phone)
(202) 218-0020(fax)
Counsel for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on December 28, 2005, I caused a copy of Defendant's Unopposed Motion For Enlargement of Time to be served by electronic mail upon Barbara Hutchinson, counsel for Plaintiff Walter Thomas.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER THOMAS,        ) | |
|               ) | |
|     **Plaintiff,**     ) | |
|               ) | **Case Number:  05CV01784** |
|               ) | **Judge:  Richard J. Leon** |
|    **v.**          ) | |
|               ) | |
| NATWAR GANDHI,     ) | |
|               ) | |
|     **Defendant.**    ) | |
|               ) | |

## ORDER

Upon Consideration of Defendant's Unopposed Motion for Enlargement of Time, any opposition thereto, and the entire record herein, it is on this _____ day of _____, hereby

ORDERED and ADJUDGED that Defendant's motion be, and it hereby is, granted; and Defendant shall file its response to Plaintiff's Complaint on or before January 20, 2006.

DATED: _____

_____
**UNITED STATES DISTRICT JUDGE**