UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-01784 |
| ) | Judge Richard J. Leon |
| NATWAR GANDHI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ENTRY OF APPEARANCE

The clerk will please enter the appearance of Mary E. Pivec and Julia H. Perkins of the law firm of Sheppard Mullin Richter & Hampton, LLP as counsel for Defendant in the above-entitled civil action.

DATED: January 20, 2006         Respectfully submitted,

_(signature)_
Mary E. Pivec, Esq. D.C. Bar No. 445760
Julia H. Perkins, Esq. D.C. Bar No. 484163
Sheppard Mullin Richter & Hampton LLP
1300 Eye Street, 11th Floor East
Washington, DC 20005
(202) 218-0000

Counsel for Defendant