```
          IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF COLUMBIA

Walter Thomas,                    )
        Plaintiff                 )
                                  )
v.                                )   Civil Action No. 05-1784
                                  )              RJL
                                  )
Natwar M. Ghandi,                 )
 Office of Chief Financial        )
 Officer,                         )
        Defendant                 )
```

**JOINT REPORT OF THE PARTIES PURSUANT TO LCvR 16.3**

In accordance with LCvR 16.3, the parties have met and conferred by telephone and file the following Joint Report:

1. Walter Thomas, (Mr. Thomas) the plaintiff, believes this matter will not be disposed of by dispositive motion. Natwar M. Ghandi, (Mr. Ghandi), Chief Financial Officer, believes this matter will be disposed of by dispositive motion. No dispositive motions are currently pending before the Court.

   2. No parties need be joined in this action.

   3. Mr. Thomas would agree to assign the matter to a magistrate judge for all purposes, including trial. Dr. Ghandi opposes assignment to a magistrate judge for any purpose other than resolution of discovery disputes and mediation.

   4. The parties believe this matter can be settled.

   5. The parties agree this matter could benefit from the Court's alternative dispute resolution procedures and believes the matter should be referred to ADR, after the

completion of discovery.

6. Mr. Thomas does not believe this case will be resolved by dispositive motion.  The defendant believes the case will be resolved by dispositive motion.

7.  Mr. Thomas believes that the parties should exchange initial disclosures on or before April 14, 2006. Dr. Ghandi requests that initial disclosures be waived in favor of traditional discovery methods.

8.  Mr. Thomas believes, based upon the complexity of the issues relating to a reduction in force in this case, that written interrogatories and length of depositions should exceed the requirements of Fed.R.Civ.P.  30 and 33.  Mr. Thomas requests the parties be permitted to serve 35 written interrogatories and depositions be extended to 12 hours and exceed more than one day.  Dr. Ghandi contends that this a simple, non-selection case and that there is no need to exceed the normal limits on interrogatories and duration of depositions.  Discovery in this action should be completed on or before August 31, 2006.

9.  The parties do not believe there is a need for modification of the requirements for expert witnesses.

10.  This matter is not a class action.

11.  The parties agree this matter should not be bifurcated.

12. Mr. Thomas submits the scheduling of a pretrial conference to the discretion of the Court.

13. Mr. Thomas requests the Court to set a firm date for trial at the first scheduling conference.

>Respectfully Submitted,
>
>/s/ _____
>Barbara B. Hutchinson
>Attorney for Plaintiff
>D.C. Bar # 418967
>7907 Powhatan Street
>New Carrollton, MD. 20784
>Telephone: (301) 577-3387
>Facsimile: (301) 577-3764
>
>/s/_____
>Mary E. Pivec, Esq. D.C. Bar # 445760
>Julia H. Perkins, Esq. D.C. Bar #484163
>Sheppard Mullin Richter & Hampton LLP
>1300 Eye Street, NW 11th Floor East
>Washington, D.C. 20005
>(202) 218-0000 (phone)
>(202) 218-0020(fax)