```
          IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF COLUMBIA

Walter Thomas,                    )
       Plaintiff                  )
                                  )
v.                                )   Civil Action No. 05-1784
                                  )              RJL
                                  )
Natwar Ghandi,                    )
 Office of the Chief Financial    )
 Officer                          )
       Defendant                  )
                                  )
```

**PROPOSED SCHEDULING ORDER**

 The Court having considered the Joint Report of the Parties, the Court enters the following Scheduling Order, in this matter:

 1. The parties shall exchange initial disclosures, on or before April 14, 2006.

 2. All discovery in this action shall be completed on or before August 31, 2006

 3. The parties are referred to ADR, for a period of sixty days, after the close of discovery.

 4. The parties shall be permitted to serve 35 interrogatories.  The parties shall have twelve hours for

taking of depositions and a deposition may exceed one day

5.  The trial in this matter is scheduled for _____, 20____.

And It Is So Ordered, this _____ day of _____, 2006.

_____
Richard J. Leon
United States District Judge


Notice To:

Attorney for Plaintiff:
Barbara B. Hutchinson
7907 Powhatan Street
New Carrollton, MD. 20784

Attorney for Defendant:
Mary E. Pivec
Julia H. Perkins
Sheppard, Mullin, Richter & Hampton LLP
1300 Eye Street, N.W. 11th Floor East
Washington, D.C. 20005