IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-01784 |
| ) | Judge Richard J. Leon |
| NATWAR GANDHI, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF JULIA H. PERKINS**

Now comes attorney for Defendant, District of Columbia Office of the Chief Financial Officer ("OCFO"), and pursuant to Local Civil Rules 7 and 83.6, hereby respectfully request leave to withdraw her appearance on behalf of District of Columbia Office of the Chief Financial Officer ("OCFO") in this matter.

1. Julia H. Perkins is no longer an attorney for the law firm of Sheppard, Mullin, Richter & Hampton, LLP.

WHEREFORE, Julia H. Perkins request that this Court grant her request to withdraw her appearance in this matter.

Dated: November 16, 2006

Respectfully submitted,

/s/ Julia Perkins by
Mary E. Pivec, Esq. D.C. Bar No. 445760
Julia H. Perkins, Esq. D.C. Bar No. 484163
Sheppard Mullin LLP
1300 Eye Street, 11th Floor East
Washington, DC 20005
(202) 218-0000 (phone)
(202) 218-0020 (fax)

-2-

## Certification

I, Julia H. Perkins, hereby certify that I have served a copy of this motion upon the District of Columbia Office of the Chief Financial Officer ("OCFO") by first class mail.

*Julia Perkins by RF*
Julia H. Perkins, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATWAR GANDHI, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-cv-01784<br>Judge Richard J. Leon |

**ORDER**

Upon Consideration of the Motion For Leave to Withdraw The Appearance of Julia H. Perkins on behalf of the District of Columbia Office of the Chief Financial Officer ("OCFO"), any opposition thereto, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED and ADJUDGED that the motion be, and it hereby is, **GRANTED.**

DATED: _____                    _____
                                    **UNITED STATES DISTRICT JUDGE**