IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Walter Thomas,                      )
                                      )
       Plaintiff                 )
                                        )
             v.                    )       Civil Action No. 05-1784 RJL
                                        )
Natwar Ghandi,                 )
Office of the Chief Financial     )
   Officer                        )
          Defendant        )
_____ )

## JOINT STATUS REPORT OF THE PARTIES

Pursuant to the November 20, 2006 Order of the Court, the parties have conferred and submit the following Joint Status Report in this matter.

### Written Discovery

1. The parties have exchanged and responded to initial written discovery requests. The plaintiff has to provide additional medical records to the defendant. The defendant has requested a protective order. The parties have agreed upon the language of a protective order and will submit the Stipulated Protective Order to the Court.

### Depositions

2. The parties have discussed the scheduling of the deposition of the plaintiff. The defendant has tentatively scheduled the deposition of Mr. Thomas for February 6, 2007. Defendant reserves the right to depose up to four additional witnesses, depending upon information received in response to Defendant's written discovery. Mr. Thomas wishes to depose three witnesses. It is anticipated that the scheduling of depositions for defendant's witnesses will be in February 2007. Mr. Thomas's counsel will be out of the area attending to a

seriously ill family member from December 16 through December 27, 2006. Counsel for Mr.

Ghandi will be out of the country from January 13, 2007 to January 23, 2007.

The parties believe all discovery in this matter will be completed by February 28, 2007.

**Dispositive Motions**

3. The defendant wishes to file a dispositive motion and requests the Court to set the

following schedule:

April 2, 2007: Filing of dispositive motions

April 23, 2007: Opposition to dispositive motions

May 3, 2007 : Reply to opposition

**Scheduling of Pretrial and Trial**

4. The plaintiff submits to the discretion of the Court the scheduling of a date for the

pretrial conference and the trial. The defendant requests the Court reserve the setting of a date

for a pretrial conference until after a decision on the defendant's dispositive motion and submits

the scheduling of a date for trial to the discretion of the Court.

Respectfully Submitted,

/s/ *Barbara B. Hutchinson*                    *Mary E. Pivec*
_____          _____
Barbara B. Hutchinson                  Mary. E. Pivec, Esq., D.C. Bar. No. 445760
D.C. Bar # 418967                         Sheppard Mullin Richter & Hampton LLP
7907 Powhatan Street                   1300 Eye Street, N.W. 11th Floor East
Telephone: (301) 577-3387           Washington, D.C. 20005
Facsimile: (301) 577-3764            Telephone: (202) 218-0000
Attorney for Plaintiff                      Facsimile: (202) 218-0020
                                                     Counsel for Defendant