IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,      ) | |
|                     ) | |
| Plaintiff           ) | |
|                     ) | |
| v.                  ) | Civil Action No. 05-1784 RJL |
|                     ) | |
| Natwar Gandhi,      ) | |
| Office of the Chief Financial ) | |
| Officer             ) | |
| Defendant           ) | |
| _____) | |

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now comes Defendant, Natwar Gandhi, in his official capacity on behalf of the District of Columbia Office of the Chief Financial Officer, through undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7 of the United States District Court for the District of Columbia, hereby respectfully moves for grant of partial summary judgment, with prejudice, as to the following claims asserted in the above-captioned cause:

(1) Each of Plaintiff's claims of discrimination under Count I of the Complaint except for Plaintiff's claim of discrimination on the basis of age with respect to his non-selection for the position of Lead Support Services Specialist, with respect to which there exists material disputes of fact as to the existence of direct evidence of discrimination on the basis of age.

(2) All of Plaintiff's claims of discrimination under Count II of the Complaint.

In support of this Motion, Defendant files a separate statement of undisputed facts as required by Local Rule 7cv01, and a memorandum of law stating setting forth the

analysis as to why, under controlling law, the reference provisions of the Complaint fail to state a claim under which relief may be granted .[1]

DATED: April 2, 2007                    Respectfully submitted,

 

*Mary E. Pivec*
Mary E. Pivec, Esq. D.C. Bar No. 445760
Lewis Pivec LLP
1300 Eye Street, 11th Floor East
Washington, DC 20005
(202) 772.5310(phone)/(202) 218-6877(fax)
Counsel for Defendant

## CERTIFICATE OF SERVICE

On this the 2nd day of April 2007, I, the undersigned, certify that I caused a copy of Defendant's Motion for Partial Summary Judgment, Statement of Undisputed Material Facts, Memorandum of Law and Proposed Order to be served upon Barbara Hutchinson, counsel for Plaintiff Walter Thomas.

*Mary E. Pivec*
Mary E. Pivec, Esq.
Counsel for Defendant

---

[1] If granted, the only remaining claim in this action would be that for age discrimination in connection with Plaintiff's non-selection for the position of Lead Support Services Specialist in March 2003, as asserted under Count I of the Complaint. A dispute of fact exists with respect to asserted direct evidence of age bias which prevents an award of summary judgment under Rule 56.