# CAMILLERI EXHIBITS

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Chief Financial Officer



Natwar M. Gandhi
Chief Financial Officer

EXHIBIT 2

Camilleri
2/28/07 S/6

## MEMORANDUM

**TO:**      Natwar M. Gandhi
            Chief Financial Officer

**FROM:**    for Diane M. Camilleri  *Lucille Dickens*
            Acting Director, Government Business and Human Capital

**DATE:**    December 10, 2002

**SUBJECT:** Proposed Restructuring of the Office of Government Business and
            Human Capital (OGBHC)

Based on the goal of the Office of the Chief Financial Officer to normalize its financial operations and streamline/improve the overall administrative function within the OCFO, a proposed restructuring is proposed for OGBHC.

The current structure of the division (see Attachment 1) is inefficient and top heavy with Management and Supervisory Service (MSS) positions. Thirty-six percent of the current staff are in the supervisory category, yet very few of them meet the established MSS criteria. Many of the positions in the division are improperly classified and/or graded and accurate position descriptions are largely unavailable. Most of the positions in the current Human Resources function are generalists and are staffed with employees who, for the most part, had no previous experience in Human Resources before coming to this organization.

Because of issues with respect to organizational performance and changing mission focus, it is recommended that all positions in OGBHC be abolished. A new organization, with properly classified and graded positions has been outlined in Attachment 2. The new organization of Management and Administration (M&A) will enhance operating efficiencies and raise the level of professionalism with the creation of positions specific to the need of the organization being serviced.

In addition to the abolishment of positions in OGBHC, the General Services Unit in Office and Tax Revenue will be abolished and organizationally reestablished in M&A. One position in Treasury and one in Financial Operations and Systems will also be abolished, as the duties are primarily related to driving and messenger services. These functions will be consolidated in M&A under the Director of Support Services.

Proposed Restructuring of the Office of Government Business and
        Human Capital (OGBHC)
December 10, 2002
Page 2

A summary of the proposed changes in the organization is as follows:

- Reduced the number of positions in the various organizations (including OGBHC, OTR, OFUS, and OFT) by 13 (from 53 to 40) (note: this includes one Attorney position, transferred to the General Counsel).
- Reduced the number of MSS positions in various organizations by 9 (from 17 to 8).
- Reduced the number of direct reports to the Director of M&A from 8 to 4.
- Aligned all Human Resources (HR) activities under the HR division (currently spread throughout the organization).
- Aligned all facilities type duties (relating to driving/messenger service) under the new Support Services Division and leveled the grades/responsibilities.
- Reclassified all HR professional positions into specialty areas (Labor Relations, Classification, Compensation and Benefits, and Staffing and Recruitment) and leveled the grade structure.
- Restructured the entire Procurement area into two specific functions of (1) Contracts and (2) Procurement and leveled the grade and supervisory structure.
- Restructured the Training and Development function to come under the Human Resources Division, leveled the grade structure, and reclassified the positions.

Another significant change is a reduction in the amount of personal driving services now offered to senior managers/executives throughout the OCFO. Instead, a shuttle service will be procured, allowing all OCFO employees and managers to be transported between our four primary offices in downtown DC. Driving services will remain available for the CFO and on a limited basis for Deputies/Associates in special circumstances. In addition, the support services clerks will be selected from special hiring sources to begin building a program to employ the disabled.

The result of the changes will be a projected annualized cost saving of $674,984. The overall loss of positions will not impact the service delivery to the OCFO organization and in fact, should improve the level of service provided by establishing the proper types of positions for duties to be performed and recruiting for experienced professionals to fill the positions.

The restructuring will be accomplished by (1) abolishing all positions in the current organization (2) posting the vacancies in the new organization for competition (internal and external) and (3) terminations of all employees in the current organization who are not selected for a continuing position in the OCFO.

Doc610

Proposed Restructuring of the Office of Government Business and
          Human Capital (OGBHC)
December 10, 2002
Page 3

If you have any questions or need additional information, please call me at (202) 442-8040

Restructuring approved:

_____          _____
Natwar Gandhi                            (Date)
Chief Financial Officer

Attachments
          Old Organization Chart (Government Business and Human Capital)
          New Organization Chart (Management and Administration)
          Old vs. New Structure Summary
          Cost Analysis

Doo 611

## VACANCY ANNOUNCEMENT
## AD-RS-MA017

| | |
|---|---|
| Agency: | Office of the Chief Financial Officer |
| Division/Unit: | Ofice of Management and Administration |
| Position: | Lead Support Services Specialist |
| Series/Grade/Step: | DS–342-11 |
| Salary Range: | $39,805 – 51,308 |
| Area of Consideration: | Unlimited |
| Opening Date: | 12-13-02 |
| Closing Date: | 01-03-03 |
| Number of Vacancies: | Two (2) |



EXHIBIT 12

Camilleri
2/28/07  SH

**BRIEF DESCRIPTION OF DUTIES:**
Provides one or several of a variety of support services, including space management, property management, publishing services, supply management, mail service, facilities and equipment maintenance and transportation. Coordinates workspace matters, such as planning for office layouts, relocation of staff and equipment, construction/ renovation of work spaces. Assures that work performed by contractors in accordance with applicable requirements. Coordinates building access matters, such as keys, security cards, work identification badges, and parking permits. Coordinates operation of a fleet of government vehicles. Maintains inventory of OCFO assets throughout the OCFO. Coordinates special events and oversees the set up of facilities, furniture and equipment for OCFO functions.

**Qualifications Requirements:**
Specialized Experience: One year of specialized experience equivalent to at least the next lower level in the normal line of progression that demonstrated knowledge of the methods and procedures for providing or performing a variety of functions and services applicable to the position to be filled. Ability to plan, organize, and control work involving diverse activities; ability to gain cooperation and coordinate the work of others; and skill in oral and written communications.
**OR**
**EDUCATION**   Graduate Education: Major study--public administration, business administration, industrial engineering, industrial management, or other administrative or management fields related to the position to be filled. 3 years of graduate-level education or a Ph.D. or equivalent doctoral degree is creditable for GS-11.
Note: Equivalent combinations of education and experience are also qualifying for grade levels for which both education and experience are acceptable.

**SUBMISSION OF RANKING FACTORS:** The following ranking factors will be used in the evaluation process. All applicants **MUST** respond to the ranking factors **ON A SEPARATE SHEET OF PAPER. PLEASE SEND AS AN ATTACHMENT TO YOUR RESUME OR APPLICATION.** Please describe specific incidents of sustained achievements from your experience that show evidence of the level at which you meet the ranking factors that have been determined to be of importance for the position for which you are applying. You may refer to any experience, education, training, awards, outside activities, etc. that include the degree to which you possess the job related knowledge, skills, and abilities described in the ranking factors. The information given in response to the ranking factors should be

complete and accurate to the best of your knowledge. **FAILURE TO RESPOND TO ALL RANKING FACTORS MAY ELIMINATE YOU FROM CONSIDERATION.**

Ranking Factors:
1. Thorough knowledge of the concepts, practices, regulations and policies associated with real estate management programs. 2. Knowledge of the principles, practices, regulations, policies, and techniques associated with support services functions (e.g., property management, safety, security, mailroom operations, etc.) 3. Strong interpersonal skills and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

**HOW TO APPLY:** All applicants, including OCFO employees must submit (1) a resume, or DC2000 employment application, which clearly indicates the vacancy announcement number and the position title for which you are applying, and (2) a separate attachment addressing all ranking factors. Internal applicants must also attach an application transmittal form. Submit documents to: Tanya High, 1350 Pennsylvania Avenue NW Suite 209, Washington DC, 20004. Fax number: (202) 737-5258. Applications must be received by the closing date of the announcement.

Applicants who require accommodations in the application process should contact the OCFO at (202) 727-2476.

**District of Columbia applicants who wish to claim preference for employment with the OCFO must submit the "residency preference for employment" form, DC2000rp, or proof of D.C. residence with the application.** To be granted preference, an applicant must: (1) be qualified for the position; and (2) submit a claim form or proof of residence at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

APPLICANTS CLAIMING VETERAN'S PREFERENCE MUST SUBMIT OFFICIAL PROOF WITH THE APPLICATION.

## NOTICE OF NON-DISCRIMINATION

In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code section 2-1401.01 *et seq.*, (Act) the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination which is also prohibited by the Act. In addition, harassment based on any of the above protected categories is prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.

Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement

allowed by law or Mayoral order.  Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government.  Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.

**Walter J. Thomas**

1400 South Joyce St., #913—Arlington VA 22202—703-521-1067

December 31, 2002

Interview Panel
Office of The Chief Financial Officer
1350 Pennsylvania Ave., NW
Suite 209
Washington, D. C.



EXHIBIT 13

Camilleri
2/28/07    slb

Re: Announcement #AD-RS-MA017 Lead Support Specialist

Dear Sir or Madam:

By way of this letter, cover form, attached resume, and response to ranking factors, I am submitting my application for the position of Lead Support Specialist, as announced . Over the past 30 years, through positions held locally and internationally, I have worked in many areas of program management and administration. I am a retired Foreign Service Officer, formerly with The Department of State. My greatest experiences are in the areas of personnel, budget and fiscal, transportation, general services, program/contract monitoring, and security/communication operations. While assigned to the US Consulate in Rio de Janeiro, I served as the Communications Coordinator to International Brazilian Telecommunications,  (INBRATEL).

I have also served as the General Services Officer and Post Security officer, in support operations, at United States' consulates an embassi in outh America, Central America, The Caribbean and Afric

2

With domestic operations, I have extensive experience in support and management services.

In addition, I bring the following capabilities:

- Strong analytical, communication, interpersonal, and negotiation skills.
- Knowledge of a wide range of policies and procedures and the ability to convey them to others.
- Fluency in Spanish and Portuguese.

I have the requisite skills and background that are required for me to continue working at The Office of Tax and Revenue as a support specialist. I Thank you for your consideration.

Sincerely,

Walter J. Thomas





FOR OCFO USE ONLY
OFFICE OF THE CHIEF
FINANCIAL OFFICER
RECEIVED

2003 MAN -3 PH 1:09

### Office of the Chief Financial Officer
### Application Transmittal Form

**EMPLOYEE NAME:** *Walter Thomas*

**CURRENT OFFICE:** *General Services*

**VACANCY ANNOUNCEMENT NUMBER:** *AD-RS-MA017*

**POSITION APPLIED FOR:** *Lead Support Specialist*

**GRADE LEVEL:** *DS-342-11*



I am attaching the following required paperwork to apply for the vacancy announcement noted above.

X    **RESUME OR DC FORM 2000, EMPLOYMENT APPLICATION**

X    **STATEMENT ADDRESSING RANKING FACTORS**

I understand that I must submit this application paperwork by the closing date of the announcement in order to be considered for the position.

Applications are to be sent to:

Ms. Tanya High
Office of the Chief Financial Officer
1350 Pennsylvania Avenue, N.W.
Suite 209
Washington, DC 20004
FAX: (202) 737-5258
PHONE: (202) 727-2476

Cc: Applicant

# VACANCY ANNOUNCEMENT
## AD-RS-MA017

| | |
|---|---|
| Agency: | Office of the Chief Financial Officer |
| Division/Unit: | Ofice of Management and Administration |
| Position: | Lead Support Services Specialist |
| Series/Grade/Step: | DS–342-11 |
| Salary Range: | $39,805 – 51,308 |
| Area of Consideration: | Unlimited |
| Opening Date: | 12-13-02 |
| Closing Date: | 01-03-03 |
| Number of Vacancies: | Two (2) |

**BRIEF DESCRIPTION OF DUTIES:**
Provides one or several of a variety of support services, including space management, property management, publishing services, supply management, mail service, facilities and equipment maintenance and transportation. Coordinates workspace matters, such as planning for office layouts, relocation of staff and equipment, construction/ renovation of work spaces. Assures that work performed by contractors in accordance with applicable requirements. Coordinates building access matters, such as keys, security cards, work identification badges, and parking permits. Coordinates operation of a fleet of government vehicles. Maintains inventory of OCFO assets throughout the OCFO. Coordinates special events and oversees the set up of facilities, furniture and equipment for OCFO functions.

**Qualifications Requirements:**
**Specialized Experience:** One year of specialized experience equivalent to at least the next lower level in the normal line of progression that demonstrated knowledge of the methods and procedures for providing or performing a variety of functions and services applicable to the position to be filled. Ability to plan, organize, and control work involving diverse activities; ability to gain cooperation and coordinate the work of others; and skill in oral and written communications.
OR
**EDUCATION**   Graduate Education: Major study–public administration, business administration, industrial engineering, industrial management, or other administrative or management fields related to the position to be filled. 3 years of graduate-level education or a Ph.D. or equivalent doctoral degree is creditable for GS-11.
**Note:** Equivalent combinations of education and experience are also qualifying for grade levels for which both education and experience are acceptable.

**SUBMISSION OF RANKING FACTORS:** The following ranking factors will be used in the evaluation process. All applicants MUST respond to the ranking factors **ON A SEPARATE SHEET OF PAPER. PLEASE SEND AS AN ATTACHMENT TO YOUR RESUME OR APPLICATION.** Please describe specific incidents of sustained achievements from your experience that show evidence of the level at which you meet the ranking factors that have been determined to be of importance for the position for which you are applying. You may refer to any experience, education, training, awards, outside activities, etc. that include the degree to which you possess the job related knowledge, skills, and abilities described in the ranking factors. The information given in response to the ranking factors should be

complete and accurate to the best of your knowledge. **FAILURE TO RESPOND TO ALL RANKING FACTORS MAY ELIMINATE YOU FROM CONSIDERATION.**

Ranking Factors:
1. Thorough knowledge of the concepts, practices, regulations and policies associated with real estate management programs. 2. Knowledge of the principles, practices, regulations, policies, and techniques associated with support services functions (e.g., property management, safety, security, mailroom operations, etc.) 3. Strong interpersonal skills and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

**HOW TO APPLY:** All applicants, including OCFO employees must submit (1) a resume, or DC2000 employment application, which clearly indicates the vacancy announcement number and the position title for which you are applying, and (2) a separate attachment addressing all ranking factors. Internal applicants must also attach an application transmittal form. Submit documents to: Tanya High, 1350 Pennsylvania Avenue NW Suite 209, Washington DC, 20004. Fax number: (202) 737-5258. Applications must be received by the closing date of the announcement.

