IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1784 RJL |
| ) | |
| NATWAR GANDHI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ERRATA SHEET

The scanned Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment electronically filed on Monday, April 2, 2007 is missing pages 3, 4, 9 and 10 from the court's file. Attached please find a complete Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment.

Dated: April 2, 2007

Respectfully submitted:

/s/ Mary Pivec
Mary E. Pivec, Esquire
Lewis Pivec, LLP
1300 Eye Street, N.W.
11th Floor East
Washington, DC  20005

Counsel for Defendant