IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Walter Thomas,                )
                              )
       Plaintiff              )
                              )
       v.                     )     Civil Action No. 05-1784 RJL
                              )
Natwar Ghandi,                )
Office of the Chief Financial )
  Officer                     )
       Defendant              )
_____)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY

In accordance with the Scheduling Order previously entered herein, Defendant filed a motion for partial summary judgment on April 2, 2007. Plaintiff's Opposition, if any, is due to be filed on or before April 23, 2007, and Defendant's Reply Brief is scheduled to be filed not later than May 1, 2007.

Counsel for Defendant has presented Counsel for Plaintiff with good cause for an extension of time of the due date for Defendant's Reply Brief until May 10, 2007, and Counsel for Plaintiff has stated that she is not opposed to Counsel's request. Counsel for Defendant is currently conducting discovery in a case in Florida, and proceedings are scheduled in that case on April 23, 24, and April 30, 2007. In addition, Counsel for Defendant is in the processing of changing addresses, furthering necessitating the additional time requested. This request is not for purposes of delay nor will the additional time sought be prejudicial to Plaintiff.

Defendant respectfully requests that this motion be granted extending Defendant's Reply date to May 10, 2007. A proposed order is attached.

DATED:    April 19, 2007    Respectfully submitted,

_____
Mary E. Pivec, Esq. D.C. Bar No. 445760
Lewis Pivec LLP
1300 Eye Street, 11th Floor East
Washington, DC 20005
(202) 772.5310(phone)/(202) 218-6877(fax)
Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned Counsel for Defendant certifies that on this the 19th day of April, 2007, I caused a copy of Defendant's Unopposed Motion for Enlargement of Time to be served by electronic mail upon Barbara Hutchison, counsel for Plaintiff Walter Thomas.

_____
Mary E. Pivec

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Natwar Ghandi, ) <br> Office of the Chief Financial ) <br> Officer ) <br> Defendant ) <br> _____) | Civil Action No. 05-1784 RJL |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, it is on this _____ day of _____ hereby

ORDERED and ADJUDGED that Defendant's motion be, and it hereby is, granted and Defendant shall file its Reply Brief, if any, to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment on or before May 10, 2007.

DATED: _____                          _____

                                                                                                         UNITED STATES DISTRICT JUDGE