IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,<br>    Plaintiff | )<br>)<br>) |
| v | )   Civil Action No. 05-1784<br>)   RJL |
| Natwar Ghandi,<br>    Defendant | )<br>)<br>) |

### AFFIDAVIT OF WALTER J. THOMAS

I, Walter J. Thomas, am an African-American male, age 66.

1. I became employed with the Office of the Chief Financial Officer through a lateral transfer, after applying for a position and an interview with John Scipione.

2. During my interview with Mr. Scipione, I informed Mr. Scipione of my vision impairment, because the position required me to work with a computer. Mr. Scipione agreed to accommodate my condition and a computer was purchased so that I would be able to perform the duties of my position. Mr. Scipione did not request medical documentation for my vision impairment.

3. Stan Morel, a Caucasian male, was my immediate supervisor for a period of time after my initial employment. Mr. Morel failed to give me a performance evaluation and never brought any complaints to my attention. Mr. Morel was aware of my vision impairment. Mr. Morel, during investigation of an informal complaint I made to the internal EEO office, admitted to knowledge of my vision impairment and the accommodation made for my condition, "Answers to questions posed by Walter Thomas, "*July 5, 2001 Employee Concerns: Walter Thomas,*" Exhibit A, p. 3-4 attached hereto.

**EXHIBIT 1**

4. I was the lead plaintiff in the class action complaint of Black Foreign Service officers against the U.S. Department of State. I did not speak of this action at the office and I did not use the office computer to do work on my case. I filed a malpractice action against one attorney and participated in a malpractice action against the lead attorneys for the case, after the case was settled without our consent. I had attorneys representing me and had no need to process work on my case at the office.

5. On January 13, 2001, I was transferred to a Career service position of Support Services Specialist DS-301-13, in the Department of Tax and Revenue, and Albert Powell became my immediate supervisor, *DS-1 Form, Walter Thomas,* Exhibit B attached hereto.

6. I have been informed that my vision impairment, nystagmus and keratoconus, is a degenerative condition, *Excerpt of medical records of George Washington University Faculty Associates, Department of Ophthalmology,* Exhibit C attached hereto.

7. Albert Powell completed a performance evaluation for my work, prior to his departure from the Office of the Chief Financial Officer. I do not know why the first page had been checked that my position was employment at will and a self-evaluation. I did not fill out this page, it was given to me by Mr. Powell. Mr. Powell executed a letter of recommendation for me, confirming he had evaluated my performance as exceeds the level of the position, when he was my immediate supervisor, *"September 10, 2005 letter of Albert Powell,"* Exhibit D attached hereto.

8. On March 28, 2003, I met with Diane Camilleri and she informed me I had not been selected for either of the Lead Support Specialist positions. Ms. Camilleri did not inform me that any other positions were available. Ms. Camilleri informed me I had to leave the

2

offices immediately. I was escorted from the offices immediately, after meeting with Ms. Camilleri.

9. I did not know about the vacancies of Lead Support Specialist DS-346-11 and Special Assistant to the Director, DS-MSS-346-13, until after the vacancy announcements had closed. If I had known about these positions, I would have applied for the positions.

10. When I filed my complaint of discrimination because of my vision impairment I was interviewed by the Investigator. I told the Investigator about the comment made by Mr. Lister that I would not be selected because they wished to get rid of older workers, *"11-18-03 Handwritten notes from EEOC Charge information file,"* Exhibit E attached hereto.

11. I did receive the Equal Employment Opportunity Commission's (EEOC) notice of intent to dismiss my case in 2003 and 2004. Each time I protested the EEOC's notices and the EEOC continued to process my case, *"January 7, 2004 letter,"*. Exhibit F.

12. I did receive the June 7, 2005 notice of right to sue from the EEOC. The notice was sent by regular mail and I received it long after June 7, 2005. I recall it was a long time because I called my attorney, when I received it and she said she had received the Justice Department notice on June 16, 2005. The Justice Department notice of right to sue was not sent to me.

