UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------x
WALTER J. THOMAS,             :
                              :
        Plaintiff,            :
                              :
     v.                       : No. 05-cv-01784
                              :
NATWAR M. GHANDI,             :
                              :
        Defendant.            :
------------------------------x
```

Washington, D.C.

Friday, February 16, 2007

Deposition of

WALTER J. THOMAS

Plaintiff, called for examination by counsel for Defendant, pursuant to notice and agreement of counsel, beginning at approximately 10:10 a.m., at the law offices of Sheppard Mullin Richter & Hampton, LLP, 1300 I Street, NW., Washington, D.C., before Lidtz Jean-Philippe of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

**EXHIBIT 2**

194

1  Q  When you worked for the department
2  of -- I'm sorry, for the D.C. Public Schools,
3  and you were responsible for preparing
4  various reports for facility manager. Did
5  you have special computer equipment over
6  there?
7  A  No, and I would turn mine into the
8  secretary, or I would call administrative
9  assistant or whatever have you. And I would
10 review the product.
11 Q  So you had no problem reading it
12 after it was typed?
13 A  Well, if it came in the right font.
14 Yeah, I would enlarge the font, you know, or
15 get it to the point -- the font that -- so
16 that I could see it, yeah.
17 Q  Do you know what your visual acuity
18 was at the time that you were -- came to work
19 for the CFO in 1998?
20 A  No, I -- I mean, when you say
21 visual acuity can you explain to me what
22 you're talking about?

195

1  Q  Well, I mean, was it 20/20, was it
2  20/30? And I know -- I realize that it's got
3  to be -- each eye.
4  A  I don't -- yeah, I don't know --
5  I'm not sure of that.
6  Q  Was one eye more impaired than the
7  other eye?
8  A  Under certain circumstances with
9  nystagmus they both are affected.
10 Q  What is the name of the condition?
11 A  Nystagmus, where your eyes -- you
12 can't focus in the -- the moving --
13 Q  And the condition -- keep you from
14 focus --
15 A  Nystagmus and keraconus, yeah.
16 Q  Keraconus.
17 A  Keracaconus or keraconus, and
18 nystagmus and severe -- like nearsightedness
19 also, so all of those combinations is what I
20 had.
21 Q  Now, you have been able to read
22 various documents that have been presented to

196

1  you at deposition today. Have you had your
2  vision corrected since the time that you left
3  the CFO's office?
4  A  Other than my operation, if that's
5  what you mean by corrected.
6  Q  The operation was for an injury
7  that you sustained in the automobile
8  accident, right?
9  A  Right, yes, uh-huh.
10 Q  The injury to -- in the automobile
11 accident was to your left eye, was it not?
12 A  Left eye, and affected the right
13 one too with regard to adjusting or focusing.
14 Q  And if I recall, from your medical
15 documentation, you were asked to wear contact
16 lenses to improve or correct the vision to a
17 point where you would be able to function and
18 --
19 A  Yeah, with Keraconus and Nystagmus,
20 I mean, yes, that would help me.
21 Q  And do you know what your visual
22 acuity is, now, in corrected form?

197

1  A  I don't. No, I don't.
2  Q  Are you wearing contact lenses at
3  the present time?
4  A  Yes.
5  Q  And do you wear them in addition to
6  your glasses that you have on your face?
7  A  Yes.
8  Q  So you're wearing both forms of
9  correction --
10 A  Yeah, for optimum correction in
11 seeing and reading, yeah.
12 Q  When you use the computer at the
13 library for your job search, do you have any
14 problems?
15 A  No, because they have the facility
16 to enlarge. I use what they call computers
17 for the visually impaired.
18 Q  All right. When you went -- when
19 you transferred from mission support to
20 general services, OTR, in the fall of 2001,
21 were you able to take your computer with you
22 from one location to the other?

250

1  -- and they spoke -- now, I don't know what
2  he said, but he did not speak in a
3  complementary way about me. So I don't know
4  what he said.
