**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Chief Financial Officer



Natwar M. Gandhi
Chief Financial Officer

EXHIBIT 2
Camilleri,
2/28/07 S/6

## MEMORANDUM

TO: Natwar M. Gandhi
Chief Financial Officer

FROM: for Diane M. Camilleri /s/ Lucille Dickens
Acting Director, Government Business and Human Capital

DATE: December 10, 2002

SUBJECT: Proposed Restructuring of the Office of Government Business and Human Capital (OGBHC)

---

Based on the goal of the Office of the Chief Financial Officer to normalize its financial operations and streamline/improve the overall administrative function within the OCFO, a proposed restructuring is proposed for OGBHC.

The current structure of the division (see Attachment 1) is inefficient and top heavy with Management and Supervisory Service (MSS) positions. Thirty-six percent of the current staff are in the supervisory category, yet very few of them meet the established MSS criteria. Many of the positions in the division are improperly classified and/or graded and accurate position descriptions are largely unavailable. Most of the positions in the current Human Resources function are generalists and are staffed with employees who, for the most part, had no previous experience in Human Resources before coming to this organization.

Because of issues with respect to organizational performance and changing mission focus, it is recommended that all positions in OGBHC be abolished. A new organization, with properly classified and graded positions has been outlined in Attachment 2. The new organization of Management and Administration (M&A) will enhance operating efficiencies and raise the level of professionalism with the creation of positions specific to the need of the organization being serviced.

In addition to the abolishment of positions in OGBHC, the General Services Unit in Office of Tax and Revenue will be abolished and organizationally reestablished in M&A. One position in Treasury and one in Financial Operations and Systems will also be abolished, as the duties are primarily related to driving and messenger services. These functions will be consolidated in M&A under the Director of Support Services.

EXHIBIT 4

Proposed Restructuring of the Office of Government Business and
    Human Capital (OGBHC)
December 10, 2002
Page 2

A summary of the proposed changes in the organization is as follows:

- Reduced the number of positions in the various organizations (including OGBHC, OTR, OFUS, and OFT) by 13 (from 53 to 40) (note: this includes one Attorney position, transferred to the General Counsel).
- Reduced the number of MSS positions in various organizations by 9 (from 17 to 8).
- Reduced the number of direct reports to the Director of M&A from 8 to 4.
- Aligned all Human Resources (HR) activities under the HR division (currently spread throughout the organization).
- Aligned all facilities type duties (relating to driving/messenger service) under the new Support Services Division and leveled the grades/responsibilities.
- Reclassified all HR professional positions into specialty areas (Labor Relations, Classification, Compensation and Benefits, and Staffing and Recruitment) and leveled the grade structure.
- Restructured the entire Procurement area into two specific functions of (1) Contracts and (2) Procurement and leveled the grade and supervisory structure.
- Restructured the Training and Development function to come under the Human Resources Division, leveled the grade structure, and reclassified the positions.

Another significant change is a reduction in the amount of personal driving services now offered to senior managers/executives throughout the OCFO. Instead, a shuttle service will be procured, allowing all OCFO employees and managers to be transported between our four primary offices in downtown DC. Driving services will remain available for the CFO and on a limited basis for Deputies/Associates in special circumstances. In addition, the support services clerks will be selected from special hiring sources to begin building a program to employ the disabled.

The result of the changes will be a projected annualized cost saving of $674,984. The overall loss of positions will not impact the service delivery to the OCFO organization and in fact, should improve the level of service provided by establishing the proper types of positions for duties to be performed and recruiting for experienced professionals to fill the positions.

The restructuring will be accomplished by (1) abolishing all positions in the current organization (2) posting the vacancies in the new organization for competition (internal and external) and (3) terminations of all employees in the current organization who are not selected for a continuing position in the OCFO.


D00610

Proposed Restructuring of the Office of Government Business and
    Human Capital (OGBHC)
December 10, 2002
Page 3

If you have any questions or need additional information, please call me at (202) 442-8040

Restructuring approved:

_____    12/11/02
Natwar Gandhi                       (Date)
Chief Financial Officer

Attachments
    Old Organization Chart (Government Business and Human Capital)
    New Organization Chart (Management and Administration)
    Old vs. New Structure Summary
    Cost Analysis

Doo 611