**Government of the District of Columbia**
**Office of the Chief Financial Officer**



December 12, 2002

EXHIBIT 5

Walter Thomas
General Services Unit
Office of Tax and Revenue
941 N. Capitol Street, NE
Washington, DC 20004



Dear Mr. Thomas:

Due to budget reductions recently enacted throughout the Government of the District of Columbia for FY 2003, and in order to achieve greater efficiency and a more cost effective government, the Chief Financial Officer (CFO) of the District of Columbia will exercise the legal authority vested in the CFO by the Congress under Section 424 of the District of Columbia Home Rule Act, P.L. 93-198, as amended by Section 302 of the District of Columbia Financial Responsibility and Management Assistance Act of 1995, P.L. 104-8, Section 142 of the District of Columbia Appropriations Act of 1997, P.L. 104-194, as extended by Section 111(c) of the District of Columbia Appropriations Act of 2002, P.L. 107-96, and Section 409 of the 2002 Supplemental Appropriations Act, P.L. 107-206, and restructure certain operations of the Office of the Chief Financial Officer (OCFO).

Among the actions being taken during the restructuring is the abolishment of all positions in the General Services Administration unit, Office of Tax and Revenue, and the creation of the Office of Management and Administration (M&A) (please see Attachment A for the organization chart). As a result, all positions in the GSA unit shall be abolished upon the signing of the applicable administrative order.

All available remaining positions in M&A will be advertised for a minimum of ten (10) business days, beginning Friday, December 13, 2002. During that period, interested persons will have an opportunity to apply for consideration. Vacancy announcements will be available on the OCFO web site and in the Office of Human Resources reception area, Suite 1200, 941 North Capitol Street, N.E., Washington, D.C. A fact sheet on the selection process is included in Attachment A.

If you choose not to apply for any of the available positions in M&A or other posted vacant OCFO positions, you will be terminated within five (5) business days after the close of the application period, and receive a severance payment. Similarly, if you are selected for an OCFO position, but choose not to accept the position, you will be terminated and receive a severance payment.

In the coming days, the OCFO will provide you with detailed information concerning eligibility for retirement, severance payments, and other employee benefits. Please be aware that an Outplacement Services Team has been established to assist you throughout this process. Any questions regarding these services should be directed to Pamela Madison at (202) 727-2476. We encourage you to take advantage of all outplacement services offered to you.

Please also be aware that we are offering affected employees up to two (2) hours of administrative leave per week for resume preparation, appointments with search firms, etc. This leave must be scheduled in advance and approved by your immediate supervisor.

Sincerely,

Diane Camilleri
Director, Office of Human Resources


December 5, 2002
Executive Assistant
DS-301-12
ASP: 40
Attorney Advisor
Director, Office of Human Resources
MSS-201-15/16
Program Analyst DS-343-14
EEO and Diversity Officer – DS-260-12/13
Staff Assistant – DS-301-09/11/12
ASP: 17
Director, Support Services
Staff Assistant – DS-301-07/09/11
ASP: 10
Director, Office of Contracts and Procurement
MSS-1102-14/15
Staff Assistant – DS-301 – 07/09/11
ASP: 11
Chief, Training and Development
MSS-1701-14/15
Chief, Personnel Operations
MSS-201-14/15
Chief, Procurement
MSS-1102-14
Chief, Contracts
MSS-1102-14
•(1) Education Specialist DS-1701-12/13
•(2) HR Specialists (HR Development DS-201-12/13
•(1) HR Specialist (Labor Relations) DS-201-12/13
•(2) HR Specialists (Staffing and Recruitment) DS-201-12/13
•(1) HR Specialist (Comp & Benefits) DS-201-12/13
•(2) HR Specialist (Position Classification) DS-201-12/13
•(2) HR Assistants DS-203-07/08/09
•(2) Lead Support Services Specialists DS-342-11
•(1) Support Services Specialists DS-342-09/10
•(3) Support Services Assistants DS-342-07/08
• (2) Support Services Clerks DS-301-05
•(1) Procurement Analyst DS-1102-13
•(2) Purchasing Agents DS-1105-09/11
•(1) Contract Administrator DS-1102-14
•(3) Contract Specialists DS-1102-13
*Position encumbered
**Position encumbered NTE one year

