UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x
WALTER J. THOMAS,             :
                              :
        Plaintiff,            :
                              :
    v.                        :   No. 05-cv-01784
                              :
NATWAR M. GANDHI,             :
                              :
        Defendant.            :
------------------------------x

Washington, D.C.

Tuesday, February 27, 2007

Deposition of

ALPHONSO LISTER

a witness, called for examination by counsel for Defendant, pursuant to notice and agreement of counsel, beginning at approximately 4:11 p.m. at the law offices of Sheppard Mullin Richter & Hampton, LLP, 1300 I Street, NW., Washington, D.C., before Jacqueline Richards-Craig of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

**EXHIBIT 7**

Page 30

1  him for his time, and I guess he almost -- I
2  mean, he thanked us for the interview. And
3  then that was it.
4      Q   Do you recall what questions were
5  asked of him by the panel?
6      A   I wouldn't know.
7      Q   Did you fill out any rating form?
8      A   Yes, their HR had prepared a score
9  sheet, and it is a kind of number stuff fall
10 out. I can't remember. I would have to see
11 one of those sheets again.
12         MS. PIVEC: If you can mark this as
13 Exhibit 3.
14         (Deposition Exhibit No. 3 was
15         marked for identification.)
16         THE WITNESS: Yes, this is the
17 score form we used.
18         MS. PIVEC: Now, wait a minute.
19         THE WITNESS: Oh.
20         MS. PIVEC: We're not on the record
21 yet.
22         THE WITNESS: Oh.

Page 31

1          MS. PIVEC: And she has to mark the
2  exhibit.
3          MS. HUTCHINSON: Is there some
4  reason why you gave the witness the
5  unlabelled exhibits? I mean, is there some
6  reason for that?
7          MS. PIVEC: No, there isn't.
8          MS. HUTCHINSON: Oh.
9          MS. PIVEC: If you want me to give
10 him the labeled exhibit I will.
11         MS. HUTCHINSON: Just so that it's
12 marked and he knows he is looking at that
13 Lister Number 3.
14         BY MS. PIVEC:
15     Q   And Mr. Lister, do you recognize
16 the document which has been marked as Exhibit
17 Number 3?
18     A   Yes.
19     Q   And what is it?
20     A   This is the form we used for the
21 panel interview, and it's graded on how each
22 individual answered the questions and

Page 32

1  performed.
2      Q   Is this your handwriting or your
3  script on the first page of the document
4  marked as Number 3?
5      A   What? Is that my handwriting?
6      Q   Yes.
7      A   Yes.
8      Q   And does your handwriting appear on
9  the scoring form itself?
10     A   Yes.
11     Q   It begins at page 2 and continues
12 to the last page of this document.
13     A   Yeah, that's mine.
14     Q   When did you record the information
15 that is on the form?
16     A   Based on that, March 12.
17     Q   Did you do it during the course of
18 the interview?
19     A   As he was answering the question,
20 yes.
21     Q   And after you completed the form,
22 what did you do with it?

Page 33

1      A   I turned them over to HR.
2      Q   Did you total your ratings on the
3  first page of this form?
4      A   Yeah.
5      Q   You did. Is that your handwriting
6  encircling the 20?
7      A   And that would be mine. That'll be
8  my latitude.
9      Q   His longitude, okay.
10     A   No, I don't rule out latitude.
11     Q   Do you have a recollection of how
12 Mr. Thomas was dressed for his interview?
13     A   I want to say a pair of slacks and
14 something like a three-button polo shirt or
15 sweater, whatever you want to call it. Yes.
16     Q   In your opinion was he dressed
17 appropriately for the interview?
18     A   In my opinion, I wouldn't have
19 participated in the interview. I would had
20 on a shirt and tie, or a coat and tie, or a
21 suit and tie.
22     Q   Were his clothes disheveled in any

Page 34

1  way? Disheveled? Were they wrinkled?
2    A  Oh. No, but just normal, I guess,
3  wrinkles from the course of the day because I
4  think -- if memory serves me right I think
5  the interview was either late morning, around
6  by 10:00 or 11:00, or first thing after
7  lunch. It's somewhere in that time frame, I
8  think.
9    Q  Were there other internal
10 candidates who were interviewed on the same
11 day as Mr. Thomas for this position? Was
12 Alton Hartwell interviewed on that day?
13   A  Who?
14   Q  Mr. Hartwell.
15   A  Mr. Hartwell. He must have been an
16 outside agent or something.
17   Q  Was Mr. McClure interviewed on that
18 day?
19   A  They -- both of those may have. I
20 just don't remember the names right off the
21 top of my head.
22   Q  You don't remember. Okay.

