1400 S. Joyce St., #913  
Arlington, VA 22202  
703-521-1067

# Walter J. Thomas

**Objective**

A position that will draw on my experience in administration and management and my strong interpersonal and negotiation skills.

**Summary of Qualifications**

More than 30 years combined experience in operations management, program administration, international relations, and bilingual education. Possess strong analytical, management, negotiation, interpersonal, and communication skills; and have gained an understanding of policies and procedures at all levels—local, national, and international. Have had responsibility for budgets in excess of $10 million, have developed numerous plans and reports, and have extensive training experience. Am fluent in Spanish and Portuguese.

**Experience**

1998-Present, Government of the District of Columbia, Washington, DC
**Internal Security Coordinator/Support Services Specialist, Office of the Deputy Chief Financial Officer (2000-Present)**

- Responsible for security and support services activities within the Office of Tax and Revenue
- Serve as the liaison for communication and phone service for the General Services Division
- Prepare reports and special correspondence relative to the compilation of data used by the General Services Officer
- Assure the physical security of all occupied spaces to adequately protect furnishings, equipment, records, confidential documents, and all property contained therein
- Assist in the investigation of incidents that result in the loss or destruction of property
- Save and store equipment for the safety of sensitive data
- Make recommendations concerning requests for building alterations and secure the requisite services through appropriate District facilities or private contractors
- Coordinate the Occupational Safety and Health Administration (OSHA) program to ensure compliance with Federal and District laws and regulations

**Communications Coordinator/Support Services Specialist, Office of Chief Financial Officer (CFO) – Mission Support (1998-2000)**

- Provided telecommunications support to the seven (7) offices within the agency of the CFO and coordinated security matters pertaining to the offices under the authority of the CFO
- Submitted and monitored all requests for communications service emanating from the offices under the authority of the CFO
- Coordinated telecommunications surveys with the Office of Telecommunications and Technology and Verizon

**EXHIBIT 8**

Walter J. Thomas
Page Two

**Experience
(continued)**

**Communications Coordinator/Support Services Specialist, Office of CFO – Mission Support (continued)**
- Determined communications and utility services requirements
- Conducted on-site inspections to ensure maintenance and security of physical space, made recommendations for building alterations and repairs, and secured services needed
- Coordinated the department's OSHA programs

1996-1998, District of Columbia Public School System, Washington, DC
**Operations Specialist**
- Reviewed and analyzed assessment management documents
- Prepared lease agreement/contract authorizations for the Realty Officer
- Approved all reports and correspondence submitted to the Special Projects Coordinator, the Manager of Custodial Services, and the Chief of Building Maintenance Operations
- Requisitioned supplies, supervised space allocation and moves, and handled requests for phone and other services
- Was involved in all aspects of the school emergency repair program

1995-1996, Fed Capital, Inc., Silver Spring, MD
**Project Coordinator**
- Prepared analyses and reports involving international investment projects operating in Central and Latin America
- Provided technical assistance to project managers operating overseas
- Monitored the progress of projects and prepared progress reports for review by the Chief Executive Officer
- Traveled to overseas project sites and assisted in the development and presentation of classes and seminars on investment policy, guidelines, and regulations

1992-1995, Government of the District of Columbia, Washington, DC
**Bilingual Coordinator, Department of Education (1992-1995)**
- Assessed, placed, and enrolled all students whose home language was other than English
- Developed, implemented, and evaluated English as a Second Language (ESL)/Bilingual programs
- Supervised bilingual/ESL teachers and teacher aides to ensure program quality and overall consistency and assisted principals in program administration

Walter J. Thomas
Page Three

**Experience
(continued)**

### State Coordinator for Refugee Resettlement, Department of Human Services (1989-1992)

- Compiled demographic data on the District's refugee population
- Developed all policy and procedures materials related to refugees' eligibility for cash and medical assistance programs, for inclusion in the Department of Health and Human Services Manual
- Maintained liaison with other public and private agencies and organizations to promote coordinated planning and funding of services
- Prepared programmatic and financial reports, as well as the State Plan and Annual Performance Reports

1985-1989, Fed Capital Inc. (Same duties as previously described)

1971-1985, Department of State, Washington, DC

### Foreign Service Officer—Venezuela, Columbia, Brazil, Ghana, and Antigua (1975-1985)

- Managed the embassy's human and material resources and advised the U. S. Ambassador on all aspects of management and embassy administration, providing guidance on sensitive issues
- Directed activities in the areas of budget and fiscal, personnel, communication, and security
- Identified resources and requirements for achieving foreign policy objectives

### Foreign Service Officer/Analyst, Peace Corps (1973 1975) Headquarters Washington, DC Central America/Caribbean

Area Program Division - Components: University Asst., Municipal Mgt., Nursing, Urban Planning, University Asst., Teacher Training.

