DC Standard Form 52
Office of Personnel
District of Columbia Personnel Manual
Rev. 3/30/02

598452

**REQUEST FOR PERSONNEL ACTION**

DEPARTMENT:

**PART I.  REQUESTING OFFICE:** Unless otherwise instructed, fill in all items in this part, except those inside the heavy lines. If applicable, obtain resignation and separation data on reverse side.

| 1. SOCIAL SECURITY | 2. NAME (Last, First, Middle)   Mr.-Mrs.-Miss-Ms. | 3. EFFECTIVE DATE | 4. BIRTH DATE |
|---|---|---|---|
| | EDMONDS, BARRY   MR. | 03 | 31 | 03 | 04 | 28 | 61 |

A. Kind of Action Requested:
(1) Personnel (Specify appointment, reassignment, resignation, etc.)

APPOINTMENT

(2) Position (Specify establish, review, abolish, etc.)

B. Request No.   03-585

C. Date of Request   3/21/03

D. Proposed Eff. Date

E. Workforce Plan No.

| 5. VETERAN PREFERENCE 1–None 2–5 PT 3 –10 PT | 6. DC SCD | 7. TOTAL SCD | 8. Handicap Code: | 9.Retirement (1 – 15) |
|---|---|---|---|---|

| 10. FEGLI | Basic | Option A | Option B | Option C | 11A. Pay Schedule ID | 11B. Bargaining Unit: | 12. Tenure Group (1, 2, 3) and (AD, A or B) |
|---|---|---|---|---|---|---|---|

13. NATURE OF ACTION/CODE:    14. AUTHORITY:    15. HB Code: Carrier Control No:

NTE DATE:

| 16. FROM: Position Title and Number | Service Code | 17. Pay Plan and Series | 18. (a) Grade | (b) Step | 19. Salary $ | Time Service: Flag (1-8) |
|---|---|---|---|---|---|---|

20. Name and Location of Organizational Unit    Additional Comp. $

| 22. TO: Position Title and Number 0189489 LEAD SUPPORT SERVICES SPECIALIST | Service Code | 23. Pay Plan and Series DS-342 | 24. (a) Grade 11 | (b) Step 02 | 25. Salary 39,287 | Time Service: Flag (1-6) |
|---|---|---|---|---|---|---|

21. Payroll Org Code    Pay Group

26. Name and Location of Organizational Unit  M & A / SUPPORT SERVICES

Additional Comp. $

27. Payroll Org Code 03120100    Pay Group 01

28. Labor Distribution Rule

| FUND | AGCY | YR | RESP CTR | PDS | PFS | MRU | ARC | DRC | JOB | ACTIVITY |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | AT | 3 | 01 | 04 | 1 | 1 | 00 | APPR | 000 | 110 | 80000000 |

29. Labor Distribution Rule is Certified Correct

_Charles L. Dean_    3-27-03
Agency Controller or Designee    Date

30. Target Grade: 11

31. Physical Location Code

F. Remarks by Requesting Office (Continue in Item F on Reverse Side, if necessary)

Competitively selected from ANN# ADRS MA017

32. Employment Date

G. Requested By: (Signature and Title) (Leave blank on resignations)

H. For Additional Information Call: (Name and Telephone Number)  Diane C.  2-8040

I. Request Approved By: (*)
Department Head    (Signature)

**PART II.  TO BE COMPLETED BY PERSONNEL OFFICE** (Items inside heavy lines in Part I also to be completed.)

J. Position Classification Action:

☐ Identical Additional    ☐ New    ☐ Vice    ☐ Regraded

| K. Clearances | Initials or Signature | |
|---|---|---|
| (1) Ceiling or Position Control | | |
| (2) Budget Clearance | Au | 3-27-03 |
| (3) Pers. Ofc. Control | | |
| (4) Classification | KM | 3/31/03 |
| (5) Staffing | | |
| (6) Employee Relations | | |
| (7) Approved By: | _(signature)_ | 3/21/03 |

(8) Remarks: (Note: Use Item 8 on Reverse side for Personnel Form-1 Remarks)

(9) Qualification Standards:

(10) Classification Determination:

**EXHIBIT 9**

D00228