Employment Specialist

3 Social Security Number

4 Birth date (Month, Day, Year) April 28, 1961

5 Name (Last, First, Middle) Edmonds, Barry, N.

Street address or RFD number (include apartment number, if any) 1813 E. Street, N.E.

City Washington, State DC ZIP Code 20002

6 Other names ever used N/A

7 Sex (for statistical use) X Male Female

8 Home Phone 202 388-0279

9 Work Phone 202 724-8094

10 Were you ever employed as a civilian by the Federal Government? If "NO", go to 11. If "YES", mark each type of job you held with an "X".

Temporary X Career-Conditional Career Excepted

What is your highest grade, classification series and job title?

Dates at highest grade: FROM 11-1-81 TO Present

11 Do you have any applications for Federal employment on file with the U.S. Office of Personnel Management? If "NO", mark here X and go to 12. If "YES", write below and continue in 47 the information for each application: (a) the name of the office that has your application, (b) the title of the job, (c) the date of your Notice of Results, and (d) your rating

## AVAILABILITY

12 When can you start work? (Month and Year) ASAP

13 What is the lowest pay you will accept? Pay $ ____ per ____ OR Grade 8

| 14 Are you willing to work: | YES | NO |
|---|---|---|
| A. In the Washington, D.C., metropolitan area? | X | |
| B. Outside the 50 United States? | | X |
| C. Any place in the United States? | | X |
| D. Only in (list the locations) | | |

| 15 Are you willing to work: | YES | NO |
|---|---|---|
| A. 40 hours per week (full-time)? | X | |
| B. 25-32 hours per week (part-time)? | | X |
| C. 17-24 hours per week (part-time)? | | X |
| D. 16 or fewer hours per week (part-time)? | | X |
| E. In an intermittent job (on-call, seasonal)? | | X |
| F. Weekends, shifts, or rotating shifts? | | X |

| 16 Are you willing to take a temporary job lasting: | YES | NO |
|---|---|---|
| A. 5 to 12 months (sometimes longer)? | | X |
| B. 1 to 4 months? | | X |
| C. Less than 1 month? | | X |
| | X | |

RECEIVED

FOR USE OF EXAMINING OFFICE ONLY

87 OCT 21 P5 :2?

PERSONNEL OFFICE

Materials: Submitted / Returned

Notations:

Form reviewed:

Form approved:

| Option | Grade | Earned Rating | Preference | Aug Rating |
|---|---|---|---|---|
| | | | 5 Points (Tent.) | |
| | | | 10 Pts. (30% Or More Comp. Dis.) | |
| | | | 10 Pts. (Less Than 30% Comp. Dis.) | |
| | | | Other 10 Points | |
| | | | Disallowed | |
| Initials and Date | | | Being Investigated | |

ANNOUNCEMENT NO.

APPLICATION NO.

FOR USE OF APPOINTING OFFICER ONLY

Preference has been verified through proof that the separation was under honorable conditions, and other proof as required.

5-Point / 10-Point—30% or More Compensable Disability / 10-Point—Less Than 30% Compensable Disability / 10-Point Other

Signature and Title

Agency | Date

## MILITARY SERVICE AND VETERAN PREFERENCE

| | YES | NO |
|---|---|---|
| 18 Have you served on active duty in the United States Military Service? If your only active duty was training in the Reserves or National Guard, answer "NO". If "NO", go to 22. | X | |
| 19 Were you honorably discharged from the military service? If your discharge was changed to "honorable" or "general" by a Discharge Review Board, answer "YES". If you received a clemency discharge, answer "NO". If "NO", explain in 47. | X | |
| 20 Did you or will you retire at or above the rank of major or lieutenant commander? | | X |

21 List the dates, branch, and serial number for all active duty service:

| From | To | Branch of Service | Serial Number |
|---|---|---|---|
| 8-2-79 | 7-3-81 | Air Force | |

22 Place an "X" in the box next to your Veteran Preference claim. Mark only one box. See the instructions for eligibility information.

1 NO PREFERENCE

2 5-POINT PREFERENCE—You must show proof when you are hired.

10-POINT PREFERENCE—If you claim 10-point preference, you must complete a Standard Form 15, which is available at any Federal Job Information Center. ATTACH THE COMPLETED SF 15 TO THIS APPLICATION TOGETHER WITH THE PROOF REQUESTED IN THE SF 15.

3 Non-compensably disabled or Purple Heart recipient

4 Compensably disabled (less than 30%)

EXHIBIT 10

...present employer about your character... If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first. YES NO X

4 READ WORK EXPERIENCE IN THE INSTRUCTION PAGE BEFORE YOU BEGIN.

- Describe your current or most recent job in Block A and work backwards, describing each job you held during the past 10 years.
- You may sum up in one block work that you did more than 10 years ago. But if that work is related to the type of job you are applying for, describe each related job in a separate block.
- If you were unemployed for longer than 3 months, list the dates and your address(es) at that time in 47. Do not list unemployment that was more than 10 years ago.
- INCLUDE VOLUNTEER WORK... the job you are applying... for a paying job. You may receive credit for work experience with religious, community, welfare, service, and other organizations.
- INCLUDE MILITARY SERVICE—You should complete all parts of the experience block just as you would for a non-military job, including all supervisory experience. Describe each major change of duties or responsibilities in a separate experience block.
- IF YOU NEED MORE EXPERIENCE BLOCKS OR MORE SPACE TO DESCRIBE A JOB— For more blocks, use the SF 171-A or sheets of paper the same size as this page (be sure to include all information we ask for in A or B below). On each sheet show your name, Social Security Number, and the announcement number or job title. For more space continue in 47 or on a sheet of paper as described above.
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or a sheet of paper as described above.

