# GOVERNMENT OF THE DISTRICT OF COLUMBIA

## PERSONNEL ACTION

PERS. FORM 1 (REV. 9/1/80)

ORIGINATING AGENCY: D. C. COUNCIL

| Field | Value |
|---|---|
| 1. Social Security Number | 577903651 |
| 2. Name (Last, First, Middle) | EDMONDS, BARRY NELSON |
| 2A. | 1. MR. |
| 3. Date/Action No. | 10/27/87 |
| 4. Effective Date | 10/27/87 |
| 5. Department | COUNCIL OF THE DISTRICT OF COLUMBIA |
| 6. Address | 1513 E STREET, N.E., WASHINGTON, DC |
| 7. Date of Birth | [illegible]/48/61 |
| 8. Physical Handicap | 4 |
| 9. Veterans Preference | 0 |
| 10. Nature of Action/Code | CAREER APPOINTMENT |
| NTE Date | 0/0/0 |
| 11. Authority | D. C. LAW 2-139 |
| Employment Date | 9/1/87 |
| 12. Service Comp. Date | 11/11/81 |
| 13. D.C. Service Comp. Date | 11/11/81 |
| 14. FEGLI Regular | 1 (Covered) |
| FEGLI Optional | 0 |
| 15. Health Benefits Code | ELIG 000 |

### FROM:
- 16. Position Title and Number: SUPPORT SERVICES CLERK
- 17. Pay Schedule/Series: DS 303
- 18. Grade/Step: 06 / 05
- 19. Salary: PA19,393
- Time Service: 00
- 20. Organizational Unit: DC COUNCIL-OFC OF SECY-SUPP SVCS. DIV.
- 21. Payroll Org Code: 02-011-000
- Pay Group: 1

### TO:
- 22. Position Title and Number: SUPPORT SERVICES CLERK / AB-03-GE-044 / DCC-032 DTD. 4/16/84
- 23. Pay Schedule/Series: DS 303
- 24. Grade/Step: 06 / 05
- 25. Salary: PA19,393
- Time Service: 80
- 26. Organizational Unit: DC COUNCIL-OFC OF SECY-SUPP SVCS. DIV.
- 27. Payroll Org Code: 02-011-000

29. Retirement: 070
33. Service Code: A01
34.: XAA
36. Employment Type: 1. FULL-TIME
37. Position Type: 1. CAREER
38. Termination Code: 0

REMARKS:

FULL-TIME PERMANENT CAREER APPOINTMENT
ELIGIBLE FOR LEAVE AND BENEFITS.

EXHIBIT 11

45. Approving Officer and Agency (Signature): SECRETARY TO THE COUNCIL
Approval Date: 10/27/87

D00336

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

## PERSONNEL ACTION

PERS. FORM 1 (REV. 9/1/80)

TRANSACTION CODE: P R O  
ORIGINATING AGENCY: A B — D. C. COUNCIL

1. SOCIAL SECURITY NUMBER: 577903651
2. NAME (LAST, FIRST, MIDDLE): EDMONDS, BARRY NELSON
3A. MR.
3. DATE/ACTION NO.: 5/6/88
4. EFFECT. DATE: 5/16/88
5. DEPARTMENT: COUNCIL OF THE DISTRICT OF COLUMBIA
6. ADDRESS: 1813 K STREET, N.E., WASHINGTON, DC 20002
7. DATE OF BIRTH: 4/28/61
8. PHYSICAL HANDICAP: 4
9. VETERANS PREFERENCE: 0
10. NATURE OF ACTION/CODE: PROMOTION - EXCEPTED APPOINTMENT
11. AUTHORITY: D. C. LAW 2-139
EMPLOYMENT DATE: 9/1/87
15. HEALTH BENEFITS CODE: 451

16. POSITION TITLE AND NUMBER: SUPPORT SERVICES CLERK  AB-83-GE-044
17. PAY SCHEDULE SERIES: DS 303
18. GRADE: 06
STEP: 05
19. SALARY: $14,212

[NEW POSITION]
ADMINISTRATIVE ASSISTANT
23. PAY SCHEDULE SERIES: DS 301
24. GRADE: 07
STEP: 05
25. SALARY: $16,542
COUNCIL - RULES COMMITTEE

