
Case 1:05-cv-01784-RJL   Document 21   Filed 04/23/2007   Page 1 of 1

# DISTRICT OF COLUMBIA GOVERNMENT
## OFFICE OF THE CHIEF FINANCIAL OFFICER

### Employment – Reference Inquiry

Name and address of person to whom inquiry is made: Barry Edmonds

Date: 5/6/03

☐ Employment
☑ Reference

Pursuant to the Paperwork Reduction Act in of 1980, please be advised of the following:

The person identified below has been appointed to or is an applicant for the position shown. The interest of honest, efficient Government requires that all persons who are employed by the District of Columbia shall be reliable, trustworthy, of good conduct and character, and of complete and unswerving loyalty to the United States. The information you furnish on this form will be used to help in determining whether this person meets these qualifications;

Pursuant to the Privacy Act of 1974, any information you provide, including your identity, will be disclosed to the subject of this investigation upon his or her request. If you have information that reflects adversely on this person's suitability for D.C. Government employment and prefer that a representative of out agency call on you personally, please so state in the remarks section:

A self-addressed envelope, which requires no postage, is enclosed for your reply. We appreciate your cooperation.

Name, (Including Maiden Name and Aliases) | Position with the District Government

Social Security Number (Employment vouchers Only) | Date of claimed employment with your organization
From 6/20/89 To 2/21/01

Claimed position held | Place of employment

Information Requested by and reply to be returned to (Name, Title, and Address) 941 North Cap. 101. St. NE, Rm 200, Wash, D.C. 20002
Portia Shorter, HR Assistant, Office Management + Administration

1. What were the dates of the person's employment? From_____ To_____

What was the person's job title and give brief description of duties?
Delivery Supervisor for Washington D.C.

2. How did the person perform those duties?
☑ Excellent ☐ Above Average ☐ Average ☐ Below average ☐ Unsatisfactory ☐ Unknown

Why did the person leave your organization?

Is the person eligible for rehire?  ☑ Yes  ☐ No   If no, please explain briefly.

Remarks. Comments on personal attributes and competency will be welcomed.
Robert F. King

Please sign your name
Name (please print) Robert F. King, Jr.   Occupation of Title Circulation Mgr.
Signature:_____ Date: 5-15-03

EXHIBIT 12

D00317