# JOB ANNOUNCEMENT
## VACANCY #AD-RS-MA-033



EXHIBIT 13

ncy:  
ision/Unit:  
tion:  

Office of Chief Financial Officer (OCFO)  
Office of Management and Administration (OMA)  
Special Assistant to the Director  
(Logistics/Support Services)  

s/Grade/Step: MSS-346-13/1 – 13/10  
y Range: $60,749 - $79,264  
of Consideration: Unlimited  
ing Date: April 3, 2003  
ng Date: April 16, 2003  
er of Vacancies: One (1)  

n Description: The incumbent is responsible for assisting the director in planning, developing, and
enting all logistics and support services activities in support of the OCFO organization, including
vices as space management, key control, personal property management, emergency preparedness
uation, real property management, inventory management, purchase card and procurement, ID
and kastles card management, safety and security operation, special events management, asset
nent, publishing services, supply management, mail service, facilities and equipment
nce, property disposal, fleet management and transportation. Provides strategic direction for the
development, coordination, and implementation of real estate projects that impact on multiple
and business units, representing the interests of the OCFO. Directs the planning and
ion of support services projects. Responsible for the facilities planning and maintenance of
d office facilities where OCFO staff is housed. Maintains inventory of OCFO assets throughout
. Coordinates special events and oversees the set up of facilities, furniture and equipment for
ictions.

ions Requirements: Applicant must have a minimum of one year of specialized experience at
ifficulty and responsibility comparable to the next lower grade level. An equivalent
n of education and experience may be substituted for the required level of specialized
Qualified candidates must meet time-in-grade requirements.

ON OF RANKING FACTORS: The following ranking factors will be used in the evaluation
applicants MUST respond to the ranking factors ON A SEPARATE SHEET OF PAPER.
END AS AN ATTACHMENT TO YOUR RESUME and APPLICATION. Please

the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A
tigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that
any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-
g. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are
minal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she
nvestigated as allowed by law or Mayoral order. Applicant consents to the release of information
rict of Columbia government employment by employ

JOB # 63

**Ranking Factors:**
1. Thorough knowledge of the concept practices, regulations, policies, and precedents associated with real estate management programs. 2. Knowledge of the principles, practices, regulations, policies, and techniques associated with other support services functions (e.g., property management, safety, security, mailroom operations, etc.) 3. Comprehensive knowledge of management principles and project management processes. 4. Strong interpersonal skills and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate a wide range of technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

**How To Apply:** All applicants, including OCFO employees must submit (1) a resume, and a DC 2000 employment application, which clearly indicates the vacancy announcement number and the position title for which you are applying, and (2) a separate attachment addressing all ranking factors. Internal applicants must also attach an application transmittal form. Submit documents to: Twana Brooks, 941 North Capital Street, N.E., Suite 1200, Washington DC, 20002. Fax number: (202) 442-6413. Applications **must be received** by the closing date of the announcement.

Applicants who require accommodations in the application process should contact the OCFO at (202) 442-6523.

**District of Columbia** applicants who wish to claim preference for employment with the OCFO must submit the "residency preference for employment" form, DC2000rp, or proof of D.C. residence with the application. To be granted preference, an applicant must: (1) be qualified for the position; and (2) submit a claim form or proof of residence at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

APPLICANTS CLAIMING VETERANS PREFERENCE MUST SUBMIT OFFICIAL PROOF WITH THE APPLICATION.

Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that to the best of his/her knowledge and belief, all statements are true, correct and complete.

In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq., ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.

# JOB ANNOUNCEMENT
## VACANCY #AD-RS-MA-034

Agency: Office of Chief Financial Officer (OCFO)
Division/Unit: Office of Management and Administration (OMA)
Position: Lead Logistics Management Specialist
Series/Grade/Step: DS-346-11/1 – 11/10
Salary Range: $38,068 - $49,038
Area of Consideration: Unlimited
Opening Date: April 3, 2003
Closing Date: April 16, 2003
Number of Vacancies: One (1)



**Position Description:** The incumbent performs the full range of personnel management responsibilities. Performs duties such as life cycle management, equipment, inventory management, real property management, personal property management, fleet management, and transportation, parking management and allocation, asset management, property disposal, key control supply management, procurement and purchase card ordering. Coordinate with other elements to provide support and assistance. Supervises employees in DS classifications. Plans the work subordinates accomplish, sets and adjust short-term priorities and prepares schedules for work completion.

