IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,<br>      Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-1784<br>)          RJL<br>) |
| Natwar Ghandi,<br>      Defendant | )<br>)<br>) |

### AFFIDAVIT OF BARBARA B. HUTCHINSON

I, Barbara B. Hutchinson, am the attorney for Walter Thomas, the plaintiff, in this action. I requested a Notice of Right to Sue from the Equal Employment Opportunity Commission, on behalf of Mr. Thomas. I received the Notice of Right to Sue from the Justice Department, in the attached June 3, 2005 envelope by certified mail. I initialed the envelope with my initials and the date which I picked up the letter. I did not receive a Notice of Right to Sue from the EEOC, for Mr. Thomas' claim of age discrimination. The EEOC sent the notice to Mr. Thomas by regular mail.

I swear, under penalty of perjury, that the foregoing statement is true and correct this 23 rd day of April 2007.

_____
Barbara B. Hutchinson

**Exhibit 14**

U.S. Department of Justice

Washington, D.C. 20530

Official Business
Penalty for Private Use $300

RETURN RECEIPT REQUESTED

7003 0500 0002 5060 1935

Mr. Walter Thomas
c/o Barbara B. Hutchinson, Esq.
7907 Powhatan Street
New Carrollton, MD 20784

6/16/05