DC Standard Form 52
Office of Personnel
District of Columbia Personnel Manual
Rev. 3/30/02

598452

**REQUEST FOR PERSONNEL ACTION**

DEPARTMENT:

**PART I. REQUESTING OFFICE:** Unless otherwise instructed, fill in all items in this part, except those inside the heavy lines. If applicable, obtain resignation and separation data on reverse side.

| 1. SOCIAL SECURITY | 2. NAME (Last, First, Middle) | Mr.-Mrs.-Miss-Ms. | 3. EFFECTIVE DATE | 4. BIRTH DATE |
|---|---|---|---|---|
| | EDMONDS, BARRY | MR. | 03/31/03 | 04/28/61 |

A. Kind of Action Requested:
(1) Personnel (Specify appointment, reassignment, resignation, etc.)
APPOINTMENT

B. Request No.: 03-585
C. Date of Request: 3/21/03

(2) Position (Specify establish, review, abolish, etc.)

D. Proposed Eff. Date:
E. Workforce Plan No.:

5. VETERAN PREFERENCE  1–None  2–5 PT  3–10 PT
6. DC SCD
7. TOTAL SCD
8. Handicap Code:
9. Retirement (1–15)

10. FEGLI | Basic | Option A | Option B | Option C | 11A. Pay Schedule ID | 11B. Bargaining Unit | 12. Tenure Group (1, 2, 3) and (AD, A or B)

13. NATURE OF ACTION/CODE:
NTE DATE:
14. AUTHORITY:
15. HB Code:
Carrier Control No:

16. FROM: Position Title and Number | Service Code | 17. Pay Plan and Series | 18. (a) Grade (b) Step | 19. Salary $ | Time Service: Flag (1-8)

20. Name and Location of Organizational Unit
Additional Comp. $
21. Payroll Org Code
Pay Group

22. TO: Position Title and Number  0189489
LEAD SUPPORT SERVICES SPECIALIST
Service Code | 23. Pay Plan and Series DS-342 | 24. (a) Grade 11 (b) Step 02 | 25. Salary 39,287 | Time Service: Flag (1-8)

26. Name and Location of Organizational Unit
M+A / SUPPORT SERVICES
27. Payroll Org Code  03120100
Additional Comp. $
Pay Group  01

28. Labor Distribution Rule

| FUND | AGCY | YR | RESP CTR | PDS | PFS | MRU | ARC | DRC | JOB | ACTIVITY |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | AT | 3 | 0104 | 1 | 1 | 00 | APPR | 0000 | 1080 | 0000 |

29. Labor Distribution Rule is Certified Correct
/s/ Nicole L. Dean   3-21-03
Agency Controller or Designee   Date

30. Target Grade: 11
31. Physical Location Code

F. Remarks by Requesting Office (Continue in Item F on Reverse Side, if necessary)
Competitively selected from ANN# ADRS MA017

32. Employment Date

G. Requested By: (Signature and Title) (Leave blank on resignations)
H. For Additional Information Call: (Name and Telephone Number)
Diane C.   2-8040

I. Request Approved By: (*)
Department Head /s/ (Signature)

**PART II. TO BE COMPLETED BY PERSONNEL OFFICE** (Items Inside heavy lines in Part I also to be completed.)

J. Position Classification Action:

☐ Identical Additional  ☐ New  ☐ Vice  ☐ Regraded

K. Clearances | Initials or Signature | (8) Remarks: (Note: Use Item 8 on Reverse side for Personnel Form-1 Remarks)
(1) Ceiling or Position Control
(2) Budget Clearance | /s/   3-27-03
(3) Pers. Ofc. Control
(4) Classification | /s/   3/31/03 | (9) Qualification Standards:
(5) Staffing
(6) Employee Relations
(7) Approved By: | /s/   3/21/03 | (10) Classification Determination:

**EXHIBIT 9**

D00228