IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER THOMAS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1784 RJL |
| ) | |
| NATWAR GANDHI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## SECOND ERRATA SHEET

The Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment filed electronically on Monday, April 2, 2007 contains incomplete information on pages 18-22. Attached please find corrected pages 18-22 to substituted in Defendant's brief.

Dated: May 9, 2007

Respectfully submitted,

*[signature]*

Mary E. Pivec
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC 20001
(202) 434-4212
(202) 434-4646 (facsimile)

Counsel for Defendant