.pplicants who require accommodations in the application process should contact the OCFO at (202) 727-2476.

**District of Columbia applicants who wish to claim preference for employment with the OCFO must submit the "residency preference for employment" form, DC2000rp, or proof of D.C. residence with the application.** To be granted preference, an applicant must: (1) be qualified for the position; and (2) submit a claim form or proof of residence at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

APPLICANTS CLAIMING VETERAN'S PREFERENCE MUST SUBMIT OFFICIAL PROOF WITH THE APPLICATION.

**NOTICE OF NON-DISCRIMINATION**
In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code section 2-1401.01 *et seq.*, (Act) the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination which is also prohibited by the Act. In addition, harassment based on any of the above protected categories is prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.

Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the .asure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the mak      false statement and/or submitting untrue materials are punishable by criminal penalties pursuant        le    2405 et

allowed by law or Mayoral order.  Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government.  Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.

## Response to Ranking Factors

## Walter Thomas

Lead Support Specialist
Announcement AD-RS-MA107

## 1) Thorough knowledge of the concepts, practices, regulations, and policies associated with real estate management programs.

I have more than 20 years experience with leasing and contracting in the area of real estate management programs. Under the Department of State's real property program, I was commissioned as the Contracting and Leasing Officer for property and buildings that were leased and owned by the United States Embassy. I generated reports, created memoranda of understanding, and negotiated leases, contracts, and repair agreements in conformance with Foreign Affairs Manual Volume 7, the document that contained the concepts, policies, and regulations for real estate management.

Under the same program, I identified property and arranged for its appraisal for prospective purchase by the United States Government; conducted feasibility studies; and performed cost analyses in connection with property purchase that was to be used either for business, or for the housing of personnel who required long-term housing. The Foreign Buildings Operation furniture procurement program required that furnishings for housing be purchased from Drexler Furniture. Under the decorating program, I purchased the necessary furnishings for interior decorating.

## 2) Knowledge of the principles, practices, regulations, policies, and techniques associated with support services functions.

As Operations Specialist within the facilities and realty division of the DC Public Schools, I complied with DC Municipal Regulations in connection with negotiating lease agreements and the showing and leasing of government-owned property that was to be sold or used for programs under the aegis of the Department of Recreation. These included such community-based programs as summer day camp through Neighborhood Planning Councils, Roving Leaders, cultural activity programs, and civic groups at all levels.

Walter Thomas
Response to Ranking Factors
Page Two

For events that were to take place within a leased facility, I assured that safety
and security procedures were in place under the following circumstances:

- More than 100 people attending a function
- A dance event
- Use of a field
- Night or weekend use
- Event involving the handling of money

Serving in this capacity, I was required to be familiar with the insurance
requirements for all uses of real property that were classified as non-DC Public
Schools activities.

As Communications Coordinator/Support Specialist in Mission Support - Office
of the Chief Financial Officer (CFO), I employed the requisite support service
policies, practices, and regulations to support all seven offices under the
authority of the CFO. I submitted and monitored, until completed, all requests
for service submitted to the Office of Communications and Technology and to
the service provider, Verizon. Other responsibilities included:

- Conducting on-site inspections to ensure the maintenance and security of
  physical space
- Making suggestions for building alterations and space allocation
- Coordinating the Occupational Safety and Health Administration (OSHA)
  program to ensure compliance with Federal and District laws and
  regulations

As the current Internal Security Coordinator/Support Specialist for the Office of
Tax and Revenue, in addition to performing the functions cited above, I employ
support policies, practices, and regulations to perform the following:

- Prepare special correspondence and reports relative to the compilation of
  special data used by the General Services Officer
- Assure the security of all occupied spaces to adequately protect
  furnishings, equipment, records, and confidential documents
- Investigate the destruction and/or loss of property
- Save and store sensitive data

Walter Thomas
Response to Ranking Factors
Page Three

While carrying out assignments under the Department of State, in addition to security, I was responsible for supporting the diplomatic courier and the transportation of diplomatic and non-diplomatic mail to and from the airport. This activity required the precise scheduling of motor pool transportation so that there would be proper security of classified mail, as well as no delay in courier departure. The support was provided for the following divisions: US Information Agency, Office of the Military Attaché, and Department of State.

**3) Strong interpersonal skill and knowledge of written and oral communication techniques and methods, in order to develop, persuade, and negotiate technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.**

I am able to effectively communicate in English and foreign languages (Spanish and Portuguese). While assigned to domestic and international projects, I have been responsible for interacting—both orally and in writing—with officials at all levels of government. I have prepared reports that were used for implementing programs that enhanced business projects, domestic multicultural ventures, and US Government projects overseas. While assigned to a language-designated position in Venezuela, Spanish was mandatory to conduct business and interact with individuals at all levels. Portuguese was mandatory in order for me to be assigned to the US Consulate General, Rio de Janeiro, Brazil.

As the Post Security Officer and General Services Officer, I worked closely with the security force of the Metropolitan Police of Rio de Janeiro, to ensure optimum cooperation from the officials responsible for providing protection for consulate personnel and the perimeters of the building.

In this capacity, I used my strong interpersonal skills, written communication skills, and my skills in maintaining a harmonious atmosphere to establish the decorum required for a successful operation, involving the marines, the police officials, and security staff.

[Note: I have served in the positions referenced above on three different assignments: The US Consulate General Rio de Janeiro, Brazil; US Embassy St. Johns, Antigua; and US Embassy Accra, Ghana.]

Walter Thomas
Response to Ranking Factors
Page Four

As a Management Analyst with Federal Capital Inc., I initiated and performed the following tasks that required strong interpersonal and communication skills:

- Conducted management analysis studies involving operations and management problems in conjunction with members of various management teams
- Developed issue papers and decision documents after analyzing and evaluating contractors' production statistics
- Developed recommendation papers/documents, in order to persuade team members and management to take alternative or corrective action
- Developed comparative studies, measuring trends over time, based on monitoring and analysis of contractors' performance
- Evaluated conclusions and prepared supporting documentation and recommendations

While serving as team leader for various development and testing activities, I convened team meetings; assigned work to staff members and team members; and reviewed work products from contractors and team members. I also developed training materials designed to clarify regulations and operating procedures, and I investigated work processes and services relative to work flow. I provided written responses to complex questions and ambiguous issues of a policy and technical nature for which there was no written regulation or guideline for contractor staff.

I have mentioned that I am able to communicate in English and other languages, giving the examples of being able to communicate in Spanish and Portuguese. In support of this statement, I have attached a copy of my language qualification form from the US Department of State. Additionally, I passed a written and oral examination in order to become a tenured officer of the United States Foreign Service. I have also attached two copies of the commission from the diplomatic portfolio that confirms that I was awarded commission and tenure.

1400 S. Joyce St., #913
Arlington, VA 22202          703-521-1067

# Walter J. Thomas

**Objective**

A position that will draw on my experience in administration and management and my strong interpersonal and negotiation skills.

**Summary of Qualifications**

More than 30 years combined experience in operations management, program administration, international relations, and bilingual education. Possess strong analytical, management, negotiation, interpersonal, and communication skills; and have gained an understanding of policies and procedures at all levels—local, national, and international. Have had responsibility for budgets in excess of $10 million, have developed numerous plans and reports, and have extensive training experience. Am fluent in Spanish and Portuguese.

**Experience**

1998-Present, Government of the District of Columbia, Washington, DC
**Internal Security Coordinator/Support Services Specialist, Office of the Deputy Chief Financial Officer (2000-Present)**

- Responsible for security and support services activities within the Office of Tax and Revenue
- Serve as the liaison for communication and phone service for the General Services Division
- Prepare reports and special correspondence relative to the compilation of data used by the General Services Officer
- Assure the physical security of all occupied spaces to adequately protect furnishings, equipment, records, confidential documents, and all property contained therein
- Assist in the investigation of incidents that result in the loss or destruction of property
- Save and store equipment for the safety of sensitive data
- Make recommendations concerning requests for building alterations and secure the requisite services through appropriate District facilities or private contractors
- Coordinate the Occupational Safety and Health Administration (OSHA) program to ensure compliance with Federal and District laws and regulations

**Communications Coordinator/Support Services Specialist, Office of Chief Financial Officer (CFO) – Mission Support (1998-2000)**

- Provided telecommunications support to the seven (7) offices within the agency of the CFO and coordinated security matters pertaining to the offices under the authority of the CFO
- Submitted and monitored all requests for communications service emanating from the offices under the authority of the CFO
- Coordinated telecommunications surveys with the Office of Telecommunications and Technology and Verizon

**Walter J. Thomas**
**Page Two**

**Experience**
**(continued)**

**Communications Coordinator/Support Services Specialist, Office of CFO – Mission Support (continued)**

- Determined communications and utility services requirements
- Conducted on-site inspections to ensure maintenance and security of physical space, made recommendations for building alterations and repairs, and secured services needed
- Coordinated the department's OSHA programs

1996-1998, District of Columbia Public School System, Washington, DC

**Operations Specialist**

- Reviewed and analyzed assessment management documents
- Prepared lease agreement/contract authorizations for the Realty Officer
- Approved all reports and correspondence submitted to the Special Projects Coordinator, the Manager of Custodial Services, and the Chief of Building Maintenance Operations
- Requisitioned supplies, supervised space allocation and moves, and handled requests for phone and other services
- Was involved in all aspects of the school emergency repair program

1995-1996, Fed Capital, Inc., Silver Spring, MD

**Project Coordinator**

- Prepared analyses and reports involving international investment projects operating in Central and Latin America
- Provided technical assistance to project managers operating overseas
- Monitored the progress of projects and prepared progress reports for review by the Chief Executive Officer
- Traveled to overseas project sites and assisted in the development and presentation of classes and seminars on investment policy, guidelines, and regulations

1992-1995, Government of the District of Columbia, Washington, DC

**Bilingual Coordinator, Department of Education (1992-1995)**

- Assessed, placed, and enrolled all students whose home language was other than English
- Developed, implemented, and evaluated English as a Second Language (ESL)/Bilingual programs
- Supervised bilingual/ESL teachers and teacher aides to ensure program quality and overall consistency and assisted principals in program administration

Walter J. Thomas
Page Three

Experience
(continued)

**State Coordinator for Refugee Resettlement, Department of Human Services (1989-1992)**

- Compiled demographic data on the District's refugee population
- Developed all policy and procedures materials related to refugees' eligibility for cash and medical assistance programs, for inclusion in the Department of Health and Human Services Manual
- Maintained liaison with other public and private agencies and organizations to promote coordinated planning and funding of services
- Prepared programmatic and financial reports, as well as the State Plan and Annual Performance Reports

1985-1989, Fed Capital Inc.  (Same duties as previously described)

1971-1985, Department of State, Washington, DC

**Foreign Service Officer—Venezuela, Columbia, Brazil, Ghana, and Antigua (1975-1985)**

- Managed the embassy's human and material resources and advised the U. S. Ambassador on all aspects of management and embassy administration, providing guidance on sensitive issues.
- Directed activities in the areas of budget and fiscal, personnel, communication, and security
- Identified resources and requirements for achieving foreign policy objectives

**Foreign Service Officer/Analyst, Peace Corps (1973 1975) Headquarters Washington, DC Central America/Caribbean**

**Area Program Division - Components: University Asst., Municipal Mgt., Nursing, Urban Planning, University Asst., Teacher Training.**

- Involved in all aspects of implementing Peace Corps bilingual and cross-cultural education programs operating in Central America and the Caribbean
- Participated in the management of both programmatic and operational activities affecting the country of assignment
- Assisted in developing projects and recommending plans necessary for the country's conformance to area and regional goals

**Foreign Service Officer Asst. Country Director, Caracas, Venezuela, Peace Corps (1971-1973) Supervised all programs operating in Western Venezuela**

- Analyzed and interpreted Host government program needs, conceptualized the utilization of Peace Corps personnel, and developed technical and material support for personnel at the local level
- Oversaw bilingual education, teacher training, and university assistance
- Assisted in the preparation of documentation and program requests

**Walter J. Thomas**
**Page Four**

**Experience**
**(continued)**

1968-1970, Cardozo Neighborhood Development Center, Washington, DC - Multicultural Action Agency, Serving an area of 50,000

**Director, Community Relations (1970-1971)**

- Served as liaison from the community directly to the Chief of Police and Mayor's Office
- Assisted drug addicts and parolees with enrollment in employment, health, education, and drug treatment programs
- Developed special programs for the Spanish-speaking community in conjunction with the metropolitan police department and Howard University

1970 - 1972 Cardozo Neighborhood Development Center

**Deputy Director/Bilingual Liaison(1968-1970)**

- Was responsible for program design and implementation
- Screened all job applicants and handled staff grievances
- Evaluated the progress of program activities, reported on them weekly, and developed budgets for submission to the Board of Directors
- Coordinated all programs pertinent to the Spanish-speaking community

**Agency Components:** Community Relations, Health and Education, Housing, Evictions, Consumer Protection, Employment, Senior Citizens Lunch/Nutrition Program

**Education and**
**Training**

- Spanish and Portuguese, Tested at the Foreign Service Institute, United States Department of State
- Graduate Studies/Consortium, Languages and Linguistics/Latin American Studies, Howard and Georgetown Universities
- B.A., Languages and Linguistics/International Relations - emphasis on Latin American Area Studies, Howard University

6.1

STANDARD FIELD POSITION DESCRIPTION

ADMINISTRATIVE OFFICER

SUMMARY

Serves as manager of the post's human and material resources
and advisor to the Chief of Mission, Deputy Chief of Mission
or Principal Officer, as well as heads of other agencies
represented at the mission, on all aspects of management and
post administration.