I swear under penalty of perjury that the foregoing statement is true and correct, to the best of my knowledge and belief, this __19__ day of April, 2007.

_Walter J. Thomas_
Walter J. Thomas

# Government of The District of Columbia
## Office of the Chief Financial Officer

*Mission Support Center*



DATE:     July 5, 2001

SUBJECT:  Employee Concerns: Walter Thomas

Walter Thomas presented the following concerns.

➢ The nature of the complaints made against him by OCTO.

➢ The nature of the complaints made against him by other OCFO agencies.

➢ With whom you discussed his removal from his position?

➢ Your justification for having him report to and assist employees who are several grade levels below his and much less experience?

➢ The dates that you counseled him regarding agency complaints and the reasons for relieving him of his job responsibilities.

➢ The measures you have taken to assist him with his assignments in conjunction with his physical impairment?

➢ The reasons for the flextime change?

As a remedy, Mr. Thomas is seeking to have his duties and responsibilities restored a resumption of his flextime and a temporary detail to the Procurement Unit under Ms. Mobley.

EXHIBIT 1-A

D00204

941 North Capitol Street, N.E. Suite 800, Washington, D.C. 20002   (202) 442-6523

# Government of The District of Columbia
# Office of the Chief Financial Officer

*Mission Support Center*



### Answers to Questions posed by Walter Thomas

> **The nature of complaints made against him by OCTO and other OCFO agencies.**

a. Periodic refusal to perform duties.

b. Extreme lateness in completion of request.

   Ex. Installation of 16 data lines and 6 analogue lines for CAFR should have taken one week. Assignment took several months. Job was completed without W. Thomas.

c. Refused to accept telephone inquiries or to answer e-mails.


a. Request would stagnate in his possession.

b. Would leave messages and e-mail, but frequently received no replies.

c. Have not had any problems since Alton Hartwell handles the issues.


a. Inability to obtain cellular phone information requested from Mr. Thomas led to unnecessary expenses.

b. Arrangements were made so that I could have direct contact with Verizon.


a. Numerous calls were placed to Mr. Thomas regarding extremely long period of time it was taking to complete telephone moves and installations.


a. Non responsive to telephone calls and e-mails.

b. Things rarely occurred in a professional or smooth manner.

c. Service has improved since his reassignment to other duties.

D00205

➢ **Dates that he was counseled regarding agency complaints.**

None given. (Counselor Notation - The Complainant stated in the original interview that he called OCTO and Gary Ayers and some others to find out if they had made a complaint against him. Concluded that the Complainant called because he had been made aware of the complaints).

➢ **With whom did he discuss his removal from position:**

a. The stated complaints and problems that were incurred led to the removal. Supervisory discretion.

➢ <u>Current and Recent Assignments which have not been completed.</u>

| Assigned Task for Walter Thomas | Status/Assessment |
|---|---|
| 1. Fleet Management | Did not do |
| 2. Conference Room Information | Incomplete |
| 3. Pager/Cell Phone Information | Poor Job |
| 4. Assignments for Pagers and Cell Phones | Would not forward information |
| 5. Hand Receipts for Mission Support | Two day assignment/ Still not done. |

Assessment by Stan Morel, Operations Manager.

- ➢ **Justification for assignment to assist and report to employees at a lower grade level.**
a. Ms. Horton is the Supervisor of General Services which is now part of Mission Support.
b. Too many times Mr. Thomas has indicated the incorrect sign in times. Never reports to work at 8:30.

- ➢ **Why did Flex time change?**
a. Never discussed flextime with Mr. Morel. Never produced documentation indicating a medical reason for need for flextime.

- ➢ **What measures were taken to assist him with his assignments in conjunction with physical impairments?**
a. Secured a computer with special hardware to aid with the vision problems.