5     Q  So your recollection is that Mr.
6  **Morel was still an employed CFO in that**
7  **spring of 2002?**
8     A  Well, my understanding is that his
9  job had been abolished, and he had been given
10 a position down here, I don't know. But that
11 his position had been abolished, one of the
12 positions that he -- and that he didn't -- he
13 did apply for one of the positions I believe
14 on the -- on our chart --
15    Q  Uh-huh.
16    A  -- for the whole year and I think
17 he did get one of those positions, and in the
18 interim he was given some kind of position
19 down there.
20    Q  **Were you concerned that he might**
21 **tell Ms. Cammalleri that he didn't think you**
22 **were a very good employee?**

251

1     A  Based on his actions and -- yeah, I
2  did have that.
3     Q  Okay.
4     A  Uh-huh.
5     Q  **Did you wear glasses to the**
6  **interview?**
7     A  Yeah, I had my -- yeah, yes.
8     Q  **Are they the same glasses that you**
9  **were wearing today?**
10    A  I believe they are. Yeah, yes.
11 I'm not -- let me put it like this, I think
12 they are. I think they are.
13    Q  Uh-huh.
14    A  Or that they were.
15    Q  **Was Ms. Cammalleri wearing glasses**
16 **on the day of the interview?**
17    A  You know, I don't remember she had
18 glasses on or not.
19    Q  **About Ms. Smoak?**
20    A  No, I don't remember about either.
21    Q  **How about Mr. Lister?**
22    A  He, to my knowledge, he didn't wear

252

1  glasses. At least, I never saw him with
2  glasses in my presence and when he was in
3  that office.
4     Q  **How long did your interview last?**
5     A  I would say, well, 20 to 25
6  minutes.
7     Q  Okay.
8     A  With a break; a little short break
9  in here, but I -- that's what I would say.
10    Q  **Okay, to the best of your**
11 **recollection, tell me what happened from the**
12 **time you walk in the interview room, until**
13 **the time that you walked out?**
14    A  Well, step one, I came into the
15 interview room, and said hello to everybody
16 in there. And they said to have a seat, I
17 had a seat. And then, they started to -- Ms.
18 Cammalleri did most of the questioning,
19 although I think Ms. Smoak had one or two
20 questions, but Ms. Cammalleri had most of
21 the questions. And she had like talking
22 points going down, you know, this about this

253

1  job, what I had done over my past experience.
2  But -- and so, I was kind of concerned
3  because she wasn't asking me any questions
4  like a person would ask who had worked with
5  me or had some knowledge of me.
6        And that's what prompted me to ask
7  her, "Well, would these questions that you're
8  asking me, do you have all of my background,
9  and work experience, and so forth there
10 before you from my personnel file or from,
11 you know, documents that you have and so
12 forth and so on?" And that's when she said
13 "Yes, we have everything on you." So I
14 answered her questions, and Mr. Lister asked
15 one question. He asked one question; I can't
16 remember what it was about, did I like my
17 position at the office because -- and he said
18 to me in the meeting, "I've only been here
19 weeks; I'll ask you this quick question."
20 But Ms. Cammalleri was the one who was doing
21 the questioning.
22    Q  **Okay, did Ms. Cammalleri ask you**

298

```
1    A   Yes, this is what I got back --
2    Q   Okay.
3    A   -- showing that it had been turned
4  in.
5    Q   That it had been turned in?
6    A   Right.
7    Q   Now, in terms of things, there's an
8  individual name there, Ms. Tanya High.
9    A   Uh-huh.
10   Q   Did you ever -- were you ever
11 contacted by Ms. High after you had turned
12 in an application and told that you hadn't
13 submitted any responses to ranking factors or
14 your application was deficient?
15   A   No. Oh, no, no, I never got
16 anything like that, no.
17   Q   And were you -- who contacted you
18 and told you that you were qualified for the
19 position? Do you recall who that was?
20   A   I believe it was, if I'm not
21 mistaken, Diane Cammalleri.