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE CHIEF FINANCIAL OFFICER

**Attachment B**

**Job Application Process**

**Step 1**

Employees prepare resumes or DC 2000 (Employment Application) to become ready for the reapplication period. This reapplication period will be announced via email and will also be posted on the OCFO intranet site at: http://ocfo.in.dc.gov/ under **Restructuring Guide**.

During the time leading up to the reapplication process, employees should also consider other options available to them such as early out or optional retirement. Fact sheets outlining these and other items of interest will be posted on the intranet site noted above.

**Step 2**

All vacancies in the new organization, as well as in other areas of the Office of the Chief Financial Officer (OCFO), are posted for application and a definitive competition period of at least ten (10) workdays.

Applications or resumes must be submitted on the attached transmittal sheet, clearly outlining the position being applied to. A separate transmittal sheet and resume or application must be submitted for each vacancy announcement number. Each vacancy announcement will outline selective placement factors that must be addressed and submitted with the application.

Five days after the close of the vacancy announcement period, termination letters may be issued to employees who do not apply for positions in the new organization, or for other existing vacancies in the OCFO. Exceptions may be made if the employee is eligible for optional or early out retirement and expresses in writing to the HR Director the intent to make application for retirement.

**Step 3**

Applications will be reviewed for qualification determination. This review will consider (1) minimum and/or specialized experience and/or educational requirements as outlined in the vacancy announcement; and (2) any selective factors outlined in the vacancy announcement.

Eligible external (outside of the OCFO) applications will be forwarded to a ranking panel for determination of highly and/or best-qualified candidates. Eligible internal applications will be automatically forwarded to the interview panel.

**Step 4**

The ranking panel will receive the applications of all eligible external candidates for determination of highly and/or best qualified as outlined in a pre-established ranking plan. This ranking plan will be available for review after the close of the competition and selection process.

The applications of up to the top ten best-qualified external candidates will be forwarded to the interview panel.

**Step 5**

The interview panel will interview (1) all eligible internal (displaced) applicants and (2) up to the top ten best-qualified external candidates. Candidates will be given a minimum of 24 hours' notice of the intent to interview. When a face-to-face interview is not possible, a telephone interview is acceptable. The requirement to interview is satisfied when one of the interview panel members makes a reasonable effort to communicate the time and place of the interview with all interview candidates. Documentation of such efforts will be recorded. Interviews will be conducted based upon a uniform set of job-related questions designed to test each candidate's relative experience and ability with respect to the specialized features of the job.

The performance of each of the candidates at interview will be documented by each member of the interview panel and made part of the selection file for the vacancy in question. Panel members will meet for the purpose of reaching consensus on the panel's recommendation with respect to the top [5] candidates for a vacancy. The final hiring decision has been delegated by the Chief Financial Officer to the selecting official. Selection decisions will be made without regard to an individual's race, color, gender, sexual orientation, marital status, national origin, religion, or any factor prohibited by law.

At the close of the selection process, candidates will be given a letter, either: (1) notifying them of their selection to the position applied for, or (2) a termination letter notifying them of their non-selection to a continuing position in the new organization or in other continuing positions in the OCFO. These letters will be issued within five days of the end of the selection process.

It is anticipated that all final decisions will be made no later than February 15, 2003.

**Additional Information**

- Severance pay packages will be completed individually on each employee being terminated due to job abolishment. Severance pay will be a minimum of 12 weeks, up to a maximum of 26 weeks based on age and longevity. The formula for determining severance pay will be posted on the OCFO website.