Page 35

1    A  I know they didn't work for me.
2  So, I don't know.
3    Q  Did you have any discussion with
4  your fellow panelists in the interview room
5  about how Mr. Thomas had performed?
6    A  No.
7    Q  When the interviews were over for
8  the day, do you recall what you did?
9    A  I went back to my office, trying to
10 catch up on all of those e-mails I had that
11 were waiting in my inbox.
12   Q  Did you have any conversation with
13 Mr. Thomas on that day about how he had done
14 in the interview?
15   A  No, that would be inappropriate.
16   Q  Why?
17   A  The hiring manager -- you are not
18 supposed to discuss the interview with a
19 potential candidate or any other candidate on
20 what the -- the interview process or what
21 took place or how well they've done. You
22 just don't do that.

Page 36

1    Q  And why don't you do that?
2    A  One thing, it would be illegal --
3  in my opinion it would be illegal.
4    Q  And why would that be illegal?
5    A  Because this -- that's an unfair
6  advantage. You're showing favor to one
7  candidate over the other.
8    Q  Did you ever tell Mr. Thomas that
9  he would not be selected because the CFO
10 didn't want people of retirement age like
11 him?
12   A  No, because I'm retired myself, and
13 I'm old, myself. So that would be a -- in my
14 opinion, no pun intended, it's something
15 stupid to say.
16   Q  Well, notwithstanding the fact that
17 it would be stupid to say, did you say it?
18   A  No.
19   Q  Did you ever tell Mr. Thomas that
20 he wasn't wanted around the CFO organization
21 because he was of retirement age?
22   A  No, I did not.

Page 37

1    Q  Did there come a time when the same
2  panel interviewed external candidates for the
3  Lead Services Support position?
4    A  Yes.
5    Q  Do you know why external candidates
6  were interviewed?
7    A  I guess it's the way the
8  announcement was published. It was open to
9  all sources or all something, how HR
10 announced the positions. It was open to the
11 public.
12   Q  Did you participate in the
13 interview of Barry Edmonds for the Lead
14 Support Services position?
15   A  Yes, I did.
16   Q  Do you have a recollection of what
17 happened during that interview with Mr.
18 Edmonds?
19   A  We asked him a series of questions,
20 graded him as he answered the questions. He
21 came in, everybody -- the time I introduced
22 everyone to the candidate. Then we started

74

1  first day.
2     Q   And the second day you came to work
3  at 5:30, right?
4     A   Yeah.
5     Q   And when you came to work at 5:30
6  a.m., how many of your employees were in the
7  office at that time of day?
8     A   No one was there at 5:30.
9     Q   And Mr. Thomas arrived at about
10 10:00 o'clock in the morning, correct?
11    A   Yeah.
12    Q   And so you had observed Mr. Thomas'
13 work on one day which might've been the 11th,
14 if the 11th was a workday, correct?
15    A   Okay.
16    Q   Did you meet with your employees
17 after you had your meetings on March 10th
18 with the executive director?  Did you set up
19 a staff meeting at that time with your
20 employees?
21    A   I remember setting up -- correct,
22 yes, I did.

75

1     Q   You set up a staff meeting.  So
2  part of your time somewhere on March 10th or
3  11th you had a staff meeting, correct?
4     A   We had a brief introduction.
5     Q   And did you review any employee's
6  work on March 10th and 11th to determine what
7  exactly they did in their jobs?
8     A   Yes, I was asking questions of
9  everyone to give me a down and dirty of what
10 they were doing.
11    Q   So you had a quick down and dirty
12 review, but you didn't have an in-depth staff
13 meeting with each individual on March 10th or
14 11th?
15    A   No.
16    Q   And then on March 12th you began a
17 series of interviews, correct?
18    A   Okay, which was already -- it began
19 prior to my arrival.
20    Q   And what time did the interviews
21 begin on March 12th, that you had?
22    A   I have no idea.