- Involved in all aspects of implementing Peace Corps bilingual and cross-cultural education programs operating in Central America and the Caribbean
- Participated in the management of both programmatic and operational activities affecting the country of assignment
- Assisted in developing projects and recommending plans necessary for the country's conformance to area and regional goals

### Foreign Service Officer Asst. Country Director, Caracas, Venezuela, Peace Corps (1971-1973) Supervised all programs operating in Western Venezuela

- Analyzed and interpreted Host government program needs, conceptualized the utilization of Peace Corps personnel, and developed technical and material support for personnel at the local level
- Oversaw bilingual education, teacher training, and university assistance
- Assisted in the preparation of documentation and program requests

Walter J. Thomas
Page Four

**Experience (continued)**

1968-1970, Cardozo Neighborhood Development Center, Washington, DC - Multicultural Action Agency, Serving an area of 50,000

**Director, Community Relations (1970-1971)**
- Served as liaison from the community directly to the Chief of Police and Mayor's Office
- Assisted drug addicts and parolees with enrollment in employment, health, education, and drug treatment programs
- Developed special programs for the Spanish-speaking community in conjunction with the metropolitan police department and Howard University

1970 - 1972 Cardozo Neighborhood Development Center

**Deputy Director/Bilingual Liaison (1968-1970)**
- Was responsible for program design and implementation
- Screened all job applicants and handled staff grievances
- Evaluated the progress of program activities, reported on them weekly, and developed budgets for submission to the Board of Directors
- Coordinated all programs pertinent to the Spanish-speaking community

**Agency Components:** Community Relations, Health and Education, Housing, Evictions, Consumer Protection, Employment, Senior Citizens Lunch/Nutrition Program

**Education and Training**
- Spanish and Portuguese, Tested at the Foreign Service Institute, United States Department of State
- Graduate Studies/Consortium, Languages and Linguistics/Latin American Studies, Howard and Georgetown Universities
- B.A., Languages and Linguistics/International Relations - emphasis on Latin American Area Studies, Howard University

09/05/2006 19:15 FAX                                                                                        ☒009

AD-RS-MA017

W-703-846-8392
3:15
pm

## Barry Edmonds
8714 Fort Foote Rd.
Fort Washington, M.D. 20744

Home- 301-567-0326

Qualified

January 3, 2003

Tonya High
1350- Penn. ave
WASHINGTON D.C 20004 RM 209
Personnel Operation Office

Dear Friend,

  Ranking Factor

1. Thorough knowledge of the concepts, pratices, and policies associated with real estate management programs.
I'm currently taking a real estate course

2. Knowledge of the principles, pratices, regulation, polices and techniques associated with support services function. (e.g. property management, safety, security, mailroom operation, etc.)

2 Working at D.C. City Council Support Service Division I assisted in conducting the quality reviews of the equipment records and supplies and property. Also handle all presort mail for Councilmameber office and process all incoming-out gong mail for United States Postal Service.

3. Strong interpersonal skill and knowledge of written and oral communication techniques and methods in order to develop/ persuade/negotiate technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

3.By working with D.C.City Council one of my responsibilities were to Negotiate bids with Outside Contractors for supplies and equipment proposals.



EXHIBIT 14
Camillen
2/28/07    sb

000322

*Sincerely*

*Barry Edmonds*

D00323

09/05/2008 19:15 FAX                                                                   ☑011

Barry N. Edmonds
8714 Fort Footz rd
Fort Washington MD, 20744
Home (301-567-0326)
Work (202-678-8350)

Objective: To find a job that utilizes a broad range of my managerial and business skills and offer the potential for advancement.