**A** Name and address of employer's organization (include ZIP Code, if known): D.C. City Council, 1350 Pennsylvania Avenue, N.W., Washington, D.C. 2000?

Dates employed (give month and year): From 11/2/81 To Present

Average number of hours per week: 40

Salary or earnings: Starting $10,55?per Year; Ending $19,117per Year

Place of employment: City Washington; State D.C.

Exact title of your job: Support Services Clerk

Your immediate supervisor: Name Russell Smith; Area Code / Telephone Number (202) 724-8080

Number and job titles of any employees you supervise(d): NONE

Kind of business or organization (manufacturing, accounting, social service, etc.): D.C. Government

If Federal employment (civilian or military) list series, grade or rank, and the date of your last promotion: DS-303-? 10-26-86

Your reason for wanting to leave: To further my career

Description of work: Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

Duties include: Separates incoming and outgoing communications and materials according to delivery route, mail stops and by appropriate category (ie. bulk, pre-sort, hand-carry, first-class, etc.) Delivers and collects mail materials on a predetermined route and time schedule, as well as unscheduled locations throughout the metropolitan area as necessary to meet the needs of the Council of the District of Columbia. Prepares envelopes and materials for mailings according to D.C. Council and Post Office requirements. This includes labeling, wrapping, computing, and affixing postage, processing registered, certified and insured mail and materials. Sets up, operates, and performs minor maintenance on the mailing equipment. Receives requests and fills orders for supplies and equipment in stock. Maintains a running inventory on all items in stock and takes steps to replenish stock. (Cont)

For Agency Use (skill codes, etc.)

**B** Name and address of employer's organization (include ZIP Code, if known): United States Air Force, Lakeland Air Force Base, San Antonio, Texas

Dates employed (give month and year): From 8/79 To 9/80

Average number of hours per week: 24

Salary or earnings: Starting $ -- per --; Ending $ -- per --

Place of employment: City San Antonio; State Texas

Exact title of your job: Facilities Specialist

Your immediate supervisor: Name Sergant Brown; Area Code / Telephone Number ( )

Number and job titles of any employees you supervised: NONE

Kind of business or organization (manufacturing, accounting, social service, etc.): Armed Forces

If Federal employment (civilian or military) list series, grade or rank, and the date of your last promotion: E-1

Your reason for leaving: Honorable Discharge

Description of work: Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

Duties included handling stock, delivering packages, and other stock clerk duties as assigned.

For Agency Use (skill codes, etc.)

FOR MORE EXPERIENCE BLOCKS, SEE SF 171-A OR ... INSTRUCTION PAGE

If you have a GED, or expect to receive... check "YES"

YES X — If "YES" give month and year of graduation: June 1979

NO — If "NO" give the highest grade you completed:

26 Write the name and location of the last high school you attended: Phillps Senior High/Dunbar Senior High-D

27 Have you ever attended college or graduate school? YES X — If "YES" continue with 28. NO — If "NO" go to 31.

NAME AND LOCATION (city, state and ZIP code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree.

| NAME AND LOCATION | From | To | No. of credits completed (Semester Hours OR Quarter Hours) | Type of degree (e.g. B.A., M.A.) | Year of degree |
|---|---|---|---|---|---|
| 1: Southeastern University | 9/85 | Present | 60 | BA | |
| 2: | | | | | |
| 3: | | | | | |

| CHIEF UNDERGRADUATE SUBJECTS (Show major on the first line) | No. of credits completed (Semester Hours OR Quarter Hours) |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| 30 CHIEF GRADUATE SUBJECTS (Show major on the first line) | No. of credits completed (Semester Hours OR Quarter Hours) |
|---|---|
| 1 | |
| 2 | |
| 3 | |

Have you completed any other courses or training related to the kind of jobs you are applying for (for example, trade, vocational, Armed Forces or business)? YES X — If "YES" give the information requested below. (More courses?—Use a sheet of paper.) NO — If "NO" go to 32.

| Month and year training completed | Total classroom hours | Subject(s) | Name and location of school (City, state and ZIP code, if known) | Certificate, diploma, etc. (if any) |
|---|---|---|---|---|
| 1: 6-77-79 | 40 | Automactic | Phillps Vocational High School | Certificate |
| 2: | | | | |
| 3: | | | | |

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

2 List your special qualifications, skills or accomplishments that may help you get a job. Some examples are: skills with machines, most important publications (do not submit copies), public speaking and writing experience, membership in professional or scientific societies, patents or inventions, etc.