30. PAY GROUP: 1
33. SERVICE CODE: A01
35. LEAVE CEILING: XAA 042;0

36. EMPLOYMENT TYPE: 2. PART-TIME
37. POSITION TYPE: 4. EXCEPTED

Multiple Rates: No — Primary
RULE 1  FUND 0A  AGENCY B3  YR 1  RESP. CENTER 000  POS/PSF 110  MRU 0A  ARC PP  ORC 0  JOB 0000 000  ACTIVITY 0 000 000  ITEM 00

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.
☐ SUBJECT TO COMPLETION OF _____ YEAR _____ PERIOD BEGINNING _____

REMARKS:

PROMOTION - EXCEPTED APPOINTMENT.
AS A MEMBER OF THE D.C. COUNCIL STAFF, APPOINTEE SERVES AT THE WILL OF THE APPOINTING AUTHORITY AND THIS APPOINTMENT IS SUBJECT TO TERMINATION AT THE PLEASURE OF THE COUNCIL.

44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE)
45. APPROVING OFFICER AND AGENCY (SIGNATURE) — SECRETARY TO THE COUNCIL
APPROVAL DATE: 05/06/88

D00332

# PERSONNEL ACTION

U.S. GOVERNMENT OF THE DISTRICT OF COLUMBIA

PERS. FORM 1 (REV. 9/1/80)

| Field | Value |
|---|---|
| TRANSACTION CODE | EXIT |
| ORIGINATING AGENCY | AB — D.C. COUNCIL |
| 1. SOCIAL SECURITY NUMBER | 577903651 |
| 2. NAME | EDMONDS, BARRY NELSON |
| 2A. | 1. MR. |
| 3. DATE/ACTION NO. | 11/21/88 — 1 |
| 4. EFFECT. DATE | 11/22/88 |
| DEPARTMENT | COUNCIL OF THE DISTRICT OF COLUMBIA |
| 6. ADDRESS | 605 G STREET, N.E., WASHINGTON, DC 20002 |
| 7. DATE OF BIRTH | 4/28/61 |
| 8. PHYSICAL HANDICAP | 4 |
| 9. VETERANS PREFERENCE | 0 |
| 10. NATURE OF ACTION/CODE | TERMINATION OF EXCEPTED APPOINTMENT |
| NTE DATE | 0/0/0 |
| 11. AUTHORITY | D.C. LAW 2-139 |
| EMPLOYMENT DATE | 9/1/87 |
| 12. SERVICE COMP. DATE | 11/11/81 |
| 13. O.C. SERVICE COMP. DATE | 11/11/81 |
| 14. FEGLI REGULAR | 1 (COVERED) |
| 15. HEALTH BENEFITS CODE | 451 |
| CARRIER CONTROL NO. | 577903651 |
| 16. FROM: POSITION TITLE | ADMINISTRATIVE ASSISTANT |
| 17. PAY SCHEDULE / SERIES | DS 301 |
| 18. GRADE | 07 |
| STEP | 05 |
| 19. SALARY | PA 22,548 |
| TIME SERVICE | 80 |
| 20. ORGANIZATIONAL UNIT | DC COUNCIL-ROLARK-COMMITTEE |
| 21. PAYROLL ORG CODE | 02-011-000 |
| PAY GROUP | 1 |
| 22. TO: POSITION TITLE | |
| 27. PAYROLL ORG CODE | 02-011-000 |
| 29. RETIREMENT | 070 |
| 33. SERVICE CODE | A01 |
| 34. | XAA |
| 35. LEAVE CEILING | 196 |
| 30. PAY GROUP | 1 |
| 36. EMPLOYMENT TYPE | 1 FULL-TIME |
| 37. POSITION TYPE | 4 EXCEPTED |
| 38. TERMINATION CODE | |

Multiple Rules: Primary X

| RULE | FUND | AGENCY | YR | RESP. CENTER | POS | PSF | MRU | ARC | ORG | JOB | ACTIVITY | ITEM | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | OA | B9 | 1 | 000 | | 116 | OAPPRO | 0000 | 000 | 0 | 000 | 000 | 00 |

REMARKS:

TERMINATION OF EXCEPTED APPOINTMENT - REORGANIZATION OF STAFF
LUMP SUM PAYMENT MAY BE DUE FOR ANNUAL LEAVE.

44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE) | DATE | 45. APPROVING OFFICER AND AGENCY (SIGNATURE) | APPROVAL DATE

SECRETARY TO THE COUNCIL

D00331