**Qualifications Requirements:** Applicant must have a minimum of one year of specialized experience at a level of difficulty and responsibility comparable to the next lower grade level. An equivalent combination of education and experience may be substituted for the required level of specialized experience. Qualified candidates must meet time-in-grade requirements.

**SUBMISSION OF RANKING FACTORS:** The following ranking factors will be used in the evaluation process. All applicants MUST respond to the ranking factors ON A SEPARATE SHEET OF PAPER. PLEASE SEND AS AN ATTACHMENT TO YOUR RESUME and APPLICATION. Please describe specific incidents of sustained achievements from your experience that show evidence of the level at which you meet the ranking factors that have been determined to be of importance for the position for which you are applying. You may refer to any experience, education, training, awards, outside activities, etc. that include the degree to which you possess the job related knowledge, skills, and abilities described in the ranking factors. The information given in response to the ranking factors should be complete and accurate to the best of your knowledge. **FAILURE TO RESPOND TO ALL RANKING FACTORS MAY ELIMINATE YOU FROM CONSIDERATION.**

*Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq., ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.*

TCD# 63

**Ranking Factors:**
1. Thorough knowledge of the concept practices, regulations, policies, and precedents associated with real estate management programs. 2. Knowledge of the principles, practices, regulations, policies, and techniques associated with other support services functions (e.g., property management, safety, security, mailroom operations, etc.) 3. Comprehensive knowledge of management principles and project management processes. 4. Strong interpersonal skills and knowledge of written and oral communication techniques and methods in order to develop/persuade/negotiate a wide range of technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

**How To Apply:** All applicants, including OCFO employees must submit (1) a resume, and a DC 2000 employment application, which clearly indicates the vacancy announcement number and the position title for which you are applying, and (2) a separate attachment addressing all ranking factors. Internal applicants must also attach an application transmittal form. Submit documents to: Twana Brooks, 941 North Capital Street, N.E., Suite 1200, Washington DC, 20002. Fax number: (202) 442-6413. Applications **must be received** by the closing date of the announcement.

Applicants who require accommodations in the application process should contact the OCFO at (202) 442-6523.

**District of Columbia** applicants who wish to claim preference for employment with the OCFO must submit the "residency preference for employment" form, DC2000rp, or proof of D.C. residence with the application. To be granted preference, an applicant must: (1) be qualified for the position; and (2) submit a claim form or proof of residence at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

APPLICANTS CLAIMING VETERANS PREFERENCE MUST SUBMIT OFFICIAL PROOF WITH THE APPLICATION.

Employment with the District of Columbia Office of the Chief Financial Officer (OCFO) is at the pleasure of the Chief Financial Officer. A background investigation is mandatory for all OCFO employees. The OCFO is an equal opportunity employer. Applicants understand that a false statement on any part of their application may be grounds for not hiring them, or for firing them after they begin work (D.C. Code 1-617.1 (d)(1) et seq. (1991 Repl). Applicant understands that the making of a false statement and/or submitting untrue materials are punishable by criminal penalties pursuant to D.C. Code 22-2405 et seq. (1991 Repl). Applicant understands that any information he/she submits may be investigated as allowed by law or Mayoral order. Applicant consents to the release of information regarding his/her suitability for District of Columbia government employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staffing specialists, and other authorized employees of the District of Columbia government. Applicant certifies that, to the best of his/her knowledge and belief, all statements are true, correct and complete.

In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Code section 1-2501 et seq. ("the Act") the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action. Harassment of persons on the basis of any protected category is prohibited.