The Administrative Officer is expected to be a key member of
the Ambassador/Principal Officer's management team.  Must
have the ability to develop new perspectives and directions
in management practices, often in response to complex, sen-
sitive situations.

A typical Administrative Section is comprised of the follow-
ing units:  General Services,  Budget and Fiscal,  Person-
nel, Communications, and Security, including Marine Guards,
where applicable.

GENERAL DUTIES

Directs the Administrative Section, planning its work and
ensuring coordination of effort in the accomplishment of
day-to-day operations.

Directs the activities of the Administrative Section through
subordinate supervisors who are responsible for the various
functions.  Provides technical guidance and direction on
existing complex problems and new and unprecedented actions
which affect the operation of the post, other USG agencies,
and the host government.

Provides professional technical guidance and leadership on
particularly difficult or sensitive matters, such as major
construction, negotiation of complex contracts or leases,
delicate or intricate negotiations with officials of the
host government, etc.

Based on information received from supervisors, other agency
heads, and section chiefs, identifies resource requirements
for achieving foreign policy objectives.  Directs prepara-
tion of budget submissions and staffing plans utilizing
knowledge of mission goals and available resources.  Nego-
tiates administrative support arrangements with the chiefs
of other USG agencies serviced by the Administrative Section

6.1

-2-

and resolves any questions arising from services requested
and services received.

Establishes and maintains contact with officials at all
levels in both the local and national governments, other
diplomatic missions, banks and local business organizations
on a variety of official matters to solve problems or
achieve mission objectives concerning customs regulations,
immunities and privileges, tax laws, and high-level visits.
Also uses such contacts to stay abreast of exchange rates,
banking laws, and local employment practices.

Develops and directs a wide variety of staff support acti-
vities designed to promote the morale and well-being of
US Government employees and their dependents.  Such acti-
vities may include US Government-supported schools, commi-
saries, recreation, and health care.

Plays a leadership role in the local American community
(both official and private) to foster good will and coop-
eration on matters of mutual interest.  This is especially
important for employee morale at posts where living condi-
tions are difficult and community facilities are limited.
Advises and assists the community in developing and operat-
ing schools and recreational facilities and other activi-
ties as required by local conditions.  May perform a
similar function in the larger international community when
it is in the best interest of the mission.

6.7.03

## FSO-3 Chief, General Services Unit

Serves as Chief of the General Services Unit at a large
Type I mission which provides support to an almost con-
stant flow of high level U.S. delegations and VIP visitors,
numerous international conferences, trade fairs and ex-
hibits; provides regional procurement and/or supply
services for numerous other posts; manages a large and
varied real and non-expendable property maintenance and
repair program encompassing U.S. Government-owned and
leased multi-storied office and apartment buildings,
residences, warehouses, repair and maintenance facilities,
and the equipment, furnishing, appliances, etc. contained
therein; negotiates highly complex contracts for property,
supplies and services involving large expenditures; and
provides a full range of services to most, if not all, U.S.
Government agencies at post.

Also serves at a large Type II mission which provides U.S.
Government housing for most, if not all, official Ameri-
cans; as well as a full range of support services to most
USG agencies at post.  The general services program is
also complicated by many of the adverse conditions enu-
merated in the "Explanatory Notes."

## SUPERVISION RECEIVED

Receives supervision from the Administrative Officer and
on occasion, from the Deputy Chief of Mission.  Seeks
guidance on the most complex problems and those involving
major policy determinations of very sensitive issues.
Refers such problems with recommendations to the super-
visor for decision.

## SUPERVISION EXERCISED

Supervises all phases of the General Services Unit through
subordinate American Officers and/or local employees.
Provides broad guidance, establishes goals and priorities,
and coordinates those activities which are overlapping or
interlocking.  Keeps staff informed of operational changes
and reviews work for adequacy and compliance with instruc-
tions.



Walter James Thomas

<u>COUNTRY DESK OFFICER</u>                          FSR-136-5

<u>INTRODUCTION</u>

This position is located in ACTION, Office of International
Operations, ____Latin America____ Regional Office.  The Latin
America Region is composed of two geographic areas, each of
which contains a number of host-countries.  Each area is
responsible for:  a) coordination of all issues between
Peace Corps/Washington and the overseas staff; b) analysis,
evaluation and monitoring of IO/Regional programs; c) inter-
pretation and coordination of ACTION/IO policies and decisions;
d) staff administration of overseas operational, logistical,
and Volunteer/Trainee activities; e) communication with Agency
officials, State Department and Embassy personnel, and private
institutions and individuals.

The purpose of this position is to serve as Country Desk
Officer for Jamaica/Belize Eastern Caribbean under the general direction
of the Area Director for Central America/Caribbean .  The
CDO is ACTION/IO's expert on the country(s) of assignment
and as such is responsible for the discharge of a variety
of activities which include:  serving as IO/Washington
representative of overseas staff and Volunteer/Trainees;
receiving, evaluating, and monitoring program and country
documents; interpreting and advising on ACTION/IO programming,
country management, and administrative policies and decisions;
monitoring overseas operational, logistical, and Volunteer/
Trainee activities; and establishing and maintaining liaison
with appropriate embassies, government agencies, private
institutions and individuals.  In order to perform the above
listed activities effectively the incumbent must be sensitive
to the political, economic and cultural conditions in the
host country(s) and the impact of those conditions on Peace
Corps programs and operations.

<u>DUTIES AND RESPONSIBILITIES</u>

The Country Desk Officer participates fully in the management
of all Peace Corps activities, both programmatic and opera-
tional, affecting the country(s) of assignment.  Within the
general framework of overall Peace Corps and Regional policy,
the individual in conjunction with the Area Director assists
the country(s) of assignment in developing projects and
recommending medium and long range plans which are necessary
for the country's conformance to Area and Regional Goals.
The CDO reviews, analyzes and evaluates all appropriate
program documentation, such as CMPs, 104s, program agreements,
training plans, contracts, etc.  Through an understanding of
the political, social and economic conditions of the host

country, the CDO determines the relevance and feasibility of a country's request in view of Regional/Area strategies, policies, goals and program criteria. Based on this analysis, and in conjunction with the AD, the CDO provides information, comments and recommendations to appropriate Regional Personnel and/or the Country Director for consideration and final action. The incumbent monitors and analyzes all country indicators, such as man-years, attrition, projections, fill rates, training and program costs, staffing patterns as they relate to Regional/Area objectives and goals, and makes recommendations to Regional personnel and/or the Country Director for appropriate action. As required, the CDO travels to the field and based on a substantial knowledge of ACTION/Regional/Area policies and procedures informs, interprets and assists the Country Director in programmatic and/or operational matters. The CDO is responsible for maintaining liaison with appropriate Embassies, State Department officials, other ACTION offices and private institutions/individuals and acts as interpreter of Regional/Area/Country policies and program strategies.

The incumbent assumes gradually increasing responsibilities for all desk functions and operations, representative are:
-reviewing and evaluating the CMP for completeness and conformity with Regional guidelines; tabulating and assessing man-year, budget, staff and training data; providing country specific data and interpreting country program strategies as a member of the CMP review panel; providing post-review information to the Country Director.
-analyzing and evaluating program documents submitted by the field; researching inquiries related to program documents; providing the Country Director with current fill information; providing current program and country information to prospective Volunteers; preparing reviews for the Country Director which analyze strengths and weaknesses of the 104 documents.
-monitoring all Agency actions and correspondence which affect the country(s), e.g. budget, audits, PCV extensions/terminations, readjustment allowance issues, personnel, public relations, as well as unique, urgent or sensitive requests from Volunteers, their families or other ACTION offices.

The CDO serves as the Regional/Area/Country representative on personnel panels, contract technical review panels, conferences, agency task forces, stagings, and other activities deemed appropriate by the Area Director.

The incumbent assumes full responsibility for the day-to-day direction and supervision of Desk Operations including the supervision, direction, and evaluation of the Country Desk Assistant.

```
DATE: 05/28/96    PER/EX FOREIGN SERVICE PERSONNEL AUDIT REPORT        PAGE:  01
NAME: THOMAS, WALTER J       SSN: 033302941      DOB: 12/23/40    ST: K
DIPTTL: DE                   MARITAL ST: S        SCD: 02/06/68    SEX: M
TOURTYP: X-OTHER             HMLV:                EOD-FS: 01/76    VET: 1
ARRIVDT: 07/84               TED:                 EOD-DP: 01/76    TEN: 01
LEGLRES: MASS.               SALARY: 44,773.00    PP-CL: FO03      STEP: 10
HMVLRES:                     EXLIMAPPT:                            AGN: 1900
BIRTHPL:                     CURORG:                               PSI: CCC
SKILL1: 2010-ADMIN MGT       POSNO: 00000000                       FEGLI: C
SKILL2: 2301-GENERAL SERVICE                                       FEHB: 101
SKILL3: 0000
```

| PAST ASSIGN | DATE | POS SKILL | POS TITLE | | GRADE | DATE |
|---|---|---|---|---|---|---|
| DG/PER/MISC | 07/84 | REASSIGNMENT | | | FP03 | 02/81 |
| ST JOHNS | 10/83 | ADMIN MGT | | | FR05 | 12/77 |
| AF | 01/83 | REASSIGNMENT | | | FS03 | 01/76 |
| ACCRA | 12/80 | GEN SER OFFICER | | | | |
| ARA | 06/80 | REASSIGNMENT | | | | |
| RIO DE JAN | 05/78 | GEN SER OFFICER | | | | |
| M | 01/76 | REASSIGNMENT | | | | |

| LANGUAGES | S/R | DATE | HS/R | HDATE | AWARDS | YR |
|---|---|---|---|---|---|---|
| PY PORTUGUESE | 3 3 | 03/79 | 3 3 | 03/79 | | |
| QB SPANISH | 2P2P | 06/80 | 2P2P | 06/80 | | |
| MLAT: 42 | | | | | | |

```
            LEVEL OF EDUCATION: 13 - COLLEGE GRADUATE, BACHELOR'S D
```

| COLLEGE | LOCATION | DEG | YR | MAJOR |
|---|---|---|---|---|
| HOWARD UNIVERSITY | WASHINGTON D C | BA | 67 | LITERATURE |

| DEPENDENT NAME | RELATION DOB | EMP IN-SERV TRAIN | DATE |
|---|---|---|---|

*** WARNING: Disclose To Authorized Persons Only (22CFR 6A) ***
*** Contains Information Protected By The Privacy Act Of 1974 ***

# The United States of America

To all to whom these presents shall come, Greeting:

... confidence in the abilities and integrity of    Walter J. Thomas,
States of America, I do appoint him    Consul    of the
Brazil, for Rio de Janeiro and its prescribed district;

... him to have and to hold the said office, and to exercise and enjoy all the rights
... owing the pleasure of the President of the United States; and I do hereby
... ships, and other vessels, ... him in a ... unto the flag of the United
... all persons whatsoever, him therein.    Walter J. Thomas

... the Government of Brazil, its

Walter J. Thomas    ... fully and peaceably to
... suffering to do, prevent, to him ... molested any ... to the ... the contrary.
... have ... power and ... for all ... determine to remunerate ...

In Testimony whereof, I have caused these Letters to be made Patent, and the Seal of the
... affixed.

Given under my hand at Washington, this    twenty-second    day of    May,
in the year of our Lord one thousand nine hundred and    eighty,
and of the Independence of the United States of America, the two hundred
fourth.    Effective May 8, 1978.

By the President:

Jimmy Carter

[signature]

# The United States of America

## To all who shall see these presents, Greeting:

...fidence in the abilities and integrity of __Walter J. Thomas,__ _____ __Consul__ _____ of the ... States of America, ... assign him as ... __Republic of Cape Verde.__

... him, to have and to hold the said office, and to exercise and enjoy ... the rights ... during the pleasure of the President of the United States; and I do hereby ... ships, and otherwise ... armed or unarmed, sailing under the flag of the Said ... help and assist him therein. __Walter J. Thomas__ ... __the Government of the Republic of Cape Verde, its__ ...

__Walter J. Thomas__ ... fully and favorably to ... suffering to be given unto him, any molestation or trouble; but on the contrary ... suffering him in the issue for all their relations shall in like manner be recommended ...

I have caused these Letters to be made Patent, and the Seal of the ... affixed.

...ty of Washington this _____ __nineteenth__ _____ day of _____ __May,__ ... or of our Lord one thousand nine hundred and _____ __eighty,__ ... Independence of the United States of ... herein the two hundred and __fourth.__

_Jimmy Carter_

By the President:

_[signature]_

Secretary of State

09/05/2006 19:15 FAX                                          ☒009

W - 703 - 846 - 8392

AD·RS·MA017

3:15 pm

*Barry Edmonds*

*Qualified*

8714 Fort Foote Rd.
Fort Washington, M.D. 20744

Home- 301-567-0326

January 3, 2003

Tonya High
1350- Penn. ave
WASHINGTON D.C 20004 RM 209
Personnel Operation Office

Dear Friend,

 Ranking Factor

1. Thorough knowledge of the concepts, pratices, and policies associated with
real estate management programs.
I'm currently taking a real estate course

2. Knowledge of the principles, pratices, regulation, polices and techniques
associated with support services function. (e.g. property management, safety,
security, mailroom operation, etc.)

2 Working at D.C. City Council Support Service Division I assisted in
conducting the quality reviews of the equipment records and supplies and
property. Also handle all presort mail for Councilmemeber office and
process all incoming-out gong mail for United States Postal Service.