D00207

# GOVERNMENT OF THE DISTRICT OF COLUMBIA — PERSONNEL ACTION

AUTO PERS. FORM 1 (REV. 2/85)

TRANSACTION CODE: 229   ORIGINATING AGENCY: AT   CHIEF FIN OFF

| Field | Value |
|---|---|
| 1. SOCIAL SECURITY NUMBER | 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 |
| 2. NAME (LAST, FIRST, MIDDLE) | THOMAS, WALTER J |
| 2A. | 1 (MS.) |
| 3. DATE/ACTION NO. | 563753   01-11-02 |
| 4. EFFECTIVE DATE | 01 13 01 |
| 5. DEPARTMENT | CHIEF FIN OFF |
| 6. ADDRESS | 1400 S JOYCE ST APT |
| CITY | ARLINGTON |
| STATE | VA |
| ZIP | 222021836 |
| 7. DATE OF BIRTH | 12 23 40 |
| 8. PHYSICAL HANDICAP | 04 |
| 9. VETERANS PREFERENCE | 1 (NONE) |
| 10. NATURE OF ACTION/CODE | TRANSFER |
| 11. AUTHORITY | PL 104-194 OCFO OFFICE |
| EMPLOYMENT DATE | 09 01 82 |
| 12. SERVICE COMP. DATE | 09 01 82 |
| 13. D.C. SERVICE COMP. DATE | 07 05 98 |
| 14. FEGLI REGULAR | C |
| 15. HEALTH BENEFITS CODE | |
| CARRIER CONTROL NO. | |

16. FROM: POSITION TITLE AND NUMBER: MISSING TITLE   0016113/N   0312010D0056 DTD-08-18-01
17. PAY SCHEDULE: DS   SERIES: 00301
18. GRADE: 13   STEP: 06
19. SALARY: 62946   TIME SERVICE: 80-00
20. ORGANIZATIONAL UNIT: EXECUTIVE DIRECTION & SUPPORT
21. PAYROLL ORG CODE: 03-120-100   PAY GROUP: 01
TENURE IN POSITION: DS-0301-13- -N

22. TO: POSITION TITLE AND NUMBER: SUPPORT SERVICES SPECIALIST   0016591/5
23. PAY SCHEDULE: DS   SERIES: 00301
24. GRADE: 13   STEP: 06
25. SALARY: 62946   TIME SERVICE: 80-00
26. ORGANIZATIONAL UNIT: TAX AND REVENUE
27. PAYROLL ORG CODE: 04-102-300
TENURE IN POSITION: DS-0301-13-00-5

28. LABOR DISTRIBUTION RULE IS CERTIFIED CORRECT — [signature] 1/11/02   AGENCY CONTROLLER OR DESIGNEE
29. RETIREMENT: 01 CS RETIRE   042-0

30. PAY GROUP: 01
31. RETAINED GRADE:
32. CORRESPONDING GRADE:
33. SERVICE CODE: A01
34. CFO
35. LEAVE CEILING: 196

36. EMPLOYMENT TYPE: 1 (FULL-TIME)
37. POSITION TYPE: 1 (CAREER)
38. TERMINATION CODE: 1

| Rule | FUND | AGENCY | YR | RESP. CENTER | PDS | PSF | MRU | ARC | ORC | JOB | ACTIVITY | ITEM | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary | 100 | AT | 2 | 50101 | 1 | 0 | 0 | APPR | 0000 | 5010 | 40000 | | |

REMARKS:
PURSUANT TO THE AUTHORITY OF THE CFO. SEE ATTACHED AUTHORITY:
FLSA STATUS 02   DC RBCD

EXHIBIT 1-B

LCD 09/01/82

FRINGE 001

229        1        1 DC:1   01 DC:01   1        DC:

44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE): [signature] HR MANAGER, OCFO
45. APPROVING OFFICER AND AGENCY (SIGNATURE): [signature] NATWAR GANDHI, CFO
APPROVAL DATE: 01 13 01

7 Part                                                           1. EMPLOYEE

 **THE NATIONAL RETINA INSTITUTE**
LEADERS IN THE TREATMENT OF RETINAL DISEASES

Salim Butrus, M.D.
650 Pennsylvania Avenue, SE
#270
Washington, DC 20003

**Re: Walter Thomas**
**Date of Exam: 4/27/06**

Dear Salim,

I have asked Mr. Thomas to see you for evaluation of a cataract in his left eye. He has a history of having had a vitrectomy several years ago in the left eye. The vitrectomy was necessary because of a traumatic vitreous hemorrhage. At the time of vitrectomy, we found him to have several peripheral retinal tears and localized retinal detachment. He had a short-term gas bubble.