22   Q   Okay. Now, in terms of --
```

299

```
1    A   You mean qualified to apply?
2    Q   No, qualified -- once you submitted
3  your -- let me withdraw -- rephrase it, once
4  you submitted your application, were you
5  contacted and informed that you qualified to
6  be interviewed for the position?
7    A   Oh, yes. Okay, yes.
8    Q   And who did that?
9    A   Ms. Cammalleri was the person that
10 contacted and said that.
11   Q   And at that time did Ms. Cammalleri
12 say, "I need from you responses to ranking
13 factors; you must submit those in order to be
14 able to be interviewed"?
15   A   No, I wasn't asked for any
16 additional information.
17   Q   Okay. Now, I want you to turn to,
18 I guess, it's, page 3 -- page 11, this
19 Deposition Exhibit Number 9, and what is this
20 document?
21   A   Well, this is the document, resume
22 that I turned in with my package.
```

300

```
1    Q   Okay. And in this document do you
2  have on your resume your current address?
3    A   On the resume?
4    Q   Yes.
5    A   1400 S, South -- S means South,
6  Joyce Street, 913 Arlington, Virginia 22202.
7    Q   Okay. Now, in terms of your
8  application for this position, when you went
9  to your interview, did any of the individuals
10 that were in the interview state to you that
11 they did not have documents that were the
12 complete package that was needed to apply for
13 the position?
14   A   No.
15   Q   Okay. Now, after you had your
16 interview, did you have any discussions with
17 anyone concerning the process, the selection
18 process, after you departed from the
19 interview?
20   A   Well, later on that day of the
21 interview, I did have occasion to have some
22 interaction with Mr. Lister.
```

301

```
1    Q   And can you tell us about that,
2  please, what was your interaction with Mr.
3  Lister?
4    A   Well, as I said I was there and I
5  stayed there late, and he was there and --
6  after the interview, he had said to me -- we
7  were talking about the continued employment
8  and so forth, and it was he who said to me,
9  look, man, I don't know you. I have only
10 been here short time, but these people don't
11 want you here and there are rumors already
12 about you and they said they didn't want
13 anybody who's already -- retired and -- and
14 that -- what is it, that they -- how was it
15 -- that they didn't want anybody who had
16 already reached the age of retirement and was
17 just taking up space or something like that,
18 and that if I were you, I would just go and
19 seek another job anyway because you're not
20 likely to be hired according to them.
21       Now, who -- with "them" he meant or
22 said I couldn't -- but I was assuming he
```

**Page 302**

1  meant people that are interviewing.
2  Q  Okay. Now, do you recall
3  testifying about your time under the
4  supervision of Mr. Morel?
5  A  Yes, I testified, yes.
6  Q  Okay. And in terms of Mr. Morel,
7  you were transferred from under his
8  supervision, is that correct?
9  A  That's correct.
10  Q  And when you were under the
11  supervision of Mr. Morel, you previously
12  testified that he did not give you a
13  performance evaluation, is that correct?
14  A  That is correct.
15  Q  Okay. And did you -- and you
16  requested a performance evaluation?
17  A  I requested a performance
18  evaluation in writing -- so that I'd have
19  something in writing as always, just as -- to
20  be prepared.
21  Q  And in terms of Mr. Morel, you left
22  his supervision and to whose supervision did

**Page 303**

1  you go after you left him?
2  A  After under his supervision, Mr.
3  Albert Powell.
4  Q  And in terms of Mr. Powell, during
5  the time that he was your supervisor, did he
6  evaluate your performance?
7  A  Yes.
8  Q  Okay. And can you tell us to the
9  best of your recollection, what was the
10  performance appraisal that Mr. Powell gave
11  you in 2003, the performance year of 2003,
12  for evaluation of your performance?
13  A  He gave me a performance, "Exceeds
14  expectations of the position."
15  Q  Okay. And in terms of the time
16  that you were under Mr. Powell, did you
17  receive any complaints written or oral that
18  said that you were not performing your job or
19  just disregarding the rules and regulations
20  of the office or policies?
21  A  No, I never received anything like
22  that.