- In the competition process, employees applying and being selected for positions at a lower grade level than their positions are currently, need to be aware of the possibility that they may lose pay. Every attempt will be made to adjust the salary to the same level in the lower grade for which selected, but instances may occur where this cannot be accommodated. No pay or grade retention will be offered.

- In the competition process, employees who are currently in the Management and Supervisory Services (MSS) and are selected for positions in District Service (DS) will not be eligible for retained pay.

- Questions regarding this process may be directed to Eric Balliet, Acting Communications Director, via email at: eric.balliet@dc.gov

- Appointments to review Official Personnel Folders, and to discuss Outplacement Services or other employee benefits, may be made by calling Tanya High at (202) 727-2476.

---

The foregoing competitive process does not constitute a waiver of the legal authority of the Chief Financial Officer to appoint persons to OCFO positions to ensure continuity of operations and the fiscal integrity of the District of Columbia Government, pursuant to Section 424(a) of the District of Columbia Home Rule Act, as amended by P.L.104-8 and Section 409 of the Supplemental Appropriations Act of FY 2002, P.L. 107-206.

FOR OCFO USE ONLY



**Office of the Chief Financial Officer**
**Application Transmittal Form**

EMPLOYEE NAME: ______________________________

CURRENT OFFICE: ______________________________

VACANCY ANNOUNCEMENT NUMBER: ____________________

POSITION APPLIED FOR: ____________________________

GRADE LEVEL: __________________________________

I am attaching the following required paperwork to apply for the vacancy announcement noted above.

- ☐ RESUME OR DC FORM 2000, EMPLOYMENT APPLICATION
- ☐ STATEMENT ADDRESSING RANKING FACTORS

I understand that I must submit this application paperwork by the closing date of the announcement in order to be considered for the position.

Applications are to be sent to:

Ms. Tanya High
Office of the Chief Financial Officer
1350 Pennsylvania Avenue, N.W.
Suite 209
Washington, DC 20004
FAX: (202) 737-5258
PHONE: (202) 727-2476

---

Cc: Applicant



http://www.ocfo.in.dc.gov/cfo/cwp/view.asp?a=1189&q=496527&cfoNAV=|30641|

CFO HOME
ABOUT CFO
DEPARTMENTS
SERVICES
CFO Newsroom
CFOSource
Help Desk/Network Support
Human Resources
Retirement/Investment Plans
Restructuring Guide
Training

## Restructuring Guide

In September the Mayor and the Council agreed to a revised FY 2003 budget for the District that reflects a decrease in city revenues. As a result, the Office of the Chief Financial Officer (OCFO) must reduce its budget by approximately $3 million this year. Operations across the OCFO were reviewed in order to find areas that should be restructured, so better service could be provided more efficiently. In these areas, a number of positions will be abolished and new positions created. Affected employees will have the opportunity to compete for the new positions or apply for vacancies elsewhere in the OCFO.

Although these changes will be difficult, a key goal moving forward is to maintain a fair process for making these changes and to give you the information you need to participate in it. The information below will help you navigate this process as successfully as possible.

| Information | Contact | Telephone |
| --- | --- | --- |
| Appointments to review Official Personnel Folders or discuss severance and other employee benefits | Diane Camilleri | (202) 442-6523 |
| Appointments to discuss Outplacement Services | Tanya High | (202) 727-2476 |
| Employee Assistance Program | | (202) 628-5240 |

**New OCFO Organization Charts**

- Office of Management and Administration* (formerly Office of Government Business and Human Capital)
- Department of Health OCFO*

**New Positions**

- Vacancy Announcements
- Application Process*
- Application Transmittal Form*
- DC 2000 Employment Application
- District Schedule Salary and Grade Tables

**Fact Sheets**

- Employee Benefits for OCFO Employees Hired by DC Government before October 1, 1987*
- Employee Benefits for OCFO Employees Hired by DC Government on or after October 1, 1987*
- Services for Dislocated Workers