76

1     Q   Were they going on all day?  Were
2  they part of the day?  I mean --
3     A   I don't -- I don't know.  If you
4  got a document and see what time we started,
5  I can say, yeah, I would --
6     Q   Did you interview Alton Hartwell
7  that day?
8     A   I don't -- I know we interviewed
9  him, but I don't know if it was that same
10 day.
11    Q   So was there more than one
12 interview that you conducted on March 12th?
13    A   I am not sure.
14    Q   In terms of Mr. Hartwell, do you
15 recall what he wore to his interview?
16    A   Mr. Hartwell?
17    Q   Yes.  Alton Hartwell.  You said you
18 interviewed him.  Do you recall how he was
19 dressed?
20    A   I think it was a shirt and slacks.
21    Q   Okay.
22    A   I don't know if he had a tie on or

77

1  anything.
2     Q   In terms of Lister Exhibit 3, you
3  actually filled out information as the
4  interview was being conducted, correct?
5     A   Uh-huh.
6     Q   And in terms of these ratings, say
7  on page 2 of Lister Exhibit 3, you have
8  circled number 3.  What was the meaning of
9  your circled number 3 that you did during the
10 time the interview was conducted?
11    A   Those numbers correspond with how
12 you, the individual, responded to the
13 question.
14    Q   Okay, so --
15    A   And you'll -- in your review -- in
16 your opinion.
17    Q   So your circled numbers were how
18 the individual responded to whatever was
19 asked.
20    A   Correct.
21    Q   Would that be to only your
22 questions or is that to whatever questions

**Page 82**

1  done?
2  A   Yes.
3  Q   And this circled 20, was that on
4  this sheet when it was collected up?
5  A   Not to my recollection.
6  Q   And in terms of this interview,
7  specifically of Mr. Thomas, was there a
8  discussion by the panel -- the other panel
9  members and yourself -- of their impressions
10 of Mr. Thomas's interview at that time?
11 A   Not that I can remember.
12 Q   And was there any discussion at the
13 end of the interview as to whether or not Mr.
14 Thomas should be selected or not selected for
15 this position?
16 A   Not to my knowledge.
17 Q   And in terms of the position, this
18 Lead Support Specialist, represented by
19 Lister Exhibit Number 3, when did you become
20 aware that an individual was selected for the
21 position?
22 A   I don't know the exact date in

**Page 83**

1  fact.
2  Q   Did you make the selection?
3  A   No, it was based on the scores.
4  Q   Who did these scores? You say HR.
5  Was it an individual, or was it just
6  something that you assumed was being taken
7  care of somewhere else?
8  A   Well, the HR director was there.
9  They collected the papers. That's all I
10 know.
11 Q   Who was the HR director?
12 A   You got a name?
13 Q   I can't do that. Do you remember
14 the name of the person who was the HR
15 director?
16 A   I think I don't need to remember
17 the name. See, I can barely remember
18 yesterday. I am old. Okay, if you can help
19 me out with a name, I can agree whether
20 that's the person or not.
21 Q   Why don't you turn to page 1 of
22 Lister Exhibit Number 9, and -- let me see --

**Page 84**

1  HR -- why don't you look on the right-hand
2  side in the second block -- Ms. Camilleri.
3  A   Okay.
4  Q   Was she the HR director?
5  A   Yes.
6  Q   Thank you.
7  A   I can do it.
8  Q   Back to Lister Exhibit Number 3.
9  In terms of the selection, you were notified
10 by the HR director that an individual was
11 selected, correct?
12 A   Uh-huh.
13     MS. HUTCHINSON: Now I want to have
14 this document marked as Lister Exhibit Number
15 10.
16     MS. PIVEC: Isn't this -- let me --
17     MS. HUTCHINSON: No, this chart is
18 not in that. You have several charts, but
19 not this one. I don't think.
20     MS. PEVIC: It is. It's Exhibit 7.
21     MS. HUTCHINSON: No, I just looked
22 at 7. Oh, is it April 10th? Okay, 7 is