## Experience
### WASHINGTON TIMES - Area Manager
Lanham, MD
Present

## Responsibilities

- Managing and coordinate work schedules for 18 employees who delivery of the Washington Times and other publication in a timely matter in Prince George's County area.
- Conduct customer service inquiries with employees and customer to maintain excellent survives in the Prince Georges Area.
- Process payroll and maintain the budget for PG3 area.
- Make presentation to staff by providing information of all office function such as circulation department issues.
- Attend weekly meeting about circulation problem and service issues.
- Conduct daily Sales presentation in PG3 area for new customer account.
- Train any new carrier for carrier position to deliver the Washington Times.

## Experience
### DOW JONES, WALL STREET JOURNAL - District Manager/ Circulation Supervisor
Silver Spring MD
Jun 1989 - Feb 2001

## Responsibilities

- Supervisor and coordinate work schedules for twenty employees who deliver The Wall Street Journal, and other publications in a timely manner.
- Conduct customer service inquiries with employees and customer to maintain excellent service in the downtown metropolitan area.
- Make presentations to staff by providing information of office functions such as circulation department issues and intra-office information dissemination.
- Process payroll and maintain the budgets for AD Operation.
- Handle distribution of 6,800 copies from the White Oak Plant, 80% of which are outside publications.

## D.C. CITY COUNCIL
Washington D.C.
Purchasing Agent, Procurement Officer, Vehicle Maintenance Coordinator,
Administrative Assistant Supervisor, Property Inventory Specialist,

0324

Oct 1981-Jan 1989

## Responsibilities:

- Assisted council members with committee meetings and organized administrative staff with the preparation of materials for legislation meetings.
- Supervised an administrative staff with various functions dealing with administrative departments: Firefighter, Police, Judiciary System for District Government and all functions on Judiciary committee.
- Attend curious meetings such as ANC and Legislation meetings, and serve as ward staff liaison.
- Provided and assisted with messenger services, billings, logs, and spreadsheets.
- Delivered and sort mail for the council member and trained staff members on convince copiers and run high powered Xerox copiers as well as Cheshire mailing postage machine
- Handling all presorts mail for Councilmemeber office and processes all incoming-out going mail for the United State Postal Service.
- Act as D.C. Council vehicles controlled Transportation monitor for vehicle maintenance coordinator and manage 15 vehicles for the Council members.
- Assisted in conducting the quality reviews of the equipment records and supplies.
- Reviews all jobs order any additional cost element in equipment of procurement request.
- Negotiated bids with Outside Contractors for supplies and equipment proposals. And made the final recommendations on contract bids and purchasing orders

## EDUCATION: POTOMAC COLLEGE-Present
Major: Bachelor of Science in Computer System Management / Minor Business Management

## SOUTHEASTERN UNIVERSITY

Major: Business Administration

High School Diploma- June 1979, Dunbar High School

Computer Experience: Microsoft Word, Microsoft Excel, Windows 2000, DOW JONES WINDOWS NT 98, IBM SYSTEM, INTERNET, CONVINCE COPIER, CHESHIRE MAIL MACHINE.

AWARDS; Received three plaques for outstanding service, written up in the company Newspaper as Quarterly Supervisor Operation Voted IN the Northeast Region  *(handwritten: Where? Dow Jones)*

HOBBIES; Tennis, Fishing, Golf




# THE DISTRICT OF COLUMBIA GOVERNMENT
## EMPLOYMENT APPLICATION

**INSTRUCTIONS:** You may attach a résumé to this Employment Application in lieu of completing Sections 6 and 7 of this application, only. The résumé must contain all information requested in Sections 6 and 7. Use additional sheets of paper to provide further responses to any section below. Instructions for completing this application are available in Spanish.

### 1. POSITION VACANCY INFORMATION

Position Title: **Lead Support Services Specialist**   Vacancy Announcement #: **AD-RS-MA017-05-342-11**

### 2. PERSONAL DATA—Please Print

Name Last: **ALLEN**    First: **HERBERT**    Middle: **LEON**
Address Street: **10101 OLD INDIAN HEAD ROAD**    Apt. # (if any):
City: **UPPER MARLBORO**    State: **MD**    Zip Code: **20772**    Ward:
Telephone (including area code): Home (**301**) **856-7110**    Business (**301**) **436-1007**
Other names ever used: **none**    Social Security Number: **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**    Date of Birth: **02/07/45**