WANG PC XEROC CHESCHTRE 760
XEROX 9400/9500
KODAK 150/EXTRA-PRINT

3 How many words per minute can you TYPE? 40 TAKE DICTATION? — Agencies may test your skills before hiring you.

34 List job-related licenses or certificates that you have, such as: registered nurse; lawyer; radio operator; driver's; pilot's; etc.

| License or certificate | Date of latest license or certificate | State or other licensing agency |
|---|---|---|
| 1: DC Gov't Operators' | March 1981 | Washington, D.C. |
| 2: | | |

5 Do you speak or read a language other than English (include sign language)? Applicants for jobs that require a language other than English may be given an interview conducted solely in that language. YES — If "YES", list each language and place an "X" in each column that applies to you. NO X — If "NO" go to 36.

| Languages | Can prepare and give lectures: Fluently | With difficulty | Can speak and understand: Fluently | Passably | Can translate articles: Into English | From English | Can read articles for own use: Easily | With difficulty |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |

6 List any honors, awards, or fellowships you have received. For each, give the year it was received.

7 List three people who are not related to you and who know you well... Do not list supervisors you listed under 24.

| Full name of reference | Present business or home address (Number, street, city, state and ZIP code) | Telephone numbers (include area code) | Business or occupation |
|---|---|---|---|
| 1: Ms. [illegible] | 6248 [illegible] Drive, Washington, D.C. | 726-1650 | Realator |
| 2: [illegible] | [illegible] | [illegible] | Secretary |
| 3: [illegible] | [illegible] | [illegible] | [illegible] |

During the last 10 years, were you fired from any job for any reason, did you quit after being told that you would be fired, or did you leave by mutual agreement because of specific problems? If "YES," use 47 to write for each job: a) the name of the employer, b) the approximate date you left the job, and c) the reason(s) why you left. | X

When answering questions 40 through 44 you may omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 16th birthday, if finally decided in juvenile court or under a youth offender law; 3) any conviction set aside under the Federal Youth Corrections Act or similar State law; 4) any conviction whose record was expunged under Federal or State law.

Have you ever been convicted of or forfeited collateral for any felony? | X

A felony is defined as any violation of law punishable by imprisonment of longer than one year, except for violations called misdemeanors under State law which are punishable by imprisonment of two years or less.

Have you ever been convicted of or forfeited collateral for any firearms or explosives violation? | X

During the last 10 years have you forfeited collateral, been convicted, been imprisoned, been on probation, or been on parole? Do not include violations reported in 40 or 41. | X

Are you now under charges for any violation of law? | X

[illegible] | X

If you answered "YES" to 40, 41, 42, 43 or 44, give details in 47 ... [illegible] ... 3) place, 4) court, and 5) action taken.

[illegible] ... father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt, ... father-in-law, mother-in-law, ... brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, ... | X

If "YES," use 47 to write for each of these relatives: their name, ... and the department, agency, or branch of the Armed Forces.

... ever applied for retirement pay, pension, or other pay based on military, Federal civilian, or District of Columbia Government service? | X

If you need more space, use sheets of paper the same size as this page. On each sheet write your name, Social Security Number, and the announcement number or job title. Attach all additional sheets at the top of page 3.

#45. Patricia L. Ross - Drug Enforcement

(A) Delivers and/or distributes incoming and equipment to originating offices or storage area. Receives incoming shipments of supplies and equipment, verifies quantity, stock numbers, and inspect condition. Prepares detailed report of substitutions, overages, shortages, and damages incurred in shipping. Participates in the annual inventory of controlled property, equipment and supplies once a year. Monitors the operations of the convenience copying center and provides monthly usage by Council Offices and Divisions. Diagnoses copier malfunctions and operating problems. Performs corrective adjustments or contacts repairman as determined necessary. Maintains inventory of equipment, supplies, and daily reproduction records. Performs messenger and occational vehicle operator duties which require operating one of the motor vehicles assigned to the D.C. Council. Incumbent is responsible for the comfort, conduct, and safety of passengers and cargo to their destinations. Performs driver maintenance, checking gas, [illegible]. Takes vehicles to maintenance shop for special and preventive maintenance. Responsible for maintaining detailed vehicle records of user services and charges. Prepares special, weekly, monthly and annual reports of services provided. Manages the D.C. Council Motor Pool vehicles. Maintains records (CON'T

## SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION

YOU MUST SIGN THIS APPLICATION. Read the following carefully before you sign.

A false statement on any part of your application may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).

I understand that any information I give may be investigated as allowed by law or Presidential order.

I consent to the release of information about my ability and fitness for Federal employment by employers, schools, law enforcement agencies and other individuals and organizations, to investigators, personnel staffing specialists, and other authorized employees of the Federal Government.

I certify that, to the best of my knowledge and belief, all of my statements are true, correct, complete, and made in good faith.

Signature (Sign each application in dark ink): [signature]

Date signed: October 14, 1987

D00378