3. Strong interpersonal skill and knowledge of written and oral
communication techniques and methods in order to develop/
persuade/negotiate technical and implementation issues, and to solicit or
provide information in a highly effective and articulate manner.

3. By working with D.C. City Council one of my responsibilities were to
Negotiate bids with Outside Contractors for supplies and equipment
proposals.



EXHIBIT 14

Camillen

2/28/07    sb

000322

09/05/2006 19:15 FAX                                                    @010

*Sincerely*

*Barry Edmonds*

D00323

09/05/2006 19:15 FAX                Barry N. Edmonds        - Tonya Bign              ☑011

Barry N. Edmonds
8714 Fort Foote rd
Fort Washington MD, 20744
Home (301-567-0326)
Work (202-678-8350)

**Objective:** To find a job that utilizes a broad range of my managerial and business skills and offer the potential for advancement.

## Experience
## WASHINGTON TIMES - Area Manager
Lanham, MD
Present

## Responsibilities

- Managing and coordinates work schedules for 18 employees who delivery of the Washington Times and other publication in a timely matter in Prince George's County area.
- Conduct customer service inquiries with employees and customer to maintain excellent survives in the Prince Georges Area.
- Process payroll and maintain the budget for PG3 area.
- Make presentation to staff by providing information of all office function such as circulation department issues.
- Attend weekly meeting about circulation problem and service issues.
- Conduct daily Sales presentation in PG3 area for new customer account.
- Train any new carrier for carrier position to deliver the Washington Times.

## Experience
## DOW JONES, WALL STREET JOURNAL - District Manager/ Circulation Supervisor
Silver Spring MD
Jun 1989- Feb 2001

## Responsibilities

- Supervisor and coordinate work schedules for twenty employees who deliver The Wall Street Journal, and other publications in a timely manner.
- Conduct customer service inquiries with employees and customer to maintain excellent service in the downtown metropolitan area.
- Make presentations to staff by providing information of office functions such as circulation department issues and intra-office information dissemination.
- Process payroll and maintain the budgets for AD Operation.
- Handle distribution of 6,800 copies from the White Oak Plant, 80% of which are outside publications.

## D.C. CITY COUNCIL
Washington D.C.
Purchasing Agent, Procurement Officer, Vehicle Maintenance Coordinator,
Administrative Assistant Supervisor, Property Inventory Specialist,

09/05/2006 19:15 FAX                                                    ☎012

Oct1981-Jan 1989

## Responsibilities:

- Assisted council members with committee meetings and organized administrative staff with the preparation of materials for legislation meetings.
- Supervised an administrative staff with various functions dealing with administrative departments; Firefighter, Police, Judiciary System for District Government and all functions on Judiciary committee.
- Attend various meetings such as ANC and Legislation meetings, and serve as ward staff liaison.
- Provided and assisted with messenger services, billings, logs, and spreadsheets.
- Delivered and sort mail for the council member and trained staff members on convince copiers and run high powered Xerox copiers as well as Cheshire mailing postage machine
- Handling all presorts mail for Councilmember office and processes all incoming-out going mail for the United State Postal Service.
- Act as D.C. Council vehicles controlled Transportation monitor for vehicle maintenance coordinator and manage 15 vehicles for the Council members.
- Assisted in conducting the quality reviews of the equipment records and supplies.
- Reviews all jobs order any additional cost element in equipment of procurement request.
- Negotiated bids with Outside Contractors for supplies and equipment proposals. And made the final recommendations on contract bids and purchasing orders

## EDUCATION: POTOMAC COLLEGE-Present

Major: Bachelor of Science in Computer System Management / Minor Business Management

## SOUTHEASTERN UNIVERSITY

Major: Business Administration

### High School Diploma- June 1979, Dunbar High School

**Computer Experience:** Microsoft Word, Microsoft Excel, Windows 2000, DOW JONES WINDOWS NT 98, IBM SYSTEM, INTERNET, CONVINCE COPIER, CHESHIRE MAIL MACHINE,

**AWARDS:** Received three plaques for outstanding service, written up in the company Newspaper as Quarterly Supervisor Operation Voted IN the Northeast Region

**HOBBIES:** Tennis, Fishing, Golf

D00325

# OFFICE OF THE CHIEF FINANCIAL OFFICER
## PANEL REVIEW

**Job Candidate:** _Walter Thomas_    **Date:** _3/12/03_

**Position interviewing for:** Support Services Position(s) (Lead/Specialist/Assistant/Clerk)

**Interviewer:** _Fran Camilleri_

**Instructions:**

♦ Each panel team should decide on a lead interviewer and timekeeper.

♦ The lead interviewer should welcome the candidate; introduce him or herself; augment the introduction of other panel members.

♦ Greet the candidate giving your name and position.

♦ Explain the interview structure: the applicant will be given the interview questions and panel members will take notes.

♦ Explain the purpose of the interview: to acquaint interviewers and the applicant; to learn more about the applicant's background and experience to help make the best decision possible.

♦ Interviews should run approximately 45 minutes to 1 hour. Based on 1 hour, that allows approximately 6 minutes per question.

♦ Each panel member should review the candidate's application materials prior to the interview.

♦ It is suggested that panel members rotate asking the interview questions.



EXHIBIT 68
Camilleri
Oct 29 '07

# SCORING FORM

**Panel Member Signature:**

**Candidate:** _Walter Trauts_

**Position:** _Lead Support Svcs. Spe._

**Directions:** Please ask the questions listed below. Ask questions twice and allow time for reflection and processing. Make notations on pertinent information given in the applicant's response.

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 1 | Tell us about the duties of this position as you understand them and explain why your background would make you the best candidate for the position. | 5 | 4 | ③ | 2 | 1 |

Job 150
**Comments:**

[✓] Lead Support Svcs — Support to OCIFO — pleas/manned property/

— Specialization of equip/movement of EE's.

[✓] Background is → Mgmt. Spec. in Foreign Svcs Contracts. Spec. in Each

Embassy — Maine, Construction, etc. by moving, later in Security, etc.

A1 skills
Ref:

→ Intimate details of agencies. (CIA, AID, et. USIA.)

→ 3 Emphasize was the security spec. Protection of Mander property

× Myriad of talents over 20+ years

→ His security experience over 20 years ago.

→ Wish his security & telecommunications skill, most was in Secn.

Primarily described his experience over 20 years ago.

→ Was not current.

→ Focused on the past.

Primarily
was focused
on the
security

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 2 | Please explain what customer service means to you. Give us one recent example in which you were noted for your customer service skills. | 5 | 4 | ③ | 2 | 1 |

*Comments:*

*) Quick response made to regis/empls — being a proactive results
*) Mr. William Smith = thank you for the a Quick response
— Kept on
Waters.

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 3 | Describe your specific experience with supply maintenance. | 5 | 4 | ③ | 2 | 1 |

*Comments:*

See # 1

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|

| 4 | Describe your experience with asset inventory and control. What do you see as the problems with the system we currently have in place? | 5 | 4 | 3 | 2 | 1 |

| | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |

*Comments:*  Answered in #1

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 5 | What are your best skills and weakness, and how will these affect your performance here? | 5 | 4 | 3 | 2 | 1 |

*Comments:*  Strengths - Interpersonal skills - Can interact w/anyone "Regular" employee. Interact/consultant/come to a SFI. Conclusions. Flexible.

Address - Trained/involved in a project. Stay too small - in 1 this instead of moving on. Trust/verify

Don't let things drop

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |

| | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 6 | Describe your typical workday. How do you keep yourself busy when the workload is light? | 5 | 4 | ③ | 2 | 1 |

*Comments:*

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 7 | Do you have any questions for the panel or would you like to make a closing statement? | 5 | 4 | ③ | 2 | 1 |

*Comments:*

(Ⓧ) Want — here to late @ night

(Ⓧ) Can inter act w/ Spanish Speaking Staff —

# OFFICE OF THE CHIEF FINANCIAL OFFICER
## PANEL REVIEW

**Job Candidate:** Barry Edmonds

**Position interviewing for:** Support Services Positions (Lead/Specialist/Assistant/Clerk)

**Interviewer:** _Ann Camiller_

**Date:** 3/17/03

**Instructions:**

◆ Each panel team should decide on a lead interviewer and timekeeper.

◆ The lead interviewer should welcome the candidate; introduce him or herself; augment the introduction of other panel members.

◆ Greet the candidate giving your name and position.

◆ Explain the interview structure: the applicant will be given the interview questions and panel members will take notes.

◆ Explain the purpose of the interview: to acquaint interviewers and the applicant; to learn more about the applicant's background and experience to help make the best decision possible.

◆ Interviews should run approximately 45 minutes to 1 hour. Based on 1 hour, that allows approximately 6 minutes per question.

◆ Each panel member should review the candidate's application materials prior to the interview.

◆ It is suggested that panel members rotate asking the interview questions.



EXHIBIT 17
Camiller
2/28/07    Sb

D00632

D00633

## SCORING FORM

**Panel Member Signature:** Diane Cavallero

**Candidate:** Barry Edmonds

**Position:** Lead Support Services Spec

**Directions:** Please ask the questions listed below. Ask questions twice and allow time for reflection and processing. Make notations on pertinent information given in the applicant's response.

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 1 | Tell us about the duties of this position as you understand them and explain why your background would make you the best candidate for the position. | 5 | (4) | 3 | 2 | 1 |

**Comments:** → Need to work on vehicles, mailing, payroll/admin function, inventory. Whenig Rollo —— handled all supplies. Handled all budget.

Tries Keep up inventory/Keep people happy/

D00633

| Questions | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|
| **2** Please explain what customer service means to you. Give us one recent example in which you were noted for your customer service skills. | 5 | 4 | ③ | 2 | 1 |

*Comments:* Advertising — "The Journal" keep people happy. Written up for outstanding service — Designed

| Questions | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|
| **3** Describe your specific experience with supply maintenance. | 5 | 4 | ③ | 2 | 1 |

*Comments:* Support Staff Maintained log & copies / all budget M copier

All Channel members.
Staff of 5 people

| Questions | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|

D00634

| 4 | Describe your experience with asset inventory and control. What do you see as the problems with the system we currently have in place? | 5 | 4 | (3) | 2 | 1 |

**Comments:** *City level, Total Count / log of all property. Good computer Skills.*

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 5 | What are your best skills and weakness, and how will these affect your performance here? | 5 | (4) | 3 | 2 | 1 |

**Comments:** *Skill / Strength - Can Dig no Net Skill.*

*Business Admin*

*Weakness → Not Self Enough Work*

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|

| 6 | Describe your typical workday. How do you keep yourself busy when the workload is light? | 5 | ④ | 3 | 2 | 1 |

*Comments:* *Incoming mail, Vehicle (logo/Public Works — repairs) Repairs.*
*Incoming. Message delivers.*

| Questions | | Outstanding Response | Above Satisfactory Response | Satisfactory Response | Below Satisfactory Response | Unsatisfactory Response |
|---|---|---|---|---|---|---|
| 7 | Do you have any questions for the panel or would you like to make a closing statement? | 5 | ④ | 3 | 2 | 1 |

*Comments:* *Would like to some time be the Director!*

*Hope to get a phone call!!*

D06635

D00636

**Comments:**

**Other Notes:**

# JOB ANNOUNCEMENT
## VACANCY #AD-RS-MA-033

| | |
|---|---|
| ...ency: | Office of Chief Financial Officer (OCFO) |
| ...sion/Unit: | Office of Management and Administration (OMA) |
| ...ition: | Special Assistant to the Director |
| | (Logistics/Support Services) |
| ...es/Grade/Step: | MSS-346-13/1 – 13/10 |
| ...ry Range: | $60,749 - $79,264 |
| ...t of Consideration: | Unlimited |
| ...ning Date: | April 3, 2003 |
| ...ing Date: | April 16, 2003 |
| ...ber of Vacancies: | One (1) |



EXHIBIT 30
Camilleri
2/28/07  SLo

**...on Description:** The incumbent is responsible for assisting the director in planning, developing, and ...menting all logistics and support services activities in support of the OCFO organization, including ...ervices as space management, key control, personal property management, emergency preparedness ...acuation, real property management, inventory management, purchase card and procurement, ID ...d kastles card management, safety and security operation, special events management, asset ...ement, publishing services, supply management, mail service, facilities and equipment ...nance, property disposal, fleet management and transportation. Provides strategic direction for the ...g, development, coordination, and implementation of real estate projects that impact on multiple ...is and business units, representing the interests of the OCFO. Directs the planning and ...ation of support services projects. Responsible for the facilities planning and maintenance of ...ted office facilities where OCFO staff is housed. Maintains inventory of OCFO assets throughout ...FO. Coordinates special events and oversees the set up of facilities, furniture and equipment for ...unctions.

**...ations Requirements:** Applicant must have a minimum of one year of specialized experience ar ...f difficulty and responsibility comparable to the next lower grade level. An equivalent ...tion of education and experience may be substituted for the required level of specialized ...ce. Qualified candidates must meet time-in-grade requirements.

**...SSION OF RANKING FACTORS:** The following ranking factors will be used in the evaluation ...All applicants MUST respond to the ranking factors **ON A SEPARATE SHEET OF PAPER.** ...: **SEND AS AN ATTACHMENT TO YOUR RESUME and APPLICATION.** Please

...with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A ...investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a ...nt on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1- ...e ... criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are ...be investigated as allowed by law or Mayoral order. Applicant understands that any information he/she ...District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and ...to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. ...ties that, to the best of his/her knowledge and belief, all statements are true, correct and complete.

...with the D.C ...