His past ocular history is also significant for nystagmus and keratoconus. He was fit with contact lenses postoperatively and was able to achieve about 20/60 vision by his report in the left eye.

**Clinical Findings:**
Visual acuity in the left eye today is 20/250.

The anterior segment is quiet with a nuclear sclerotic cataract.

Dilated examination of the left eye shows a quiet vitreous. The retina is flat with good peripheral retinopexy. There is trace amount of old vitreous hemorrhage in the inferior vitreous skirt. There are no signs of any new retinal holes or tears.

**Impression and Plan:**
Mr. Thomas has done well postvitrectomy. He has developed a cataract as would be expected in several years after surgery. I have suggested that he see you for further evaluation and management of the cataract. He does understand that he will likely continue doing the contact lens to address his keratoconus.

Sincerely,

T. Mark Johnson, M.D.
TMJ:ww

EXHIBIT 1-C

# EXAM FORM

**THE GEORGE WASHINGTON UNIVERSITY MEDICAL FACULTY ASSOCIATES**
**DEPARTMENT OF OPHTHALMOLOGY**

LAST NAME: Thomas  FIRST NAME: Walter  DOB: 12/21/40  DATE: 7/2/03

NEW PT ☐  CONSULT ☐  RETURN PT ☐  POST-OP ☐  MEDS NO △  REV. OF SYS NO △  ALLERGIES NO △  REFERRED BY _____

**CC & HPI:** 62 yo ♂ c/o keratoconus, lattice degeneration, here for sudden loss of vision OS. Uses "big floater in (L) eye" & eye pain & preceding sx to sudden loss of vision, "cloudy" in OS. ⊕ intol/flashes of light. Pt has not been wearing contact lenses. (+) TRAUMA: MVA 2d prior, hit (R) side of head.

MENTAL STATUS (Y)/N   ALERT? (Y)/N   ORIENTATION? (Y)/N   COOPERATIVE? (Y)/N   APPROXIMATE AFFECT? (Y)/N

**FINDINGS:**
- Cell ph# 571-212-3508
- Home ph# 703-521-1067
- ⊕ horizontal nystagmus – rotary component
- XT
- ⊕ RAPD OS
- ⊕ keratoconus
- OS: vitreous hemorrhage, ∅ distinct retinal detachment seen (exam confirmed by Dr. HAN). Retina fellow
- ∅ cell/flare
- ∅ vitreous cells ou (gpm in ant. vitreous)

| | NORMAL OD | OS |
|---|---|---|
| ADNEXAE | ✓ | ✓ |
| LIDS | | |
| ORBITS | | |
| LACRIMAL | | |
| NODES | | |
| MOTILITY | | |
| PRIMARY GAZE | | |
| DUCTIONS | | |
| PUPILS | | |
| SHAPE | ✓ | ✓ |
| SIZE | | |
| REACTION | | |
| CONJUNCTIVAE | | |
| BULBAR | | |
| PALPEBRAL | | |
| CORNEA | | |
| EPITHELIUM | | |
| STROMA | | |
| ENDOTHELIUM | | |
| TEAR FILM | | |
| AC | ✓ | ✓ |
| LENS | | |
| CAPSULE | | |
| CORTEX | | |
| NUCLEUS | 1+NS | 1+NS |
| IOL | | |
| OPTIC DISC | | |
| APPEARANCE | | |
| C/D RATIO | | |
| RETINA | | |
| MACULA | | |
| VESSELS | | |
| PERIPHERY | | |
| VITREOUS | | |
| VISUAL FIELDS | | |