**Page 304**

1  Q  And now I want to show you
2  Deposition Exhibit Number 5, and this is 5A
3  through, it's got some designations, although
4  I'm not sure what all the designations are?
5  Deposition Exhibit Number 5A, B, C
6  and D, I guess; there are separate documents
7  that comprise Deposition Exhibit Number 5.
8  Now, in terms of Deposition Exhibit
9  Number 5, when was the first time that you
10  saw these documents?
11  A  The first time that I saw these
12  documents, I believe, was in your -- when I
13  got them from you, the counsel.
14  Q  Okay. And did Mr. Morel ever share
15  with you these memorandums that are
16  represented in Deposition Exhibit Number 5?
17  A  No, no.
18  Q  And --
19  A  These are documents that I -- I
20  have not received these. And just as I said,
21  no, I never received this from Mr. Morel.
22  Q  Okay. And in terms of Deposition

**Page 305**

1  Exhibit Number 4, you went to see a Ms.
2  Teresa Wilson, am I correct?
3  A  Shall I give this back to you?
4  Q  Yeah.
5  A  Okay.
6  Q  You went to see a Ms. Teresa
7  Wilson, correct?
8  A  Yes.
9  Q  Okay. And in terms of Ms. Wilson,
10  you asked her to look into the problems that
11  you were having with Mr. Morel, correct?
12  A  Yes, I looked at -- rule them out,
13  uh-huh.
14  Q  Okay. And Ms. Wilson, did she ever
15  get back to you about the issues that you
16  raised, that you wanted her to look into?
17  A  I don't believe she gave me
18  anything in writing with regard to it. She
19  did ask me for some additional information
20  and I gave it to her.
21  Q  And so these documents that are
22  Deposition Exhibit Number 5, Mr. Wilson, she

**Page 306**

1  never came back and said, well, look, here's
2  documentation I've got that says that --
3      A   No, oh, no.
4      Q   -- you were doing all these
5  terrible work things?
6      A   No, because she never gave me
7  anything like that in writing --
8      Q   Okay. And --
9      A   -- or the documents.
10     Q   Okay. Now, in terms of things, you
11 testified about these --
12     A   Should I hold on to it?
13     Q   No, you can put it down. You
14 testified about the issues that arose over
15 telecommunications and -- when you were the
16 telecommunications coordinator, can you
17 describe for us how many individuals were --
18 as a telecommunications coordinator -- did
19 you have responsibility for or have to
20 oversee their communications functions?
21     A   It consisted of all seven officers
22 under the OCFO.

**Page 307**

1      Q   And --
2      A   Dispersing, Treasury, Grants
3  Management, Mission Support, The Office of
4  the OCFO, Share -- there's an office called
5  Share, and Financial Operations. So there
6  were a total of seven divisions throughout
7  the city located in different places; a
8  couple of them in the building where I was,
9  and then others various and sundry places,
10 you know, throughout the city -- or on 14th
11 Street or on 6th Street Southeast -- I mean,
12 various -- just spread out -- spread out.
13     Q   And did all of these offices had
14 multiple telephones and computer systems --
15     A   Oh, yes.
16     Q   -- and lines that had to be deal
17 with?
18     A   That's correct, that's right.
19     Q   And in terms of things, when Mr.
20 Morel first raised with you that there were
21 complaints, did he tell you who was
22 complaining, how many complains or what he

**Page 308**

1  had heard? Did he give you any information
2  like that?
3      A   No. Well, he never said anything
4  specific per se. He just said that our
5  department is getting too many complaints.
6  But that's when I asked him, "Well, what are
7  they?"
8      Q   Uh-huh. And in terms of -- you
9  asked him for written documents?
10     A   I did, yeah.
11     Q   And did you ever get anything?
12     A   I never got. Until now I don't
13 have anything.
14     Q   Okay, all right. Now, you
15 testified that on the -- you applied for the
16 positions that had -- of lead support
17 specialist, correct?