**Page 85**

1  April 10th. Oh, you are right. Okay. Let
2  me -- we will withdraw that. I was looking
3  at the wrong one. Okay. Lister Exhibit
4  Number 7.
5     BY MS. HUTCHINSON:
6  Q   Now, in terms of Lister Exhibit
7  Number 7, this is April 10, 2003, and you
8  were employed at that time.
9  A   Uh-huh.
10 Q   And, if you'll look down under your
11 office, Director of the Office of Logistic
12 Services, there are different positions --
13 A   Uh-huh.
14 Q   And some of the positions have an
15 asterisk. Do you see that?
16 A   Uh-huh.
17     MS. PEVIC: Objection. I don't
18 think it is an asterisk, but --
19     MS. HUTCHINSON: Well, a dot --
20 whatever -- some positions have a dot beside
21 them. I believe it represents an asterisk.
22 That's the way it looked to me.

Page 86

BY MS. HUTCHINSON:
Q   And in terms of this particular Lister Exhibit Number 7, some of the positions do not have anything beside them. Do you see that? You've got like a special assistant, there is no dot, there is no asterisk, there is no nothing next to it, right?
A   Okay.
Q   And in terms of this particular listing of positions, were these the positions that were in your office, and were there employees in these positions on April 10, 2003? Do you know?
A   There were employees in those positions, not all of them.
Q   In terms of your Lead Support Services Specialist position, was there somebody in that position on April 10, 2003?
A   Well, I think so, but if Mr. Thomas was terminated on the 21st, I'm pretty sure we hired, as a matter of fact, eight.

Page 87

Q   And in terms of the Lead Support Services Specialist 346, was there somebody in that position on April 10, 2003?
A   Not that I can remember.
Q   Now how about your supply manager and specialist 9 and 10. Was that position occupied?
A   Yes.
Q   And your support services assistants, there were five. Were those positions occupied?
A   I would think so.
Q   Now, how about the special assistant to the director 13 and 14; was that occupied?
A   Thirteen and 14.
Q   Right. Do you see that up there in the box underneath your position?
A   That's the 13 position.
Q   Right. And it says 342 there, correct?
A   Who? No, that's not 342 to me.

Page 88

Something like 346.
Q   Does it say 342? MSS-342?
A   No, the 342 was my position.
Q   That was your position?
A   The one below it is the 346, if that -- think it is -- it looks like a 6 to me.
Q   So, okay. So your position was a 342 and the special assistant was a 346. All right. So the special assistant 13 was not filled, correct?
A   What? When I left?
Q   No, on April 10th.
A   I don't -- no, I don't think so.
Q   And your position was a 13/14?
A   Uh-huh.
Q   All right. Now, if you would hold on to Lister Exhibit Number 7, I want to show you Lister Exhibit Number 6. Now, you advertise the position of special assistant on April 1, 2003, right?
MS. PEVIC: Objection.

Page 89

MS. HUTCHINSON: I'm sorry, let me withdraw that.
BY MS. HUTCHINSON:
Q   On April 3, 2003, the position of special assistant was advertised as set forth in Lister Exhibit Number 6, correct?
A   Uh-huh.
Q   And in terms of your position as the director, when did you first begin speaking with human resources or your immediate superior, the executive director, about establishing this special assistant position?
A   I don't remember talking to anyone about a special assistant position.
Q   Now --
A   I -- we were talking about the makeup of the series because after looking at the operation, I knew I had more job requirements than just reported to.
Q   Now, you began work on March 10, correct?

23 (Pages 86 to 89)

Page 90

1   A   Uh-huh.
2   Q   And this position was advertised,
3   or the vacancy announcement posted, on April
4   3rd, correct?
5   A   Uh-huh.
6   Q   And this person was going to be
7   working directly for you, according to Lister
8   Exhibit 7, right?
9   A   Uh-huh.
10  Q   And you did not have any input into
11  actually establishing what the requirements
12  would be for a special assistant who was
13  going to work for you?
14  A   No, if memory served me correctly,
15  my boss said I do need -- I did need a
16  deputy, over there --
17  Q   And when you say your boss, are we
18  talking about Ms. Smoak?
19  A   Yes.
20  Q   Okay.
21  A   And I think when we were doing --
22  during our conversation there had been either