### 3. D.C. EMPLOYMENT HISTORY AND AVAILABILITY

a. Are you now or were you ever employed by the District of Columbia government?
☐ Currently employed by D.C. government    ☒ Previously employed by D.C. government    ☐ Never employed by D.C. government

b. Mark below each type of current or previous D.C. government appointment with an "X." Check all applicable boxes.
☐ Temporary   ☐ Term   ☐ Permanent   ☒ Career   ☐ Excepted Service   ☐ Executive Service   ☐ Other:

c. List highest grade, classification series and step attained: Grade **13**   Series **GS**   Step **6**

When can you start work? **now**    Lowest pay or grade you will accept: **50,000.00**

### 4. MILITARY SERVICE AND VETERANS PREFERENCE

Veterans preference is granted by law to disabled veterans, to veterans who served on active duty in certain time periods or military operations, and, under certain conditions, to the spouses, widows(ers), or mothers of deceased or disabled veterans.

Have you served on active duty in the United States Armed Forces? ........ ☐ YES  ☒ NO
(Answer "NO" if your only active duty was for training, including basic training, in the Reserves and National Guard.)

Did you or will you retire at or above the rank of major or lieutenant commander? ........ ☐ YES  ☐ NO
(If "YES," you are not eligible for veterans preference unless your retirement is based upon a service-connected disability.)

From (__/__/__) To (__/__/__) | _____ | _____ | _____
Dates of Active Duty Service (Month/Day/Year) | Separation Date | Character of Separation | Campaign or Expeditionary Medals received

PREFERENCE CLAIMED (Please check one. You must show proof when hired.):   ☐ 5-Point Preference    ☐ 10-Point Preference

### 5. RESIDENCY PREFERENCE

Are you claiming a residency preference for the position indicated above? (If you claim residency preference, attach the Residency Preference for Career Service Employment form, DC-2000RP.)    ☐ YES    ☐ NO

### 6. LANGUAGE CAPABILITIES, EDUCATION AND TRAINING

a. List the languages you: Speak _____
Read _____    Write _____

b. Did you graduate from high school? (Answer "YES" if you have a GED high school equivalency or if you will graduate from high school within the next 9 months.)    ☐ YES    ☒ NO

c. Indicate highest degree(s) obtained (e.g., A.A., B.S.): _____
Name and Address of College or University _____    Zip Code _____
Major _____    Minor _____
Major Semester Credit Hrs. _____ OR Major Quarter Credit Hrs. _____ Attended (month/year) FROM ___/___ UNTIL ___/___

d. Use additional sheets of paper to list relevant training, licenses or skills (e.g., sign language). Include schools attended, addresses, certificates or degrees awarded, dates attended, number of credit hours, major/minor fields or subjects studied.

(OVER)

DC 2000 4-93

# Herbert L. Allen
10101 Old Indian Head Road
Upper Marlboro, MD 20772
(301) 856-7110

**SUMMARY:** *Currently employed as a materials control supervisor with extensive experience in the Federal Government materials control/warehousing environment. Specific areas of expertise include staff supervision, stock and inventory control, property and supply management, and excess property disposal. Possesses significant management skills with experience successfully interacting with all organizational levels.*

**WORK EXPERIENCE:**
Private Sector

1995 - Present   Warehouse Supervisor, DDD Company, Landover, Maryland

*Supervision of DDD Company contract staff in the areas of warehousing, excess property disposal, inventory management, stock control and other functions of property and supply management.*

**Major Projects:**

- Assisted in the opening of the Immigration and Naturalization Service's new border patrol training facility in Charleston, North Carolina.

- Successfully supervised the completion of a major excess property elimination project at the U.S. Department of Justice's Landover Operations Center warehouse unit.