Apr-09-2003 01:16pm  From-RECORDER OF DEEDS         2027275388         T-959  P.007/009  F-566

*TCD# 6.3*

## Ranking Factors:

1. Thorough knowledge of the concept practices, regulations, policies, and precedents associated with real estate management programs. 2. Knowledge of the principles, practices, regulations, policies, and techniques associated with other support services functions (e.g., property management, safety, security, mailroom operations, etc.) 3. Comprehensive knowledge of management principles and project management processes. 4. Strong interpersonal skills and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate a wide range of technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

**How To Apply:** All applicants, including OCFO employees must submit (1) a resume, and a DC 2000 employment application, which clearly indicates the vacancy announcement number and the position title for which you are applying, and (2) a separate attachment addressing all ranking factors. Internal applicants must also attach an application transmittal form. Submit documents to: Twana Brooks, 941 North Capital Street, N.E., Suite 1200, Washington DC, 20002. Fax number: (202) 442-6413. Applications **must be received** by the closing date of the announcement.

Applicants who require accommodations in the application process should contact the OCFO at (202) 442-6523.

**District of Columbia applicants who wish to claim preference for employment with the OCFO must submit the "residency preference for employment" form, DC2000rp, or proof of D.C. residence with the application.** To be granted preference, an applicant must: (1) be qualified for the position; and (2) submit a claim form or proof of residence at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (b)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.

In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq., ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.

Apr-09-2003  01:15pm  From-RECORDER OF D!        2027275389        T-859  P.006/008  F-586

# JOB ANNOUNCEMENT
## VACANCY #AD-RS-MA-03-4

| | |
|---|---|
| Agency: | Office of Chief Financial Officer (OCFO) |
| Division/Unit: | Office of Management and Administration (OMA) |
| Position: | Lead Logistics Management Specialist |
| Series/Grade/Step: | DS-346-11/1 – 11/10 |
| Salary Range: | $38,068 - $49,038 |
| Area of Consideration: | Unlimited |
| Opening Date: | April 3, 2003 |
| Closing Date: | April 16, 2003 |
| Number of Vacancies: | One (1) |



EXHIBIT 21
Camilleri
2/28/07 S/6

**Position Description:** The incumbent performs the full range of personnel management responsibilities. Performs duties such as life cycle management, equipment, inventory management, real property management, personal property management, fleet management, and transportation, parking management and allocation, asset management, property disposal, key control supply management, procurement and purchase card ordering. Coordinate with other elements to provide support and assistance. Supervises employees in DS classifications. Plans the work subordinates accomplish, sets and adjust short-term priorities and prepares schedules for work completion.

**Qualifications Requirements:** Applicant must have a minimum of one year of specialized experience at a level of difficulty and responsibility comparable to the next lower grade level. An equivalent combination of education and experience may be substituted for the required level of specialized experience. Qualified candidates must meet time-in-grade requirements.

**SUBMISSION OF RANKING FACTORS:** The following ranking factors will be used in the evaluation process. All applicants **MUST** respond to the ranking factors **ON A SEPARATE SHEET OF PAPER. PLEASE SEND AS AN ATTACHMENT TO YOUR RESUME and APPLICATION.** Please describe specific incidents of sustained achievements from your experience that show evidence of the level at which you meet the ranking factors that have been determined to be of importance for the position for which you are applying. You may refer to any experience, education, training, awards, outside activities, etc. that include the degree to which you possess the job related knowledge, skills, and abilities described in the ranking factors. The information given in response to the ranking factors should be complete and accurate to the best of your knowledge. **FAILURE TO RESPOND TO ALL RANKING FACTORS MAY ELIMINATE YOU FROM CONSIDERATION.**

*Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals to organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq. ("the Act") the District of Columbia ... not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal ...earance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or ...ace of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.*

JCD#L 13

## Ranking Factors:

1. Thorough knowledge of the concept practices, regulations, policies, and precedents associated with real estate management programs. 2. Knowledge of the principles, practices, regulations, policies, and techniques associated with other support services functions (e.g., property management, safety, security, mailroom operations, etc.) 3. Comprehensive knowledge of management principles and project management processes. 4. Strong interpersonal skills and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate a wide range of technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

**How To Apply:** All applicants, including OCFO employees must submit (1) a resume, and a DC 2000 employment application, which clearly indicates the vacancy announcement number and the position title for which you are applying, and (2) a separate attachment addressing all ranking factors. Internal applicants must also attach an application transmittal form. Submit documents to: Twana Brooks, 941 North Capital Street, N.E., Suite 1200, Washington DC, 20002. Fax number: (202) 442-6413. Applications **must be received** by the closing date of the announcement.

Applicants who require accommodations in the application process should contact the OCFO at (202) 442-6523.

**District of Columbia applicants who wish to claim preference for employment with the OCFO must submit the "residency preference for employment" form, DC2000rp, or proof of D.C. residence with the application.** To be granted preference, an applicant must: (1) be qualified for the position; and (2) submit a claim form or proof of residence at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

APPLICANTS CLAIMING VETERANS PREFERENCE MUST SUBMIT PROOF WITH THE APPLICATION.

Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.

In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq. ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.

05/04/2005 09:11 FAX 2024426327      MISSION SUPPORT                              ☐ 001



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF FINANCIAL OFFICER**
Office of Management and Administration
941 North Capitol Street NE 8th Floor
Washington, DC 20002
(202) 442-8073
(202) 442-6327 (Fax)

Rush

| To: | Mr. Frank F. Rodia | Fax: | 412-644-2664 |
| From: | Daryl Miller, Associate General Counsel | Date: | 5/4/05 |
| Re: | Walder thomas | Pages: | Multiple |

EEOC # 100-2003-0075

| ☐ Urgent | ☑ For Review | ☐ Please Comment | ☐ Please Reply | ☐ Please Recycle |

Notes:

resent — signature page

EXHIBIT 29
Camilleri
2/28/07 sb

## Government of the District of Columbia
## Office of the Chief Financial Officer



Office of General Counsel

May 4, 2005

VIA FACSIMILE

Mr. Frank E. Rodia
Investigator
U.S. Equal Employment Opportunity Commission
Pittsburgh, PA

Re:  Walter Thomas v. The Office of the Chief Financial Officer
     EEOC Charge No. 100 –2003-00775

Dear Mr. Rodia:

I am writing on behalf of the Respondent, the District of Columbia Office of the Chief Financial Officer ("OCFO"), in response to the EEOC's request dated April 28, 2005, for additional information concerning the above referenced charge of discrimination. As you know, the OCFO has previously provided the EEOC with detailed information in response to the referenced charge.

The OCFO hereby incorporates by reference herein its previous responses, and reiterates its position that the OCFO acted in accordance with all applicable laws and regulations concerning Mr. Thomas' employment. Indeed, at no time did the OCFO consider Mr. Thomas' age, or any impermissible factor, in determining any term or condition of his employment.

Please note that all of the information and documentation submitted by the OCFO to the EEOC is to be used solely in connection with the EEOC's investigation of this charge. In addition, the OCFO requests that the OCFO's information and documentation be maintained in a confidential manner by the EEOC both during and following the investigative stage, and not be released to the Charging Party or to the public without the prior written consent of the OCFO.

Please find enclosed a copy of the job announcement for the position of "Lead Logistics Management Specialist," DS 346-11/1-11/10. A review of OCFO records indicates that this position was not filed by the OCFO; and later was removed from the staffing structure.

With regard to the position of "Special Assistant to the Director," MSS 346-13/1-13/10, a review of OCFO records indicates that the applicant initially selected for the position of

---

Special Assistant (Ms. Deborah Knoff-Liggins) declined the position. Thereafter, Ms. Barbara Bryant was selected to fill the position. The documents requested by your office relating to the selection for this position are enclosed.

As described in detail in the OCFO's previous responses, the OCFO implemented a Restructuring Plan, pursuant to the CFO's independent, "at-will" personnel authority, that resulted in, among other things, the elimination of a number of positions and the separation of OCFO employees who were not selected for the new positions. However, all employment decisions by the OCFO in this matter were made in accordance with a transparent, equitable process, without regard to an employee's race, sex, age, or any impermissible factor.

Charging Party has proffered no support for his charge of discrimination. In this regard, it should be noted that the OCFO has not stated that Ms. Shirley Gaddy (then age 62) was qualified for the position for which Charging Party applied. Ms. Gaddy was selected for the position of Supply Specialist, Grade 9; but she elected to retire from government employment. The OCFO has previously provided the EEOC with complete information concerning the ages of all OCFO employees who were selected for positions in the reorganized office. In fact, a large number of those individuals, including Ms. Gaddy, were well over 50 years of age. In any event, the OCFO has established conclusively that the employment action at issue was based on a legitimate, non-discriminatory reason. Accordingly, the OCFO respectfully requests that the EEOC again issue a finding of No Probable Cause in this matter.

Please contact me at (202) 442-8073, if you have any questions or require any additional information concerning this matter.

Sincerely,

Daryl Anne Miller
Associate General Counsel

Enclosures

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE CHIEF FINANCIAL OFFICER
Office of Management and Administration
941 North Capitol Street NE 8th Floor
Washington, DC 20002
(202) 442-8073
(202) 442-6327 (Fax)



Rush

| To: | Mr. Frank E. Rodia | Fax: | 412 - 644 - 2664 |
| From: | Daryl Miller, Associate General Counsel | Date: | 5/4/05 |
| Re: | Walter Thomas   EEOC # 100-2003-0075 | Pages: | multiple |

| ☐ Urgent | ☑ For Review | ☐ Please Comment | ☐ Please Reply | ☐ Please Recycle |

Notes:

# Government of the District of Columbia
## Office of the Chief Financial Officer



Office of General Counsel

May 4, 2005

VIA FACSIMILE

Mr. Frank E. Rodia
Investigator
U.S. Equal Employment Opportunity Commission
Pittsburgh, PA

Re: Walter Thomas v. The Office of the Chief Financial Officer
    EEOC Charge No. 100 –2003-00775

Dear Mr. Rodia:

I am writing on behalf of the Respondent, the District of Columbia Office of the Chief Financial Officer ("OCFO"), in response to the EEOC's request dated April 28, 2005, for additional information concerning the above referenced charge of discrimination. As you know, the OCFO has previously provided the EEOC with detailed information in response to the referenced charge.

The OCFO hereby incorporates by reference herein its previous responses, and reiterates its position that the OCFO acted in accordance with all applicable laws and regulations concerning Mr. Thomas' employment. Indeed, at no time did the OCFO consider Mr. Thomas' age, or any impermissible factor, in determining any term or condition of his employment.

Please note that all of the information and documentation submitted by the OCFO to the EEOC is to be used solely in connection with the EEOC's investigation of this charge. In addition, the OCFO requests that the OCFO's information and documentation be maintained in a confidential manner by the EEOC both during and following the investigative stage, and not be released to the Charging Party or to the public without the prior written consent of the OCFO.

Please find enclosed a copy of the job announcement for the position of "Lead Logistics Management Specialist," DS 346-11/1-11/10. A review of OCFO records indicates that this position was not filed by the OCFO; and later was removed from the staffing structure.

With regard to the position of "Special Assistant to the Director," MSS 346-13/1-13/10, a review of OCFO records indicates that the applicant initially selected for the position of

05/04/2005 09:25 FAX 2024428327        MISSION SUPPORT                                    ☐003

Special Assistant (Ms. Deborah Knoff-Liggins) declined the position. Thereafter, Ms. Barbara Bryant was selected to fill the position. The documents requested by your office relating to the selection for this position are enclosed.

As described in detail in the OCFO's previous responses, the OCFO implemented a Restructuring Plan, pursuant to the CFO's independent, "at-will" personnel authority, that resulted in, among other things, the elimination of a number of positions and the separation of OCFO employees who were not selected for the new positions. However, all employment decisions by the OCFO in this matter were made in accordance with a transparent, equitable process, without regard to an employee's race, sex, age, or any impermissible factor.

Charging Party has proffered no support for his charge of discrimination. In this regard, it should be noted that the OCFO has not stated that Ms. Shirley Gaddy (then age 62) was qualified for the position for which Charging Party applied. Ms. Gaddy was selected for the position of Supply Specialist, Grade 9; but she elected to retire from government employment. The OCFO has previously provided the EEOC with complete information concerning the ages of all OCFO employees who were selected for positions in the reorganized office. In fact, a large number of those individuals, including Ms. Gaddy, were well over 50 years of age. In any event, the OCFO has established conclusively that the employment action at issue was based on a legitimate, non-discriminatory reason. Accordingly, the OCFO respectfully requests that the EEOC again issue a finding of No Probable Cause in this matter.

Please contact me at (202) 442-8073, if you have any questions or require any additional information concerning this matter.

Sincerely,


Daryl Anne Miller
Associate General Counsel



Enclosures

03/04/2005  09:25 FAX 2024428047    MISSION SUPPORT

# JOB ANNOUNCEMENT
# VACANCY #AD-RS-MA-034

| | |
|---|---|
| Agency: | Office of Chief Financial Officer (OCFO) |
| Division/Unit: | Office of Management and Administration (OM&A) |
| Position: | Lead Logistics Management Specialist |
| Series/Grade/Step: | DS-346-11/1 – 11/10 |
| Salary Range: | $38,068 - $49,038 |
| Area of Consideration: | Unlimited |
| Opening Date: | April 3, 2003 |
| Closing Date: | April 16, 2003 |
| Number of Vacancies: | One (1) |

**Position Description** – The incumbent performs the full range of personnel management responsibilities. Performs duties such as life cycle management, equipment, inventory management, real property management, personal property management, fleet management, and transportation, parking management and allocation, asset management, property disposal, key control supply management, procurement and purchase card ordering. Coordinate with other elements to provide support and assistance. Supervises employees in DS classifications. Plans the work subordinates accomplish, sets and adjust short-term priorities and prepares schedules for work completion.