**VISION:**
| | W/WO RX | PH/PAM | CL | COLOR |
|---|---|---|---|---|
| OD | CF@5' | | | |
| OS | HM | | | |

**GLASSES / REFRACT:** SPHERE / CYL / AXIS / ADD / VISION

**TENSION:**
- OD: 10  OD NL
- OS: 12  OS NL
- 5pm AM/PM

AMSLER'S GRID — SCHIRMER'S

EYE MEDS: ∅

HEDS: Total (initial)

UNDILATED / DILATED   NEO/MED/CYL   DIRECT / 20D / 78 D / 90D   5:40 pm

**FINDINGS:** B-SCAN: retina intact, ∅ retinal detachment. ⊕ vitreous hemorrhage & mass lesion. JT own ⊕ vitreous hemorrhage.

**ASSESSMENT:**
- Keratoconus
- Vitreous hemorrhage

GONIOSCOPY: ____
- keratoconus
- lattice degeneration
- nystagmus
- HTN

best corrected:
< 20/200
< 20/150

**PLAN:** HOB elevated, ∅ strenuous activity, limit reading

Risks/Benefits discussed [ ]  Informed consent discussed [ ]  Meds/side effects discussed [ ]

RETURN: 2 DAYS / WEEKS / MONTHS / YEARS / PRN

THE ATTENDING PHYSICIAN WAS PRESENT DURING THE KEY PORTION OF THE PATIENT'S VISIT AND REVIEWED ALL NOTES.
RESIDENT/TECH: _____ Song   ATTENDING: _____   DATE: 5/21/03

DICTATION Y/N
0-082 (5/02)

Dr. Felton Anderson
#202-291-7707
tel# (703) 521-1067 (H)
     (  )571-212-3508 (C)

**THE G[...] SHINGTON UNIVERSITY MEDICAL FA[...] [AS]SOCIATES**
**DEPARTMENT OF OPHTHALMOLOGY**

Name: THOMAS, WALTER    Date: 7.30.3    Age: 62

## CHIEF COMPLAINT

62 y.o. ♂ c̄ keratoconus OU s/p VH OS following car accident, reports vision clearing at times but then "floats back down"

| | | OD | OS | OD | OS | | | OD | OS | OD | OS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Va | | CF 5' | HM 2' | | | Ta | | 16 | 16 | | |
| | | WNL | WNL | ABNORMAL | ABNORMAL | | | WNL | WNL | ABNORMAL | ABNORMAL |
| CVF | CVF | ✓ | ✓ | | | | DEPTH | | | | |
| EOM | EOM | ✓ | ✓ | Horizontal pendular | | | CLARITY | | | | |
| CONJ. | BULBAR | ✓ | ✓ | nystagmus | | | CLARITY | | | | |
| | PALPEBRAL | ✓ | ✓ | | | | A CAPSULE | | | | |
| EXTER. | ORBIT | ✓ | ✓ | | | | P CAPSULE | | | | |
| | LAC GLAND | | | | | | CORTEX | ✓ | ✓ | | |
| | LAC DRAINAGE | | | | | | NUCLEUS | | | | |
| | PA NODES | | | | | | DISC SIZE | | | | |
| | LIDS | ✓ | ✓ | | | | CD RATIO | | | | |
| PUPILS | SIZE | | | | | | APPERANCE | | | | No view |
| | SHAPE | | | | | | NFL | | | | 2° to |
| | DIRECT | | | | | | VITREOUS | | X | | VH |
| | APD | | | | | | MACULA | | | | |
| CORNEA | EPI | | | | | | VESSELS | | | | |
| | STROMA | X | X | Keratoconus c̄ | | | PERIPHERY | | | | |
| | ENDO | | | stromal scar OD | | | | | | | |
| | TEARS | | | | | MENTAL | OX3 | | | | |
| IRIS | EXAM | ✓ | ✓ | | | STATUS | MOOD/AFFECT | | | | |