18     A   Yes.
19     Q   And you testified that you were
20 called in and -- on March 28th and you were
21 given a letter to -- telling you that --
22     A   I had no --

**Page 309**

1      Q   -- your position was abolished and
2  you were terminated, correct?
3      A   Yes.
4      Q   And who did you meet with on March
5  28th?
6      A   Diane Cammalleri.
7      Q   Okay. And what did she tell you?
8      A   She said, well, Walter, you were
9  not chosen for either of the positions, and
10 that we found persons better qualified, and
11 we want to give you this letter and it
12 explains to you that you weren't selected for
13 either position, and that you must leave the
14 building; you're terminated as of today
15 within an hour you have to leave -- turn in
16 your stuff and you have to leave the
17 building.
18         And so I explained to her that I
19 needed time to clean my -- get my stuff up
20 and pack it up. And that's -- so I did have
21 to turn in though my access.
22     Q   Okay. Now, you were told that

78 (Pages 306 to 309)

310

1  those positions were filled?
2    A   Uh-huh.
3    Q   Okay. And so in terms of things,
4  did you think that Ms. Cammalleri would not
5  tell you the truth?
6    A   No, I didn't think she wouldn't
7  tell me the truth; I thought that she meant
8  what she said and that I hadn't been chosen
9  for either positions.
10   Q   So that when you found out in, you
11 said May, that this position had been
12 re-advertised, can you tell us how did you
13 feel?
14   A   Well, I felt kind of angry and, you
15 know, I felt that -- a little deceived
16 because it was one of the same positions that
17 she said had been filled by a better
18 qualified person.
19   Q   Okay. And on the day that you were
20 told that you had to leave within the hour,
21 how did you feel?
22   A   I was angry about that. I thought

311

1  that that -- it was in the middle of a pay
2  period. I -- to my knowledge no one had been
3  asked to leave the building within 15
4  minutes. I mean, I'm the security officer,
5  what -- you know, so I was angry.
6        I was angry and kind of
7  disappointed in her because I think her tact
8  -- you know, I thought she could've been more
9  tactful. But she said, leave, and I turned
10 in my card. And when I left, I couldn't get
11 back in without going through the other
12 process rather than as an employee.
13   Q   Were you able to take all your
14 personal belongings with you when you
15 departed?
16   A   No.
17   Q   Okay. So you had to come back
18 actually a second time to get your personal
19 belongings?
20   A   Yeah, a second and a third time.
21   Q   Okay. And when you told Ms.
22 Cammalleri that you had to get your personal

312

1  belongings on that day, what did she say to
2  you?
3    A   She said that I have to make
4  arrangements at some other time to do that,
5  but that I had to leave per her instructions.
6    Q   So she did not try to help you
7  contact whoever it would be to arrange to
8  come and get your personal belongings or try
9  to get them to you?
10   A   No. No, she just said to me I have
11 to leave and get all my things.
12       MS. HUTCHINSON: That's all I have.
13       FURTHER EXAMINATION BY COUNSEL FOR
14 DEFENDANT
15       BY MS. PIVEC:
16   Q   Mr. Thomas, I'd like to address
17 first your testimony with respect to your
18 conversation with Mr. Lister --
19   A   Yes.
20   Q   -- on the day of your interview.
21 Is that -- is it correct that happened --
22   A   The evening, yeah, after it was

313

1  over.
2    Q   And where did this conversation
3  take place?
4    A   In our bank of offices down -- he
5  had assumed the office that Mr. Powell had
6  occupied, and my desk was right out -- just
7  outside his office. So --
8    Q   Was Mr. Powell there during this
9  conversation?
10   A   Mr. Powell had been rejected from
11 employment; he had left.
12   Q   On the day of this conversation
13 with Mr. Lister --
14   A   Yes.
15   Q   -- Mr. Powell was no longer an
16 employee at CFO?
17   A   That's right. He had applied for
18 the job and had been rejected --
19   Q   Okay.
20   A   -- for the logistics head person.
21   Q   What time of the day did the
22 conversation take place?

79 (Pages 310 to 313)