Page 91

1   deputy. I'm not hiring deputies. I think I
2   could do the job myself.
3   Q   So you had discussions with Ms.
4   Smoak when you first became employed and she
5   believed you needed a deputy. Is that right?
6   A   Because we wanted to make sure --
7   if I am not mistaken, no -- I'm thinking here
8   -- I'm not mistaken. They wanted to make
9   sure we had coverage. And again that I had
10  to go out on vacation, school, or whatever,
11  and you needed someone to oversee the
12  operation. And as you look around the
13  District, everybody had deputies. And they
14  needed someone to be the back-up for me.
15  Q   So that when you came on board, Ms.
16  Smoak had that kind of discussion with you,
17  correct, in March?
18  A   You know, we -- because when I went
19  back and talked to her about the makeup of
20  their positions and all of them being 342s, I
21  was looking at workers. Not bringing in a
22  deputy. I was looking at trying to get the

Page 92

1   right number of people there to be the -- for
2   the mission that we had.
3   Q   And so that this position of
4   special assistant, in terms of the
5   requirements of the job and what the job
6   would do, this was not something that you
7   developed as far as the job duties that are
8   listed on Lister Exhibit Number 6?
9   A   Oh, yeah, I have developed what --
10  what a person would have to do now. Come on.
11  I'm not -- my boss is not going to say, well,
12  I'm going to have a deputy, and I am going to
13  come up with the job description. You need
14  to come up with the job description, because
15  the person is going to be working for you.
16  What do you have for him or her to do?
17  Q   So that once there was a decision
18  to have a special assistant position, you
19  then help develop the requirements for the
20  job, right?
21  A   Because if you look across the
22  whole org chart I was the only one there that

Page 93

1   did not have a special assistant or a deputy
2   or whatever you want to call it.
3   Q   Did you work with the Office of
4   Human Resources to develop the duties that
5   would be performed in Lister Exhibit Number
6   6?
7   A   Yeah.
8   Q   And when that process was
9   completed, then did human resources go
10  forward to advertise this position that is
11  represented by Lister Exhibit Number 6?
12  A   I would assume so.
13  Q   And in terms of this vacancy
14  announcement that is Lister Exhibit Number 6,
15  did you review it before it was finalized and
16  submitted to be published?
17  A   Yes.
18  Q   So that if in fact you came on
19  board March 10th, this vacancy announcement
20  which is Lister Exhibit Number 6 is dated
21  April 3rd, then in a matter of a period of
22  approximately three weeks, you reviewed the

24 (Pages 90 to 93)

94

1  job duties for a special assistant, and
2  decided what you wanted and got the vacancy
3  announcement done or reviewed, so that it
4  could be issued by April 3rd, correct?
5      A   Okay.
6      Q   So is it fair to say that by March
7  31st the process of establishing this
8  position of a special assistant had been
9  completed?
10     A   Somewhere in that time frame it
11 could have been. I don't know the exact
12 date, but, yeah, we'll go along with that
13 date.
14     Q   And is it fair to say that the
15 decision to establish a position of special
16 assistant was made some time between March
17 10th and maybe March 15?
18     A   I don't know about what it narrowed
19 down to, but it was made -- I know a decision
20 was made. The exact date, I couldn't say.
21     Q   But it was made promptly after you
22 began working March 10th?

95

1      A   Yeah. Because you talking about --
2  I am bringing 25 or more years of logistics
3  experience, and working this stuff for many,
4  many, many years. I do not need six months
5  to a year to determine what an operation is
6  -- should be designed and what it should look
7  like.
8      Q   Would it be fair to say that you
9  made a decision in consultation with the
10 executive director that a special assistant
11 position should be established within the
12 first week of your work?
13     A   I don't know about all that, within
14 the first week. I would say, after assessing
15 the operation and looking at the mission, the
16 workload, and the number of people that we
17 have based on all being 342s, and knowing
18 that I have a mixed operation, that I needed
19 346s as well, I needed to re-structure that
20 operation to be able to support the
21 District's mission.
22     Q   And how long did it take you to

96

1  make that assessment?
2      A   It doesn't take me long. I can
3  give you -- it varies from operations.
4      Q   While you worked in this position,
5  was it a complicated position that you were
6  being asked to do as director?
7      A   No, I didn't. We didn't have the
8  right skill sets in the right series.
9      Q   And did you make that decision
10 within a day of arriving at your new
11 position?
12     A   I spent the first night reviewing a
13 lot of documents and job series, looking at
14 the positions, looking at what all we -- all
15 the things that we was required to do. And
16 what job series will support those particular
17 jobs. And came back in with a recommendation
18 to my boss.
19     Q   And so do you think that that took
20 you three workdays?
21     A   Well, I can say it varies on the
22 operations. Now whether it took me two or