**AWARDS & SPECIAL RECOGNITION:**
February 2002– Letter Of Appreciation(U.S.Department Of Justice:Director,FASS)
September 2000: Letter of Appreciation(U.S. Department of Justice; Asst. Director, FASS)

February 1999: Letter of Appreciation (U.S. Department of Justice; Director, Facilities and Administrative Services Staff)

December 1997: Letter of Appreciation (U.S. Department of Justice; Director, Consolidated Administrative Services)

January 1997: Memorandum of Appreciation (U.S. Department of Justice; Assistant Director, Property Management Section)

December 1996: Letter of Appreciation (U.S. Department of Justice; Head Secretary, Office of Intelligence Policy and Review)

November 1996: Letter of Commendation (U.S. Department of Justice; Acting Solicitor General)

September 1996: Memoranda of Appreciation (U.S. Department of Justice; Assistant Director, Property Management Section; & Assistant Director, Office of Administration)

August 1996: Letter of Appreciation (U.S. Department of Justice; Director, Office of Attorney Personnel Management)

April 1996: Letter of Appreciation (U.S. Department of Justice; Director, Facilities and Administrative Services Staff)

-1-

**WORK EXPERIENCE:**
Federal Government

**RETIREMENT:**

| | |
|---|---|
| 1994 - 1995 | Retirement from the U.S. Department of Justice |
| 1988 - 1994 | Chief Supervisory General Supply Specialist, U.S. Department of Justice: Property Management Services, Facilities and Administrative Services Staff; Washington D.C. |

*Supervised a staff of eighteen employees, including general supply specialists, clerical personnel, warehousemen, motor vehicle operators and laborers in the provision of direct operational support to Justice Department Offices, Boards and Divisions (OBDs) in the areas of property, supply and warehousing management.*

*Held responsibility for management oversight of the Department's warehouse, including the receipt, storage and issuance of property for the OBDs, as well as the receipt, storage, inventory control, and issuance of forms and paper goods for the OBDs on a nationwide basis.*

*Managed contractual support services for the Department in the provision of a wide array of labor services.*

*Managed and coordinated Working Capital Fund transactions for furniture stock stored for purchase by the OBDs.*

*Coordinated the scheduling, procedures and support services for special functions held at the Department's Great Hall and Great Court.*

**Major Projects & Additional Accomplishments:**

- Instrumental in the acquisition and installation of an automated warehouse system designed to cover inventory management and order processing through the use of networked personal computers.

- Coordinated the development, writing and implementation of operational procedures in the areas of property, supply, and warehousing management.

| | |
|---|---|
| 1984 - 1988 | Assistant Chief Supervisory General Supply Specialist, U.S. Department of Justice: Property Management Services, Facilities and Administrative Services Staff; Washington D.C. |

*Assisted the Chief of Warehouse Operations in the execution of all functions as described in the previous section for the years 1988-1994. Acted as management lead in the Chief's absence.*

| | |
|---|---|
| 1980 - 1984 | Supervisory General Supply Specialist, U.S. Department of Justice: Property Management Services, Facilities and Administrative Services Staff; Washington D.C. |

*Managed the Department's warehouse operations in the execution of similar functions as described in the above section for the years 1988-1994.*

-2-

## WORK EXPERIENCE (continued):

1967 - 1980    Laborer/Inventory Management Specialist, National Labor Relations Board; Washington, D.C.

*During this period participated in all aspects of warehousing and property management, thus enabling promotion from the position of Laborer to that of Inventory Management Specialist.*

## EDUCATION/TRAINING:

### Significant Government Training Courses

1992: - Contracting for CORs/COTRs
       - Procurement Ethics
1985: - How to Operate IBM-PCs and Compatibles
       - dBASE II Introduction
1983: - Counseling Skills for Supervisors
       - Plain English

1976: - On- Job-Training:
       - Procurement Section
       - Data Systems Branch
       - Financial Management Branch
       - Management & Audit Branch
       - Facilities Section

1976: - Inventory Control of Supplies and Materials
       - Economic Order Quantity Techniques
       - Life Cycle Costing
       - Writing Effective Letters
       - Writing Regulations and Procedures for Public Understanding
       - Government Property Record-keeping and Procedures
          - Effective Letter Writing for Management