**Qualifications Requirements:** Applicant must have a minimum of one year of specialized experience at a level of difficulty and responsibility comparable to the next lower grade level. An equivalent combination of education and experience may be substituted for the required level of specialized experience. **Qualified candidates must meet time in grade requirements.**

**SUBMISSION OF RANKING FACTORS:** The following ranking factors will be used in the evaluation process. All applicants MUST respond to the ranking factors **ON A SEPARATE SHEET OF PAPER. PLEASE SEND AS AN ATTACHMENT TO YOUR RESUME and APPLICATION.** Please describe specific incidents of sustained achievements from your experience that show evidence of the level at which you meet the ranking factors that have been determined to be of importance for the position for which you are applying. You may refer to any experience, education, training, awards, outside activities, etc. that include the degree to which you possess the job related knowledge, skills, and abilities described in the ranking factors. The information given in response to the ranking factors should be complete and accurate to the best of your knowledge. **FAILURE TO RESPOND TO ALL RANKING FACTORS MAY ELIMINATE YOU FROM CONSIDERATION.**

*Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicants understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq., ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.*

**Ranking Factors:**
1. Thorough knowledge of the concept practices, regulations, policies, and precedents associated with real estate management programs.   2. Knowledge of the principles, practices, regulations, policies, and techniques associated with other support services functions (e.g., property management, safety, security, mailroom operations, etc.) 3. Comprehensive knowledge of management principles and project management processes.   4. Strong interpersonal skills and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate a wide range of technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

**How To Apply:**  All applicants, including OCFO employees must submit (1) a resume, and a DC 2000 employment application, which clearly indicates the vacancy announcement number and the position title for which you are applying, and (2) a separate attachment addressing all ranking factors.  Internal applicants must also attach an application transmittal form.  Submit documents to: Twana Brooks, 941 North Capital Street, N.E., Suite 1200, Washington DC, 20002.  Fax number: (202) 442-6413.  Applications **must be received** by the closing date of the announcement.

Applicants who require accommodations in the application process should contact the OCFO at (202) 442-6523.

**District of Columbia applicants who wish to claim preference for employment with the OCFO must submit the "residency preference for employment" form, DC2000rp, or proof of D.C. residence with the application.**   To be granted preference, an applicant must: (1) be qualified for the position; and (2) submit a claim form or proof of residence at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

APPLICANTS CLAIMING VETERANS PREFERENCE MUST SUBMIT OFFICIAL PROOF WITH THE APPLICATION

*Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl).  Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl).  Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order.  Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government.  Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq. ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.*

04/2005  09:24 FAX 2024146327    MISSION SUPPORT    035

# JOB ANNOUNCEMENT
# VACANCY #AD-RS-MA-033

| | |
|---|---|
| Agency: | Office of Chief Financial Officer (OCFO) |
| Division/Unit: | Office of Management and Administration (OM&A) |
| Position: | Special Assistant to the Director (Logistics/Support Services) |
| Series/Grade/Step: | MSS-346-13/1 – 13/10 |
| Salary Range: | $60,749 - $79,264 |
| Area of Consideration: | Unlimited |
| Opening Date: | April 3, 2003 |
| Closing Date: | April 16, 2003 |
| Number of Vacancies: | One (1) |

**Position Description** – The incumbent is responsible for assisting the director in planning, developing, and implementing all logistics and support services activities in support of the OCFO organization, including such services as space management, key control, personal property management, emergency preparedness and evacuation, real property management, inventory management, purchase card and procurement, ID badging and kastles card management, safety and security operation, special events management, asset management, publishing services, supply management, mail service, facilities and equipment maintenance, property disposal, fleet management and transportation. Provides strategic direction for the planning, development, coordination, and implementation of real estate projects that impact on multiple locations and business units, representing the interests of the OCFO. Directs the planning and coordination of support services projects. Responsible for the facilities planning and maintenance of designated office facilities where OCFO staff is housed. Maintains inventory of OCFO assets throughout the OCFO. Coordinates special events and oversees the set up of facilities, furniture and equipment for OCFO functions.

**Qualifications Requirements:** Applicant must have a minimum of one year of specialized experience at a level of difficulty and responsibility comparable to the next lower grade level. An equivalent combination of education and experience may be substituted for the required level of specialized experience. **Qualified candidates must meet time in grade requirements.**

**SUBMISSION OF RANKING FACTORS:** The following ranking factors will be used in the evaluation process. All applicants **MUST** respond to the ranking factors **ON A SEPARATE SHEET OF PAPER. PLEASE SEND AS AN ATTACHMENT TO YOUR RESUME and APPLICATION.** Please

*Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq., ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.*

describe specific incidents of sustained achievements from your experience that show evidence of the level at which you meet the ranking factors that have been determined to be of importance for the position for which you are applying. You may refer to any experience, education, training, awards, outside activities, etc. that include the degree to which you possess the job related knowledge, skills, and abilities described in the ranking factors. The information given in response to the ranking factors should be complete and accurate to the best of your knowledge. **FAILURE TO RESPOND TO ALL RANKING FACTORS MAY ELIMINATE YOU FROM CONSIDERATION.**

**Ranking Factors:**
1. Thorough knowledge of the concept practices, regulations, policies, and precedents associated with real estate management programs. 2. Knowledge of the principles, practices, regulations, policies, and techniques associated with other support services functions (e.g., property management, safety, security, mailroom operations, etc.) 3. Comprehensive knowledge of management principles and project management processes. 4. Strong interpersonal skills and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate a wide range of technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

**How To Apply:** All applicants, including OCFO employees must submit (1) a resume, and a DC 2000 employment application, which clearly indicates the vacancy announcement number and the position title for which you are applying, and (2) a separate attachment addressing all ranking factors. Internal applicants must also attach an application transmittal form. Submit documents to: Twana Brooks, 941 North Capital Street, N.E., Suite 1200, Washington DC, 20002. Fax number: (202) 442-6413. Applications must be received by the closing date of the announcement.

Applicants who require accommodations in the application process should contact the OCFO at (202) 442-6523.'

**District of Columbia applicants who wish to claim preference for employment with the OCFO must submit the "residency preference for employment" form, DC2000rp, or proof of D.C. residence with the application.** To be granted preference, an applicant must: (1) be qualified for the position; and (2) submit a claim form or proof of residence at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

APPLICANTS CLAIMING VETERANS PREFERENCE MUST SUBMIT OFFICIAL PROOF WITH THEIR APPLICATION.

*Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq., ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.*

03/04/2006    MISSION SUPPORT    2025012815    P.02



### ★★★ THE DISTRICT OF COLUMBIA GOVERNMENT
# EMPLOYMENT APPLICATION

**INSTRUCTIONS:** You may attach a résumé to this Employment Application in lieu of completing Sections 6 and 7 of this application, only. The résumé must contain all information requested in Sections 6 and 7. Use additional sheets of paper to provide further responses to any section below. Instructions for completing this application are available in Spanish.

## 1. POSITION VACANCY INFORMATION

Position Title: _Special Assistant to The Director_    Vacancy Announcement # _AA-RS-MA-033_

## 2. PERSONAL DATA – Please Print

Name: Last: _Enoff Liggins_    First: _Deborah_

Address: Street: _12819 Hunterbrook Drive_    Middle:

City: _Woodbridge_    State: _VA_    Apt. # (if any):

Telephone (including area code): Home ( _703_ ) _499-9843_    Zip Code: _22192_    Ward:

Other names ever used _Brown_    Business ( _202_ ) _927-6990_

Social Security Number: _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_    Date of Birth _10-23-1957_

## 3. D.C. EMPLOYMENT HISTORY AND AVAILABILITY

a. Are you now or were you ever employed by the District of Columbia government?
☐ Currently employed by D.C. government.    ☐ Previously employed by D.C. government    ☑ Never employed by D.C. government

b. Mark below each type of current or previous D.C. government appointment with an "X." Check all applicable boxes.
☐ Temporary   ☐ Term   ☐ Permanent   ☐ Career   ☐ Excepted Service   ☐ Executive Service   ☐ Other: _____

c. List highest grade, classification series and step attained: Grade _12_   Series _____   Step _2_

When can you start work? _____    Lowest pay or grade you will accept _13/2_

## 4. MILITARY SERVICE AND VETERANS PREFERENCE

Veterans preference is granted by law to disabled veterans, to veterans who served on active duty in certain time periods or military operations, and, under certain conditions, to the spouses, widow(ers), or mothers of deceased or disabled veterans.

Have you served on active duty in the United States Armed Forces? _____ (Answer "NO" if your only active duty was for training, including basic training, in the Reserves and National Guard.)    ☑ YES   ☐ NO

Did you or will you retire at or above the rank of major or lieutenant commander? If "YES," you are not eligible for veterans preference unless your retirement is based upon a service-connected disability.    ☐ YES   ☑ NO

Dates of Active Duty Service (Month/Day/Year) _10/1/80_ To _11/01/97_
Separation Date _11/01/97_    Character of Separation _Honorable_    Campaign or Expeditionary Medals received _Bronze Star, Defense of Saudi_

PREFERENCE CLAIMED (Please check one. You must show proof when hired.):    ☐ 5-Point Preference   ☑ 10-Point Preference

## 5. RESIDENCY PREFERENCE

Are you claiming a residency preference for the position indicated above? (If you claim residency preference, attach the Residency Preference for Career Service Employment form, DC-2000RP.)    ☐ YES   ☑ NO

## 6. LANGUAGE CAPABILITIES, EDUCATION AND TRAINING

List the languages you: Speak _____    Write _____

Did you graduate from high school? (Answer "YES" if you have a GED high school equivalency or if you will graduate from high school within the next 6 months)    ☐ YES   ☐ NO

List highest degree(s) obtained (e.g., A.A., B.S.): _____

Name and Address of College or University _____    Zip Code _____

Semester Credit Hrs. _____ OR Major Quarter Credit Hrs. _____    Minor _____

Use additional sheets of paper to list relevant training, licenses or skills (e.g., sign language). Include schools attended, addresses, certificates or degrees received, dates attended, number of credit hours, major/minor fields or subjects studied.

(OVER)

05/04/2005  09:28 FAX 2024426327          MISSION SUPPORT                         Ø012

## 7. WORK EXPERIENCE — If you have no work experience, write "NONE."

2025012815          P. 03

LIST PAID OR UNPAID WORK EXPERIENCE RELEVANT TO THE POSITION FOR WHICH YOU ARE APPLYING. RESPONSES TO ANY RANKING FACTORS IN THE VACANCY ANNOUNCEMENT MUST BE ATTACHED TO THIS APPLICATION. USE ADDITIONAL SHEETS TO LIST OTHER WORK EXPERIENCE.

### PRESENT OR MOST RELEVANT POSITION:

| Employer's Name | | | |
|---|---|---|---|
| Address | Dates of Employment (Month/Year) | Annual Salary | Average Hours Per Week |
| | From          To | Starting $ _____  Final $ _____ | |
| Telephone ( ) | Name and Title of Supervisor | | |
| Reason for Leaving | | | |
| If District or Federal Employment, List Series, Grade or Rank & Date of Last Promotion | | No. of Employees Supervised | |

Job Title and Duties, Responsibilities and Accomplishments

## 8. BACKGROUND INFORMATION — You must answer each question in this section before we can process your application.

Place an "X" in the proper column for each question below.

|  | YES | NO |
|---|---|---|
| When answering item "a," you may omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 18th birthday, if finally decided in juvenile court or under a youth offender law; 3) any conviction set aside under the Federal Youth Corrections Act or similar State law; 4) any conviction whose record was expunged under federal, State, or local law. We will consider the date, facts, and circumstances of each event you list. In most cases, you can still be considered for District jobs. | | |
| During the past 10 years have you been: 1) convicted of or forfeited collateral for any felony? or 2) convicted by a court-martial? A felony is defined as any violation of law punishable by imprisonment of longer than one year, except for a violation called a misdemeanor under State, county, or local law, which is punishable by imprisonment of two years or less. | | X |
| IF YOU ANSWERED "YES" TO "a," GIVE DETAILS ON A SEPARATE SHEET OF PAPER. For each violation, write the 1) date; 2) charge; 3) place of violation; 4) court; and 5) action taken by the court. | | |
| Do any of your relatives work for the District of Columbia government? Include: father; mother; husband; wife; son; daughter; brother; sister; uncle; aunt; first cousin; niece; nephew; father-in-law; mother-in-law; son-in-law; daughter-in-law; brother-in-law; sister-in-law; stepfather; stepmother; stepson; stepdaughter; stepbrother; stepsister; half brothers and half sisters. | | X |
| If "YES," on a separate sheet of paper, write, for each of these relatives, their: 1) name; 2) relationship to you; and 3) agency of the District of Columbia government in which the person works. | | |
| Do you receive or have you ever applied for retirement pay, pension, or other pay based on District of Columbia government or federal civilian or military service? | | X |
| To work for the District of Columbia government in certain public safety positions, you must be a citizen of the United States. If selected, you may be required to submit evidence of identity and employment eligibility. | | X |

## 9. SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION

YOU MUST SIGN THIS APPLICATION. Read the following carefully before you sign. I understand that a false statement on any part of my application may be grounds for not hiring me, or for firing me after I begin work (D.C. Code § 1-617.1(d)(1) et seq. (1991 Repl.)). I understand that the making of a false statement on this form or materials submitted with this form is punishable by criminal penalties pursuant to D.C. Code § 22-2514 et seq. (1991 Repl.). I consent to the release of information regarding my suitability for any information I give may be investigated as allowed by law or Mayoral order. I consent to the release of information regarding my suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations, to investigators, staffing specialists, and other authorized employees of the District of Columbia government. I certify that, to the best of my knowledge and belief, all statements are true, correct, and complete.