DIL. TIME 823 OS
INITIALS MZ
M / N / C

FPOD
FPOS
FAOD —↑ drop—
FAOS     VH
ICGOD
ICGOS

vitreous strand (floater)
PRD
dense central VH

## DIAGNOSIS

362.51 AMD dry          362.01 NPDR      362.36 BrVeinOcc
362.52 AMD wet          362.83 DME       362.53 CME
362.16 CNV/retinal neo  362.02 PDR       366.10 Cataract
363.32 Scar, macular    250.50 DM, type II
362.56 Mac pucker/EMR   250.51 DM, type I
364.54 Macular hole/cyst

(1) Keratoconus
(2) VH

1. disc - D, VH
2. - Tx options
3.
4. c/b PPV und Hg effect
   RD, cataract, TIOP, ↓ visu aleye

| Laser Today |
|---|
| LIO |
| MV |
| Focal |
| PRP |

COL./IVFA - R___ L___ HS ICG - R___ L___
HOME / STAY

FOLLOW-UP _____
OA: COL / IVFA - R___ L___ HS ICG R___ L___

# THE NATIONAL RETINA INSTITUTE
LEADERS IN THE TREATMENT OF RETINAL DISEASES

**Name:** Thomas, Walter  
**Date:** 04/27/06  
**Age:** 65 yrs.

**CHIEF COMPLAINT**

y.o. B ♂ c h/o s/p PPV/AFX/CRVO OS 9/8/03, (TMJ) Keratoconus  
cc: Ø sig VA Δ's OU s/v ⊖ assoc signs  
eccentric OU

| Va | (KMB)(SC)(CC) 20/ | OD | OS | OD PH | OS PH | | | OD | OS | OD | OS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 50¹ | 250² | NI | NI | Ta | Applan. | 15 | 12 | | |
| | | WNL | WNL | ABNORMAL | ABNORMAL | | | WNL | WNL | ABNORMAL | ABNORMAL |
| CVF | CVF | ✓ | ✓ | | | AC | DEPTH | — | — | | |
| EOM | EOM | ✓ | ✓ | nystagmus | | | CLARITY | — | — | | |
| CONJ | BULBAR | | | | | LENS | CLARITY | | | | |
| | PALPEBRAL | | | | | | A CAPSULE | — | — | | |
| EXTER. | ORBIT | | | | | | P CAPSULE | — | — | | |
| | LAC GLAND | | | | | | CORTEX | — | — | | |
| | LAC DRAINAGE | | | | | | NUCLEUS | | | +NS | +3NS |
| | PA NODES | | | | | RETINA | DISC SIZE | — | — | | |
| | LIDS | ↓ | ↓ | | | | CD RATIO | 0.4 | | | |
| PUPILS | SIZE | 4 | 4 | | | | APPEARANCE | — | — | | |
| | SHAPE | R | R | subepithar | | | NFL | — | — | | |
| | DIRECT | 3 | 3 | | | | VITREOUS | | | quiet | quiet |
| | APD | ⊖ | ⊖ | ◯ | ◯ | | MACULA | | | | |
| CORNEA | EPI | | | | | | VESSELS | | | | |
| | STROMA | — | — | | | | PERIPHERY | | | | |
| | ENDO | — | — | K.cOnus | | | | | | | |
| | TEARS | — | — | | | MENTAL | OX3 | — | | | |
| IRIS | EXAM | — | — | | | STATUS | MOOD/AFFECT | — | | | |

DIL TIME 2:05PM  
INITIALS KMB  
M/NyC

FPOD — Post  
FPOS  
FAOD  
FAOS  
ICGOD  
ICGOS

Ø hole  
Ø tear

old VH

**DIAGNOSIS**

- 362.51 AMD dry
- 362.52 AMD wet
- 362.16 CNV/retinal neo
- 363.32 scar, macular
- 362.56 mac pucker/ERM
- 362.54 macular hole/cyst
- 362.83 Retinal Edema
- 362.01 NPDR
- 362.02 PDR
- 362.03 NPDR-NOS
- 362.04 Mild NPDR
- 362.05 Mod NPDR
- 362.06 Severe NPDR
- 362.07 Diab Mac Ed
- 362.36 BrVeinOcc
- 362.53 CME
- (366.10) cataract
- 250.50 DM, type II
- 250.51 DM, type I
- ○ Keratoconus

S/P PPV/AFX/C (periph retina)

**PLAN**  
1 disc  
2 realistic exp  
3 mgmt cataract  
4 ...

☐ VR: MP-1 — risis RD  
☐ VR: VRN - Dr. Griswold — follow  
☐ VR: OT Eval / TX     1 yr.