97

1  three days or different? It may have been.
2      Q   So would it be fair to say that you
3  had completed that assessment by at least
4  March 15th?
5      A   I can't say exactly what date it
6  was. Was it March 15th? I just know I made
7  an assessment and went back and made
8  recommendations.
9      Q   And the conclusion of the
10 recommendations were that by April 3rd you
11 had established a position and got the
12 vacancy announcement out and re-structured
13 your office?
14     A   Right.
15     Q   Do you know anything about the
16 regulations for District of Columbia
17 employees in terms of the abolishment of
18 their positions?
19         MS. PEVIC: Objection.
20         THE WITNESS: No, that's HR.
21         BY MS. HUTCHINSON:
22     Q   So when you came into your position

25 (Pages 94 to 97)

102
1  jobs, that is just based on your assumption,
2  right?
3      A   No, it is not assumption, it is
4  looking at the job descriptions that they --
5  that they announced for 342 is the same job
6  announcement -- description for the federal
7  government. It depends on the organization,
8  on how much they add into that 342.
9      Q   At the time that you became
10 employed in the director position for the
11 Office of Logistics Support, did you go to
12 review the District of Columbia government's
13 342 job series at that time?
14     A   No.
15     Q   Did you go to review the District
16 of Columbia's job series from the time that
17 you became employed on March 10th until you
18 departed your position in July of 2003?
19     A   No.
20     Q   I want to show you, I guess it is
21 Lister Exhibit Number 4. Here it is. Lister
22 Exhibit Number 4 is Mr. Barry Edmonds's

103
1  application, correct?
2      A   Uh-huh.
3      Q   And Mr. Edmonds was an external
4  candidate, correct?
5      A   Yeah.
6      Q   So he came from the outside?
7      A   Okay.
8      Q   Well, do you know? You say, okay.
9      A   I am agreeing with you.
10     Q   But when you say okay, I need to
11 know, yes.
12     A   Yes, he came from the outside.
13     Q   Thank you. Now, in terms of Lister
14 Exhibit Number 4 when you marked this
15 document for Mr. Edmonds, you actually marked
16 on page 2 that he scored a 3, but wrote no
17 comments. Any questions that were asked of
18 Mr. Edmonds you considered it satisfactory,
19 correct?
20     A   Uh-huh.
21     Q   And if you go to page 3, on Lister
22 Exhibit number 4, you also circled things,

104
1  but you made no comments, correct?
2      A   Uh-huh.
3      Q   As we go to page 4, you circled the
4  numbers 3 on both questions 4 and 5, but no
5  comments, correct?
6      A   Okay.
7      Q   And in terms of page 5, you circled
8  number 4 and this was "Describe your typical
9  workday," and you circled the number 4. What
10 did the number 4 mean when you circled it?
11     A   Is that both answers to number 4?
12     Q   Oh, okay -- which one? So you gave
13 them both satisfactory, and then on question
14 seven you circled number 3 and his response
15 was satisfactory, correct?
16     A   Uh-huh.
17     Q   Now there is some red markings on
18 this page, which is page 5, and were those
19 markings on the sheet when you completed it?
20     A   No, I don't know whether we have
21 marked anything.
22     Q   Okay --

105
1      A   I cannot indicate --
2          MS. PIVEC: It's my fingernail
3  polish.
4          THE WITNESS: I cannot indicate
5  anything we have marked.
6          BY MS. HUTCHINSON:
7      Q   Now, on the last page of Lister
8  Exhibit Number 4 there are no notations, no
9  comments, no nothing, and if you go to the
10 first page, the Lister Exhibit 4, there is a
11 22 circled up in the right-hand corner, and,
12 same question, did you make this circled 22
13 and was it completed on the day that you
14 actually completed this interview sheet?
15     A   I don't know when they tallied up
16 the grade.
17     Q   So that in terms Mr. Edmonds's
18 interview, did you turn in your sheet to HR
19 as you said?
20     A   The person that collected them --
21     Q   Right, and they collected them up
22 and they took them away, right?