## AWARDS & SPECIAL ACHIEVEMENTS IN GOVERNMENT SERVICE:

1994: - Letter of Appreciation(I&NS Relocation Projects)
1994: - Letter of Outstanding Effort(USA Office- DC Relocation of 400 Employees)
1993: - Special Achievement Award
1992 - 1993: - Presidential Transition(Logistical Support)
1992: - Special Achievement Award
1991: - Letter of Thanks & Appreciation(Off. Independent Counsle Logistical Support)
1990: - Memorandum of Thanks(Off. Intelligence Policy & Review)
1989: - Letter of Exceptional Service(Finance Staff)
1989: - Letter of Appreciations
1989: - Memorandum of Appreciation(DOJ Computer Service Relocation Project)
1989: - Letter of Appreciation(Inspector General Office Relocation)
1989: - Letter of Appreciation(AAG Renovation Project)
1988: - Letter of Appreciation(US Trustees Personnel Relocation)
1988: - Letter of Appreciation(ENRD Personnel Relocation Project)
1988: - Special Achievement Award/Act or Service
1981 - 1988: - Outstanding Performance Rating
1987: - Letter of Commendation(Off. Independent Counsel Relocation)
1986: - Letter of Thanks(ENRD- Assistance - Preparations for Office Automation System)
1985: - Memorandum of Commendation(Civil Div. Cooperations & Excellent Service)
1984: - Memorandum of Appreciation(Publications Service Office Renovations)
1983: - Memorandum of Appreciation(Office of Information Tech. Relocation)
1982: - Letter of Appreciation(ATR - U.S.V.AT & T Trial Material Relocation)
1982: - Letter of Appreciation(ATR - Building Renovation Project)
1981: - Special Achievement Award/Act or Service
1981: - AAG/A Special Commendation for Essential Renovations to Implement Reorganization)
1980: - Letter of Commend(Reorganizing and Rewarehousing the S&R Facility)

### D. Knowledge of federal budget and financial tracking.

I was responsible for management of the departments working capital fund new furniture stock and rehabilitated furniture stock accounts, coordinated all transactions with the budget, procurement and finance staffs. All furniture items was received, stored, issued and delivered to requesting offices, boards and divisions upon approved purchase requisitions and then process to finance for payment back in to the working capital funds accounts. The knowledge of the laws, regulations, policies and utilization of the federal supply schedule contracts, for furnishings, supplies and equipment has enabled me to provide immediate needs for the departments OBD's and also assisted in the performance of my duties when I was employed at the NLRB has an inventory management specialist with several headquarters and field offices under my responsibilities to provide for there office needs.

### E. Ability to communicate effectively orally and in writing.

I was responsible for developing written operational procedures for the OBD's in the following area: personal property management, supply management, and warehouse management. My written operational procedures enabled various functions to be carried out more effectively.

My contacts were primarily with the Administrative Officers and Property Custodians of the OBD's on a daily basis. During this contact, information was exchanged regarding the time, date, and location of services to be performed. Verbal and physical contact was also made with persons in other federal agencies engaged in supply and logistics service support on a required basis.

I have received numerous awards and letters of appreciation over the years. I have been described by customers and management as conscientious, dependable and a courteous employee. My knowledge in my field has been praised by many. I have taken on a monumental task of relocating the Department of Justice Warehouse form one location to another. The assignment was completed in an outstanding manner. As Acting Deputy Assistant Director, I was responsible for handling the details of numerous moves of personnel and equipment. I believe in handling customer service with a great deal of initiative, enthusiasm and professionalism.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ALLEN, HERBERT | 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 | 02/07/45 | 06/03/94 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 302 | RETIREMENT SPECIAL OPTION | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| VYJ | 5 USC 8336(D)(2) RIF | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| A2M | VERA NO 94 72 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPVY GEN SUPP SPECLST<br>FAS00001   FAS111 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GM | 2001 | 13 | 00 | 60,767.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 58,301.00 | 2,466.00 | 60,767.00 | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| JUSTICE MANAGEMENT DIVISION<br>FACILITIES & ADMIN SERV STAFF<br>PROPERTY MANAGEMENT SERVICES | 5A |

EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None  3-10 Point/Disability  5-10 Point/Other<br>2-5 Point   4-10 Point/Compensable  6-10 Point/Compensable/30% | 1 - 0-None 2-Conditional<br>1-Permanent 3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| K  BASIC-2X ADDITIONAL | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 06/28/63 | F  FULL TIME | |

POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - 1-Competitive Service  3-SES General<br>2-Excepted Service  4-SES Career Reserved | E  E-Exempt<br>N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 24-0569-033 | FORESTVILLE   PRINCE GEORGES   MD |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: N | ED LV:05 YR:00 INST PRG:000000 |