Sign each application or each copy in ink.

| | DATE SIGNED (Month, Day, Year) |
|---|---|
| _signature_ | 4/16/____ |

05/04/2005  09:27  FAX 2024426327    MISSION SUPPORT

ANNOUNCEMENT NO: AD-RS-MA-033
TITLE SERIES: SPECIAL ASSISTANT TO THE DIRECTOR
SERIES/GRADE/RATING: MSS-346-13/1-13/10

Deborah Knoff-Liggins
SSN – 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
12817 Hunterbrook Dr
Woodbridge, Virginia 22192

Home: (703) 494-9843
Work: (202) 927-6990

Deborah.knoff-liggins@atf.gov

## Education

### EDUCATION

Associates Degree, Business Administration, St Leo College,     1992
Computer Technologies, Clayton State                           120 hrs
University of Phoenix, (Online), currently enrolled – working toward higher degree
Ft Lee Professional Leadership Development School, 1985
High School Diploma, Jones County High, Gray, GA     1975

## Professional Training

| | |
|---|---|
| GSA 101 Seminar | |
| Certified Professional Property Specialist | 2002 |
| Certified Professional Property Administrator | 2002 |
| Standard Property Book System-Redesigned | 2002 |
| Standard Property Book/ULLS-S-4 | 1995 |
| Civilian Personal Administration and Management | 1990 |
| Advance Non-Commission Officer Course | 1988 |
| Unit and Organizational Supply Course | 1987 |
| Effective Writing Class | 1984 |
| Primary Leadership and Development Course | 1983 |
| Small Arms Armorers Course | 1983 |
| Unit Supply Course | 1981 |
| | 1981 |

## Professional Recognition

## SPECIAL SKILL, ACCOMPLISHMENT & AWARDS

## DECORATIONS/AWARDS

1991  BRONZE STAR
1992  DEFENSE OF SAUDI ARABIA/DEFENSE/LIBERATION OF KUWAIT
1991  MERITORIOUS SERVICE MEDAL (2)
1986  ARMY COMMENDATION MEDAL (3)
1985  ARMY ACHIEVEMENT MEDAL (2)
1977  ARMY GOOD CONDUCT (6)

03/04/2006  09:27 FAX 2024426527        MISSION SUPPORT

Deborah Knoff-Liggins
ANNOUNCEMENT NO: AD-RS-MA-033
TITLE SERIES: SPECIAL ASSISTANT TO THE DIRECTOR
SERIES/GRADE/RATING: MSS-346-13/1-13/10

Hardware:    IBM and Compatible PCs, Laser & Impact Printers; Sun Workstations

Software:

WINDOWS OPERATING SYSTEMS
WINDOWS NT
FORM FLOW
MS-EXCEL
MS POWER POINT
OFFICE 97, 98, 2000
SPBS-R - AUTOMATED PROPERTY BOOK PROCEDURES
ULLS-S4 – UNIT LEVEL LOGISTICS SYSTEM – S4
LMIS- LOGISTIC MANAGEMENT INVENTORY SYSTEM (STATE DEPARTMENT)
SARS – SUPPLY AUTOMATED RCEIVING SYSTEM (STATE DEPARTMENT)
ILS – INTERGRATED LOGISTICS SYSTEM
PRESS – PURCHASE REQUEST ELECTRONIC SUPPORT SYSTEM
SAACONS – STANDARD ARMY AUTOMATED CONTRACTING SYSTEM
PROPERTY PLUS (Department Of Justice-ATF)

### Experience Details

Position: **Supply Systems Analyst**
Date of Employment: October 2001 - Present   Salary: **$60,006** (annual)      Hours Per Week: 40
Employer: **Bureau of Alcohol, Tobacco & Firearms**, 650 Massachusetts Ave, Washington, DC
20226
Supervisor: **Gregory Parker  (202) 927-8765**

I am a Systems Team Leader responsible for distributing and monitoring the daily work efforts of
property management analysts.  I promptly and independently review all incoming property
document (purchase orders, receiving reports, excess property actions, and other documents) and
assigns to appropriate management analyst for action.  I am proactive in monitoring workflow to
ensure that property documents are input to system on a timely basis.  I ensure that teams members
promptly report and routinely follow-up on excess property identified to GSA.  I reconcile Bureau
directed inventories, and promptly provide disposition instructions to field excess property.  I
provide high level of technical expertise and guidance to team members.  I take initiative to
establish and monitor priority actions.  I
Reprioritize as necessary to meet team/section objectives.  I provide monthly Branch briefing on
teams production workload and backlogs.

03/04/2005 05:57 FAX 2024724012   MISSION SUPPORT   ☒015

Position: **Supply Specialist/Agency Cataloger**
Date of Employer: Oct. 1999 – Oct. 2000     Salary: $47,000.00 (annual)   Hours Per Week: 40
Employer: DIA, Bolling Air force Base, Washington, DC 20340-3205
Supervisor: Preston Jones (202) 231-2088

I was responsible for maintaining file maintenance for over 26,000 line items. I performed item line research by using commercial; DoD, Federal catalogs and adhering to the Mandatory source requirement for certain items. I identify and classify items based on description and Federal Classification Codes (Hazardous, Pilferable, Shelf life, Automated Data Processing Equipment (ADPE), Expendability Recoverability reparability Category (ERRC) to help identify accountable property and sensitive items. I also help maintain the Material Safety Data Sheets as required for hazardous items. I utilized the Integrated Logistics System (ILS) and Purchase Request Electronic Support System (PRESS) on a daily basis to process all service related purchase request. This required establishing a basic record for each PR, which consisted of me loading all required information into the system off of the customer's DIA Form 520. I also updated and post status changes that were required by ILS upon receipt of the DD Form 1155(Purchase Order) for the Contracting Office. I interrogated the ILS with the Standard Army Automated Contracting System (SAACONS) to assist the logistics personnel in the material management branch by updating the ILS due-in/due-out records to reflect current supply status. I also process phone-in request in the ILS for forms, administrative supplies and excess supplies.

I review all Purchase Requests (PR) to ensure that requested items are properly cataloged if required and loaded into the automated Integrated Logistics Systems (ILS). When DAL receives a formal contract, with the following information, the purchase price, contract number and estimated delivery date, I then update the ILS. I suggested that by giving me the contract when the office first receives them, I can then do status and make any changes that needs to be made, allows the warehouse to properly receive them equipment, this suggest has made the receiving of equipment in the warehouse effectively

I assisted the customer's in finding the right source and catalogue for the equipment/supplies that they maybe searching for. I have cut back the use of the local assigned (L) numbers by 85%, just by using the proper researching

05/04/2005  09:28 FAX 2024428327            MISSION SUPPORT

Deborah Knoff-Liggins
ANNOUNCEMENT NO: AD-RS-MA-033
TITLE SERIES: SPECIAL ASSISTANT TO THE DIRECTOR
SERIES/GRADE/RATING: MSS-346-13/1-13/10

I accepted cargo to be shipped from internal functional activities, other DOS agencies and other support agencies (i.e., DTSPO, DIA, etc.) I checked shipping restrictions for the destination post and prepared packing request. I was also responsible for the preparation, warehousing, movement planning and shipment of high value communications and computer equipment to worldwide locations. I coordinate packing and crating of equipment, and retrieve material from bulk packing area. I coordinate shipments with Department of State element and other agencies, consolidating shipments with other agencies if possible. I prepared labels, manifests, Government Bills of Lading (GBL), Airway bills and notifying posts of impending shipments; deliver and escort material to local offices. I conducted research of office file; review incoming correspondence, telegrams, and forward necessary information to appropriate officer. Phasing of improvements to current systems. I coordinated with internal IM managers and external Ops managers and shipping agencies, prior to release of shipping message. I analyzed movement option and selected one which provided on time delivery at minimum cost.

Position: Transportation Coordinator
Date of Employment: November 1998 – October 1999
Hours Per Week: 40                                        Salary: $40,000.00 (annual)
Employer: Department Of State, SA21, Springfield VA
Supervisor: Jim Crew (703) 644-

I severed as the senior non-commission officer for the Army Intelligence and Security Command's (INSCOM) Command Supply Discipline Program (CSDP). Responsible for developing MACOM supply policy and interpretation of the Department of the Army supply procedures. I managed the CSDP and the special intelligence property book (IPB) inspections of INSCOM subordinate command s worldwide. I reviewed, analyzed and commented on draft HQDA regulations. I analyzed logistics reports and interfaced with Department of Defense, Department of the Army, and other MACOMs, agencies, and subordinate commanders on the resolutions of logistics support issues. I provided technical assistance to unit's using the SPBS-R (automated property book) and the ULL-S-4 (automated hand receipt). I identified training needs of evaluated units and coordinated training needs as required. I assistance in developing and implementing a program to allow units to compete for the Army Chief of Staff Supply Excellence Award. I help identify issues that adversely impact logistics readiness of subordinate units and coordinated actions to ensure that issues were appropriately defined and acted upon. This was my last assignment as a active duty soldier. I retired 1 Nov 1997.

Position: Senior Supply Sergeant
Date of Employment: Sept 1995 – Nov.1997    Salary: $56,500 (annual)    Hours Per Week: 40
Employer: US Army, HQ, USAINSCOM, Ft Belvoir VA 22060-5246
Supervisor: John Delgado (703) 706-2953

**Deborah Knoff-Liggins**
ANNOUNCEMENT NO: AD-RS-MA-033
TITLE SERIES: SPECIAL ASSISTANT TO THE DIRECTOR
SERIES/GRADE/RATING: MSS-346-13/1-13/10

I managed 32 automated hand receipt valued at over $285 million. I supervised team personnel in research, preparation and editing of all transactions for support units. I monitor all property listing and ensured their accuracy through timely processing of transactions. I advised and assisted unit commanders in the use and interpretation of current regulations. I provided training, guidance to section personnel on current regulation and operations systems. I coordinated over four major division materials fielding of new equipment. Generated and process computerized purchase orders and requisitions for assigned units. While assigned to DISCOM, I always exceeded the Army logistics standard of receiving the overall score of 99% on all my CBX-S reports system testing, evaluation and assessment concerning system reliability, maintainability and provided status tracking milestones. Supported the preparation of test plans and prepared conceptual briefings and position papers for presentation to higher authority. Conducted direct research and analysis on logistics requirements, and change proposals concerning system requirements.

Position: Senior Supply Sergeant
Date of Employment: Nov 1992 - July 1995    Salary: $56,500.00 (annual)    Hours Per Week: 40
Employer: US Army, Arctic Support Brigade Ft Wainwright Alaska 99703
Supervisor: CW4 Bernard Fields

Position: Logistics NCOIC
Date of Active Service: Oct 1985 – Nov 1992    Salary: $56,500.00 (annual)    Hours Per Week: 40
Employer: U. S. Army (Active) 3rd Military Police, USACIDC

I assisted the Region Supply and Property Book Officer in the logistical matters pertaining to 42 subordinate elements located throughout Southeastern United States, Puerto Rico, and Republic of Panama. I supervised three Supply Sergeants; one civilian and two supply clerks. I monitored and prepared reports pertaining to sensitive items, GSA and tactical motor vehicle. I conducted

Command Supply Inspection. I was responsible for the change over from the Manuel accountability to the automated system (SPBS-R) with zero down time. I provide assistance to the commanders during change of command inventories. I was hand chosen by the Commanding General to perform all duties of a group level S-4 in the absence of a logistics officer, during Operation Desert Shield and Storm. Duties also included unit armorer, class A purchasing agent. I prepared all logistic status reports for higher headquarters, and I maintained Manuel property book encompassing the responsibility of maintaining an expendable/non-expendable document register and hand receipts.

As the senior supply sergeant I performed several collateral functions simultaneously.

**Deborah Knoff-Liggins**
ANNOUNCEMENT NO: AD-RS-MA-033
TITLE SERIES: SPECIAL ASSISTANT TO THE DIRECTOR
SERIES/GRADE/RATING: MSS-346-13/1-13/10

05/04/2006  09:26 FAX 202 426927          MISSION SUPPORT                          ☑019

Deborah Knoff-Liggins
Announcement No: AD-RS-MA-033
Title Series: Special Assistant to the Director
Series/Grade/Step:  MSS-346-13/1-13/10


2.  Knowledge of the principles, practices, regulations, policies, and techniques associated with other support services functions (e.g., property management, safety, security, mailroom operations, etc)


With over 16 years of logistic experience in supply and logistics, I have an extensive knowledge and understanding in the logistics area.  I have attended many logistic conferences. I have managed property book accounting and asset visibility of organizational property.  Responsible for tracking an inventory of more 50,000, property line items.  Rebuilt property book systems and established accountability with account holders.  Established accountability systems for newly activities with increased the efficiency of the operation by 80%.  While assign to HQ DISCOM, I gained vast knowledge and experience of the total package-fielding concept.  I managed certain project and their associated load list, processed and monitored their receipt, storage and issued.  I have also had to coordinate with whole sale managers to provide disposition instructions for displace major end items or replacement. I have monitored and prepared reports pertaining to sensitive items, GSA vehicles and weapons.  I have coordinated with DA and other MACOM's /Agencies on resolution of logistical problem

Deborah Knoff-Liggins
Announcement No:AD-RS-MA-033
Title Series:  Special Assistant to the Director
Series/Grade/Step:  MSS-346-13/1-13/10


3.  Comprehensive knowledge of management principles and project management
    processes.


I have had to compute quantitative manpower requirements for DA programs.  And I
have reviewed forecasted position requirements for these programs and applied
established guidelines in making computations. I have reviewed and commented on
reorganizations plans. I have studies manpower and equipment survey reports,
organizational structure and authorization documents and prepared comments and
recommendations to assure the customers of plans DA requirements.  I have conducted
studies related to the validity of concepts organizations and requirements including the
feasibility of establishment, consolidation, reorganization or discontinuance of unit.  I
assisted in the prepare coordination and publishes of unit authorization documents.  I
have had the responsibility to upgrade current interservice support agreement of the units
to reflect the changes that may affect their ability to complete their mission.