**Laser Today**  
LIO  
FV    Dr. Buttos  
Focal  
PRP  
IVK

**FOLLOW-UP**  
OA: COL. / IVFA - R__ L__ HS ICG R__ L__ OCT R L  
Rx: Laser   OD   OS _____   MP-1 R__ L__  
☐ FV    ☐ Focal    ☐ PRP    ☐ LIO  
☐ F/U FV POST OP w/ FA & HSICG  OD OS OCT R L

IVFA - R__ L__  HS ICG - R__ L__  OCT R__ L__  
HOME / STAY    MP-1 R__ L__  
_____, M.D.  
TATION  Y/N

September 10, 2005

Re: Walter Thomas, candidate for employment

Dear Sir/Madam:

Mr. Walter Thomas has applied to become a member of your organization, and I want to take this opportunity to write to you, and any others who may review this letter, and state that I fully support his endeavors. I have had the pleasure of working with and supervising Mr. Thomas. I evaluated Mr. Thomas in March, 2003, and ascribed his level of performance as <u>Exceeds the Level of the Position.</u>

Mr. Thomas is a very diligent person, and will work tirelessly at any task that is assigned to him. He has a vast amount of experience in many areas. Therefore, I believe that he will be an asset to you, no matter where he is placed. I know that you and those who are conducting the review will give your highest consideration.

Sincerely,

Albert Powell
Cell Phone 202-957-9187

EXHIBIT 1-D

leave msg w/c. on
cell 571-212-3508

11-18-03
Walter Thomas v. DC OfC

✱ No knowledge of disability - hand delivered letter to Mr. Parker, placed in personnel folder by Personnel Specialist

1998 — Purchasing of zoom equipment, chair, for visually impaired, computer, large screen
until position ended
Charles Ortiz - purchasing agent

n/a  n/a   ✗ Courts

- Louis Parker - 202-879-2803
- Charles Ortiz - Dept. of Health c/o
  Daffney Roache 442-9206
- Shirley Gaddey 202-371-6414 co-worker
- Angela Warrick 202-607-5063 co-worker

Positions CP applied for - Lead SS Specialist

2 Vacancies

One Selectee.

One week after CP discharged, new jobs opened but CP did not know of these openings until

already said they were going to get rid of older people.

EXHIBIT 1-E

Albert Powell - CP's former supervisor  301-899-9080
↓
direct knowledge of Stanley Moreno - supervisor

attempted to give CP work that CP could not perform due to CP's disability

Witnessed all of this

No advanced notice of ~~unknown~~ future positions becoming available

No mention of 2nd position vacancy

Opp pkgs of applicants for selectees

January 7, 2004

Via E-mail attachment & First Class Mail
Mr. Silvio Fernandez, Deputy Director
EEOC Washington Field Office
1400 L St. N. W. #200
Washington, D. C. 20004

Re. Charge 100-2003-00775

Dear Mr. Fernandez:

It is with a sense of urgency that I am forwarding this letter to request your assistance in obtaining information regarding a case that is pending at your agency.

### Background/Scenario

In August 2003, I filed a case with EEOC against the District Government/OFFICE OF TAX AND REVENUE. I submitted substantial documentation that normally would have to be provided by the agency being charged. The documents submitted are as follows:

1) Documentation indicating that I am a member of a protected class/African American.

2) Document indicating that I applied for a position that I had held previously and wanted to retain, and that I was highly qualified for the position.

EXHIBIT 1-F