**106**

1    A  Uh-huh.
2    Q  And in terms of Lister Exhibit
3  number 4, did you ask any questions of Mr.
4  Edmonds?
5    A  Yes, the questions -- yeah, I asked
6  questions. Which ones -- I can't say which
7  ones I asked.
8    Q  Were the questions that you asked
9  only the questions that were listed in the
10  Lister Exhibit number 4?
11    A  Was the only question I've asked.
12    Q  And you said when you came into the
13  interview there were packages there, correct?
14    A  Right the -- these sheets.
15    Q  Did you get the individual's
16  applications?
17    A  Yes.
18    Q  Oh, so you had their application.
19  I am going to have this marked as Lister
20  Exhibit number 10.
21    A  I think that was part of the
22  package.

**107**

1      (Deposition Exhibit Number 10 was
2      marked for identification.)
3    Q  Now, that one is marked here as
4  Lister Exhibit number 10. And this is a
5  letter from Mr. Barry Edmonds, and it's dated
6  January 3, 2003. Do you see that?
7    A  Uh-huh.
8    Q  Do you see the January 3, 2003, on
9  the left-hand side?
10    A  Okay.
11    Q  Now in terms of this letter, it's
12  addressed to Tonya High. When you were
13  working in your position of Director at the
14  Office of Logistics, did you know Tonya High?
15    A  Okay, Tonya High -- possibly.
16    Q  Now in terms of this particular
17  letter, it says ranking factor, and it has a
18  list of numbers down to the bottom. Do you
19  know what a ranking factor is?
20    A  I don't know what he is talking
21  about here.
22    Q  You don't know what he is talking

**108**

1  about? I want you to go to Lister Exhibit
2  number 5 -- no that's not the one.
3    MS. PIVEC: It's not in.
4    MS. HUTCHINSON: Well, let me put
5  it in then. I'm sorry, I didn't put it in.
6  Now, let's mark this Lister Exhibit number
7  11.
8      (Deposition Exhibit No. 11 was
9      marked for identification.)
10    BY MS. HUTCHINSON:
11    Q  I'm showing you Lister Exhibit
12  number 11. Have you ever seen it before
13  today?
14    A  I have seen documents like this
15  before.
16    Q  And in terms of this one, it's a
17  vacancy announcement, right?
18    A  Uh-huh.
19    Q  And the position is the Lead
20  Support Services Specialist, correct?
21    A  Uh-huh.
22    Q  And the Lead Support Services

**109**

1  Specialist has an opening date of 12/13/02,
2  correct?
3    A  Okay.
4    Q  Was this the position that was in
5  your office, this Lead Support Services
6  Specialist?
7    A  I don't know.
8    Q  Was it the position for which you
9  interviewed Mr. Edmonds and Mr. Thomas?
10    A  I would assume so.
11    Q  And you see there it says there
12  were two vacancies, correct?
13    A  Okay.
14    Q  And in terms of this particular
15  advertisement, if you look at Lister Exhibit
16  number 10, was this the application that you
17  received from Mr. Edmonds and was part of the
18  package that you got when you went to the
19  interview of Mr. Edmonds, which is on Lister
20  Exhibit 4?
21    A  I would assume so. It was part of
22  the package.

110

1  Q  And if you look at Lister Exhibit
2  number 11, it says "submission of ranking
3  factors." Do you see that?
4  A  Okay.
5  Q  Down at the bottom, do you see
6  that?
7  A  Uh-huh.
8  Q  And it says all applicants must
9  respond to the ranking factors on a separate
10 sheet of paper, do you see that?
11 A  Okay.
12 Q  Did you know that that was the
13 process?
14 A  Yeah.
15 Q  So when you say that you didn't
16 know what Mr. Edmonds was speaking about in
17 Lister Exhibit number 10, is it just because
18 you just don't recall ranking factors having
19 been a part of your package?
20 A  Well, we've been talking about a
21 lot of ranking factors here, so that's why,
22 you know, once you clarified what you're

111

1  talking about. We've been talking ranking
2  factors with these numbers here. So that's
3  why I said, what are you talking about?
4  Q  Now, in terms of Lister Exhibit
5  number 10, and regarding the first line, it
6  says that the person that the Office of Chief
7  Financial Officer was looking for must have a
8  thorough knowledge of the concepts,
9  practices, and policies associated with real
10 estate management programs. Is that what one
11 of the ranking factors was? For the job?
12    MS. PIVEC: Objection.
13    THE WITNESS: I don't know -- let
14 me look and see. In here -- it is written
15 here.
16    BY MS. HUTCHINSON:
17 Q  And Mr. Edmonds says, I am
18 currently taking a real estate course, right?
19 A  Okay.
20 Q  And if I recall your testimony, you
21 said Mr. Edmonds, as far as you knew, was
22 fully qualified for this position, correct?