45. Remarks
FORWARDING ADDRESS: 6005 MIDDLETON LANE
                   CAMP SPRINGS, MD 20748
SALARY INCLUDES A LOCALITY-BASED PAYMENT OF  4.23 %.
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
BASIC LIFE INSURANCE: ELECTED 75% REDUCTION.
TRANSFER FEHB ENROLLMENT TO OPM.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/HC | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL STAFF |
| DJ HC | 1831 | 04/03/94 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part  50-316  P.2/3 Ed.  NO. 464

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/93
NSN 7540-01-333-6

### 7. WORK EXPERIENCE—If you have no work experience, write "NONE."

LIST PAID OR UNPAID WORK EXPERIENCE RELEVANT TO THE POSITION FOR WHICH YOU ARE APPLYING. RESPONSES TO ANY RANKING FACTORS INCLUDED IN THE VACANCY ANNOUNCEMENT MUST BE ATTACHED TO THIS APPLICATION. USE ADDITIONAL SHEETS TO LIST OTHER WORK EXPERIENCE.

**PRESENT OR MOST RELEVANT POSITION:**

| Employer's Name | DDD COMPANY | Dates of Employment (Month/Year) | Annual Salary | Average Hours Per Week: |
|---|---|---|---|---|
| Address | 8000 CORPORATE DRIVE LANDOVER, MD 20785 | From 1995 To 2001 | Starting $ 12.56 per hr  Final $ 19.44 per hr | 40 |

Telephone ( 301 ) 436-1007      Name and Title of Supervisor

Reason for Leaving: assist dc property area      No. of Employees Supervised 1-30

If District or Federal Employment, List Series, Grade or Rank & Date of Last Promotion

Job Title and Duties, Responsibilities and Accomplishments

SEE ATTACH

### 8. BACKGROUND INFORMATION—You must answer each question in this section before we can process your application.

Place an "X" in the proper column for each question below.                                                                                                                            YES | NO

When answering item "a," you may omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 18th birthday, if finally decided in juvenile court or under a youth offender law; 3) any conviction set aside under the Federal Youth Corrections Act or similar State law; 4) any conviction whose record was expunged under federal, State, or local law. We will consider the date, facts, and circumstances of each event you list. In most cases, you can still be considered for District jobs.

a. During the past 10 years have you been: 1) convicted of or forfeited collateral for any felony, or 2) convicted by a court-martial?
A felony is defined as any violation of law punishable by imprisonment of longer than one year, except for a violation called a misdemeanor under State, county, or local law, which is punishable by imprisonment of two years or less. ............................................   |   | X

IF YOU ANSWERED "YES" TO "a," GIVE DETAILS ON A SEPARATE SHEET OF PAPER. For each violation, write the 1) date; 2) charge; 3) place of violation; 4) court; and 5) action taken by the court.

b. Do any of your relatives work for the District of Columbia government? Include: father; mother; husband; wife; son; daughter; brother; sister; uncle; aunt; first cousin; niece; nephew; father-in-law; mother-in-law; son-in-law; daughter-in-law; brother-in-law; sister-in-law; stepfather; stepmother; stepson; stepdaughter; stepbrother; stepsister; half brother; and half sister. ............................   |   | X

If "YES," on a separate sheet of paper, write, for each of these relatives, their 1) name; 2) relationship to you; and 3) agency of the District of Columbia government in which the person works.

c. Do you receive or have you ever applied for retirement pay, pension, or other pay based on District of Columbia government or federal civilian or military service? .....................................................................................................................................   |   | X

To work for the District of Columbia government in certain public safety positions, you must be a citizen of the United States. If selected, you will be required to submit evidence of identity and employment eligibility.

### 9. SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION

YOU MUST SIGN THIS APPLICATION. Read the following carefully before you sign. I understand that a false statement on any part of my application may be grounds for not hiring me, or for firing me after I begin work (D.C. Code § 1-617.1(d)(1) et seq. (1991 Repl.)). I understand that the making of a false statement on this form or materials submitted with this form is punishable by criminal penalties pursuant to D.C. Code § 22-2514 et seq. (1991 Repl.). I understand that any information I give may be investigated as allowed by law or Mayoral order. I consent to the release of information regarding my suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations, to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. I certify that, to the best of my knowledge and belief, all of my statements are true, correct, and complete.

SIGNATURE (Sign each application at each copy in ink):  /s/ Herbert L. Ali      DATE SIGNED (Month, Day, Year): 1-03-03

3-1772