Deborah Knoff-Liggins
Announcement No:AD-RS-MA-033
Title Series:  Special Assistant to the Director
Series/Grade/Step:  MSS-346-13/1-13/10

4,    Strong interpersonal skill and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate a wide range of technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

Effective oral communication is a daily requirement.  As a team leader, I communicate with my team members as well as with other co-workers on a daily basic.  I have briefed commanders, directors, and co-workers on logistical maters.  I have had to deal with customers of various levels, addressing any concerns or issues that they might have had. I have prepared lessons plans for classes of logistical instruction developed visual aids and student handouts.  I have had to brief project managers on ongoing status of projects. I have enhanced my oral communication skills by successfully completing in academic and military studies to include courses in public speaking and philosophy and business communication.  Written communication has been acquired through educational and job experience.  I have written Memorandums, Directive, Information Papers, Executive Summaries, Standard Operating Procedures, Internal Policies, and Letter of Instructions. I have also provided writing assessment of units needs, and provided follow-up assistance visit to sustain unit logistics programs.

05/04/2006 09:28 FAX 2024426327    MISSION SUPPORT    ☑022



★★★ **THE DISTRICT OF COLUMBIA GOVERNMENT**
# EMPLOYMENT APPLICATION

**INSTRUCTIONS:** You may attach a résumé to this Employment Application in lieu of completing Sections 6 and 7 of this application, only. The résumé must contain all information requested in Sections 6 and 7. Use additional sheets of paper to provide further responses to any section below. Instructions for completing this application are available in Spanish.

## 1. POSITION VACANCY INFORMATION

Position Title: _Special Asst to Director, OPM-OFRM_    Vacancy Announcement #: _AD-05-OPA-033_

## 2. PERSONAL DATA (Please Print)

Name: Last: _BRYANT_    First: _BARBARA_    Middle: _L_

Address: Street: _1530 26th Street, NW_    Apt. # (if any): ____

City: _Washington_    State: _DC_    Zip Code: _20007_    Ward: _2_

Telephone (including area code): Home _(202) 316-5521_    Business _(202) 727-7161_

Other names ever used ____    Social Security Number _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_    Date of Birth _5-24-1954_

## 3. D.C. EMPLOYMENT HISTORY AND AVAILABILITY

a. Are you now or were you ever employed by the District of Columbia government?
☑ Currently employed by D.C. government?    ☐ Previously employed by D.C. government

b. Mark below each type of current or previous D.C. government appointment with an "X." Check all applicable boxes.    ☐ Never employed by D.C. government
☐ Temporary   ☑ Term   ☐ Permanent   ☐ Career   ☐ Excepted Service   ☐ Executive Service   ☐ Other: ____

c. List highest grade, classification series and step attained:  Grade _12_    Series _05_    Step _4_

When can you start work? _2 weeks_    Lowest pay or grade you will accept _To be Neg. 13+_

## 4. MILITARY SERVICE AND VETERANS PREFERENCE

Veterans preference is granted by law to disabled veterans, to veterans who served on active duty in certain time periods or military operations, and, under certain conditions, to the spouses, widow(ers), or mothers of deceased or disabled veterans.

Have you served on active duty in the United States Armed Forces? .................................................................    ☐ YES   ☐ NO
(Answer "NO" if your only active duty was for training, including basic training, in the Reserves and National Guard.)

Did you or will you retire at or above the rank of major or lieutenant commander? .......................................    ☐ YES   ☐ NO
(If "YES," you are not eligible for veterans preference unless your retirement is based upon a service-connected disability.)

From [        ] To [        ]    Dates of Active Duty Service (Month/Day/Year)    Separation Date [        ]    Character of Separation [        ]    Campaign or Expeditionary Medals received [        ]

PREFERENCE CLAIMED (Please check one. You must show proof when hired.):    ☐ 5-Point Preference    ☐ 10-Point Preference

## 5. RESIDENCY PREFERENCE

Are you claiming a residency preference for the position indicated above? (If you claim residency preference, attach the Residency Preference for Career Service employment form, DC-2000RP.)    ☑ YES   ☐ NO

## 6. LANGUAGE CAPABILITIES, EDUCATION AND TRAINING

List the languages you: Speak _English_

Read _English_    Write _English_

Did you graduate from high school? (Answer "YES" if you have a GED high school equivalency or if you will graduate from high school within the next ___ months.)    ☑ YES   ☐ NO

Indicate highest degree(s) obtained (e.g., A.A., B.S.): ____

Name and Address of College or University _God Reign_

Major ____    Minor ____    Zip Code ____

Major Semester Credit Hrs. ____    OR Major Quarter Credit Hrs. ____    Attended (month/year) FROM ____    UNTIL ____

Use additional sheets of paper to list relevant training, licenses or skills (e.g., sign language). Include schools attended, dates attended, number of credit hours, marks received, etc.

## 7. WORK EXPERIENCE - If you have no work experience, mark the □ NONE.

LIST PAID OR UNPAID WORK EXPERIENCE RELEVANT TO THE POSITION FOR WHICH YOU ARE APPLYING. RESPONSES TO ANY RANKING FACTORS INCLUDED IN THE VACANCY ANNOUNCEMENT MUST BE ATTACHED TO THIS APPLICATION. USE ADDITIONAL SHEETS TO LIST OTHER WORK EXPERIENCE.

### PRESENT OR MOST RELEVANT POSITION:

| Employer's Name | | Dates of Employment (Month/Year) | Annual Salary | Average Hours Per Week: |
|---|---|---|---|---|
| Address | | From _____ To _____ | Starting $ _____ Final $ _____ | |
| Telephone ( ) | | Name and Title of Supervisor | | |

Reason for Leaving

If District or Federal Employment, List Series, Grade or Rank & Date of Last Promotion | No. of Employees Supervised

Job Title and Duties, Responsibilities and Accomplishments

*See Resume*

## 8. BACKGROUND INFORMATION - You must answer each question in this section before we can process your application.

Place an "X" in the proper column for each question below.   YES   NO

When answering item "a," you may omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 18th birthday, if finally decided in juvenile court or under a youth offender law; 3) any conviction set aside under the Federal Youth Corrections Act or similar State law; 4) any conviction whose record was expunged under federal, State, or local law. We will consider the date, facts, and circumstances of each event you list. In most cases, you can still be considered for District jobs.

a. During the past 10 years have you been: 1) convicted of or forfeited collateral for any felony; or 2) convicted by a court-martial?
A felony is defined as any violation of law punishable by imprisonment of longer than one year, except for a violation called a misdemeanor under State, county, or local law, which is punishable by imprisonment of two years or less.

IF YOU ANSWERED "YES" TO "a," GIVE DETAILS ON A SEPARATE SHEET OF PAPER. For each violation, write the 1) date; 2) charge; 3) place of violation; 4) court; and 5) action taken by the court.   [ X ]

b. Do any of your relatives work for the District of Columbia government? Include: father; mother; husband; wife; son; daughter; brother; sister; uncle; aunt; first cousin; nieces; nephew; father-in-law; mother-in-law; son-in-law; daughter-in-law; brother-in-law; sister-in-law; stepfather; stepmother; stepson; stepdaughter; stepbrother; stepsister; half brother; and half sister. . . . . . . . . . . . . . . . . .
If "YES," on a separate sheet of paper, write, for each of these relatives, their: 1) name; 2) relationship to you; and 3) agency of the District of Columbia government in which the person works.   [ X ]

c. Do you receive or have you ever applied for retirement pay, pension, or other pay based on District of Columbia government or federal civilian or military service?   [ X ]

To work for the District of Columbia government in certain public safety positions, you must be a citizen of the United States. If selected, you will be required to submit evidence of identity and employment eligibility.

## 9. SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION

YOU MUST SIGN THIS APPLICATION. Read the following carefully before you sign. I understand that a false statement on any part of my application may be grounds for not hiring me, or for firing me after I begin work (D.C. Code § 1-617.1(d)(1) et seq. (1991 Repl.)). I understand that the making of a false statement on this form or materials submitted with this form is punishable by criminal penalties pursuant to D.C. Code § 22-2514 et seq. (1991 Repl.). I understand that any information I give may be investigated as allowed by law or Mayoral order. I consent to the release of information regarding my suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations, to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. I certify that, to the best of my knowledge and belief, all of my statements are true, correct, and complete.

SIGNATURE (Sign each application or each copy in ink):

_Barbara R. Bush_

DATE SIGNED (Month, Day, Year)
_April 16 2003_

MISSION SUPPORT

The District of Columbia Government
### *Residency Preference for Employment*
(Attach to Employment Application)

NOTICE: This form is to be filled out and submitted with each application for a position in the Career Service or the Management Supervisory Service. Preference, if applicable, will not be granted unless this form is completed and received at the time of application.

Name: **BRYANT BARBARA L**
(Print—LastName, First Name, Middle Initial)

Social Security No.: 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

Position Applied for: AD-RS-MA-033
(Print)

Vacancy Announcement No.: Special Asst to the Director
Logistics -55

### CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

☐ **I.**
I, the undersigned, am currently a District government employee whose service began on or before December 31, 1979 and has been continuous since that date. I understand that I will not be required to submit proof of, establish or maintain residency as a result of receiving preference.

☐ **II.**
I, the undersigned, am a former employee of the U.S. Department of Health and Human Services at St. Elizabeth's Hospital who accepted employment with the District government, without a break in service, effective October 1, 1987. My service with the District government has been continuous since that date. I understand that I will not be required to submit proof of, establish or maintain residency as a result of receiving preference.

☐ **III.**
I, the undersigned, am not a bona fide District resident and I understand that I am not entitled to claim a residency preference.

☐ **IV.**
I, the undersigned, am a bona fide District resident and I do NOT claim a residency preference.

☑ **V.**
I, the undersigned, am a bona fide resident of the District of Columbia and claim a residency preference in applying for the position indicated above. My current address is 530 86th Street NW WDC 8007-Unit 2

I understand that, if selected for this position, I will be required to submit proof of bona fide District residency and to maintain bona fide District residency for a period of five consecutive years from the date of appointment or promotion.

| FOR OFFICIAL USE ONLY | |
|---|---|
| ☐ Preference Applied | Barbara L Bryant |
| | Applicant's Signature |
| ☐ Preference Not Applied—State Reason | April 15, 2003 |
| | Date (Month, Day, Year) |
| Personnel Office Representative | (SEE OVER) |

DC-2000RP (9/00)

**Barbara L. Bryant**
1530 26th Street, Northwest
Washington D.C. 20007
202-316-5521
BryantandAssociates@Juno.com

April 16, 2003

Ms. Twana Brooks
District of Columbia Government
Office of Government Business and Human Capital
941 North Capitol Street, Northeast, Suite No. 1200
Washington DC 200002

Reference:   Vacancy No. AD-RS-MA-033
             Special Assistant to the Director
             (Logistics and Support Services)

Dear Ms. Brooks:

I hereby submit my resume, in response to your advertisement on the Office of Personnel website, for the position of Special Assistant to the Director, Office of Management and Administration (OMA), Office of Finance and Resource Management (OFRM), Government of the District of Columbia.

The attached resume details my many and varied years of experience in facilities relocation and management, logistics, construction, space planning, support services, special events and functions, administration, operations, finance, asset and inventory management, contracting, and human resources. It is an environment in which I have achieved both personal integrity and professional credibility.

I am currently with the Office of Citizen Complaint Review. Among my numerous and varied areas of responsibilities as Administrative Officer, is the oversight, coordination, and direction of the facilities maintenance and real estate management activities. I oversee the daily operations pertaining to the Agency's non-government building, inventory, asset, and equipment matters, under the direction of its executive and deputy directors. I anticipate the requirements for maintenance work, in accordance with its lease and prior to need, and manage the scheduling, installation by and performance of contractors and suppliers. In September, 2002, I was the agency's project manager on a facilities upgrade. I placed bids and contracted for the agency's remodeling of its facilities and supervised the performance of the contractors. This project was completed on time and under budget.

In my current position, it is incumbent upon me to inform the Executive Director on various events, decisions or issues that impact the agency and its applicable activities relating to its budget, and financial position. Frequently, these situations will also impact the other areas I oversee, supervise, and coordinate, such as; logistics, space management, access, fleet management, purchasing cards and activities, asset, inventory and disposal management, and special events. It is important for me to maintain options that are an alternative and to be flexible in my scheduling and acquisition.

There are numerous areas of responsibility within my supervisory role. I approve leave requests as well as initiate and oversee actions to effect personnel changes, assign and review projects, provide training, advice and guidance on problem or precedent situations, as required. My oversight is direct and hands-on with inventory, assets management, support services, fleet management, print and publication procurement and services.

05/04/2008 09:32 FAX 2024428327     MISSION SUPPORT     ☑027

Insofar as you require a coordinator of special events and one who oversees the set up of facilities, furniture and equipment for OCFO functions, you will find that as a certified meeting planner and registered meeting professional, I am well qualified and have expert, technical knowledge of meeting and conference organization and coordination. Successful communications and coordination of set up and activities are among my forte', including interaction with clients, vendors and officials; along with comprehension of regulations, finance, budgets, project management and supervision of support staff. Further, I am a member of the Society of Government Meeting Professionals and was previously on the board of The Foundation for International Meetings.

You will find I also possess the other necessary ingredients for successful supervision and management, including comprehension of District of Columbia Government processes, writing and interpersonal skills, project management, administration, resources, finance, budgets and supervision of support staff. Through vast experience with full time employees, as well as contractor and temporary personnel, along with personal implementation of administrative regulations, operating procedures, and management principles; I believe I bring the required skills and specialized experience to the Office of Management and Administration, Office of Finance and Resource Management. Additionally, I have been a resident of the District of Columbia for the past twelve years.

Respectfully submitted,

Barbara L. Bryant

Attachment: Resume