112

1  A  Uh-huh.
2  Q  And so, am I to understand that you
3  consider taking a real estate course to be
4  thorough knowledge of the concepts,
5  practices, regulations, and policies
6  associated with real estate management
7  programs?
8  A  I didn't qualify him. HR did.
9  Q  Well, did you ask him during his
10 interview about his knowledge of real estate?
11 One of the qualifications that --
12 A  I don't know -- what are the
13 questions we asked.
14 Q  So no questions were asked, to the
15 best of your recollection, about real estate
16 practices?
17 A  Well, if it wasn't one of the
18 questions, that was only -- I guess, it
19 wasn't asked.
20 Q  And in terms of the second ranking
21 factor on Lister Exhibit number 10, it says
22 knowledge of principles, practices,

113

1  regulations, policies and techniques
2  associated with support services. And on
3  this particular ranking factor, Mr. Edmonds
4  responded that he worked at D.C. City Council
5  Support Services Division, do you see that?
6  A  Uh-huh.
7  Q  And in terms of this particular
8  ranking factor that's on Lister Exhibit 10;
9  did you review this sheet prior to
10 interviewing Mr. Edmonds?
11 A  No, when I walked into the room,
12 the package was there, once HR qualified the
13 individual.
14 Q  So you're not concerned whether
15 they have thorough knowledge of the position
16 that you're seeking, such as the ability to
17 do support services?
18 A  No, that's the HR function. Once
19 the applications comes into HR, and they
20 certify them as a qualified candidate, and
21 set up the interview, okay, what would you
22 want me to do? Go back and tell the HR they

29 (Pages 110 to 113)

Beta Court Reporting
(202) 464-2400        www.betareporting.com        (800) 522-2382

### Page 134

1  Q  So that --
2  A  Whatever date that was.
3  Q  So that in terms of your
4  impressions, any impressions that you had
5  about Mr. Thomas you would have had to form
6  by March 28, 2003?
7  A  It is not about forming an
8  impression. It doesn't take a rocket
9  scientist to determine whether a person can
10 do their job, or is doing their job.
11 Q  Well, let me ask you this. My
12 question to you is, any impression you had of
13 Mr. Thomas you would have had to have formed
14 by March 28, 2003, correct?
15 A  During the course of -- it wasn't
16 just, I walked in and said, "Oh, Mr. Thomas
17 is not doing his job." No, it wasn't like
18 that.
19 Q  Well, Mr. Thomas left the employ of
20 the office of the Chief Financial Officer
21 March 28, 2003.
22 A  No, Mr. Thomas came in at the end

### Page 135

1  of the year (?) for the job and I graded him
2  very well and made comments in support of
3  him. So as you say, form an impression, I
4  did not go in there and where this -- look at
5  his sheet.
6  Q  You want to look at his sheet?
7  A  Look at his grade sheet, the
8  comments I gave him was more than just if
9  somebody has formed a bad opinion of someone.
10 And if you look at the scores, when they
11 calculated, it was only a few points
12 difference.
13 Q  That's Lister Exhibit number 3.
14 A  Yeah, so -- he got good responses
15 from me. There was nothing negative about
16 it. So when you say form an impression of
17 someone, if I had formed a negative
18 impression would it have been written up that
19 way?
20 Q  Thank you very much, that's all I
21 have.
22 A  Okay.

### Page 136

1       MS. HUTCHINSON: You have more
2  questions?
3       MS. PIVEC: I have no questions.
4  Thank you, Mr. Lister.
5       (Whereupon, at 6:50 p.m., the
6       deposition of ALPHONSO LISTER was
7       adjourned.)

11      * * * * *