# Supplement to Defendant's Exhibit B

102

1   A   He was I think, the facilities
2   manager.
3   Q   And where was his office located?
4   A   His office was in the same
5   location.
6   Q   Through what period did you work
7   for him?
8   A   During the same -- I worked for all
9   of them.
10  Q   Then you had several different
11  bosses during this -- at the same time
12  period?
13  A   Right, right.
14  Q   And what did you do for Mr. Scott?
15  A   Well, I did the reports, I did
16  asset analyses in conjunction with my real
17  estate duties. So they were using me, both
18  he and Ms. Falwell.
19  Q   And your salary at that time was
20  $16,000 a year?
21  A   Let's see -- I'm trying to think --
22  I think at one point it was 16 or 37. I

103

1   can't remember, but it -- when I first got
2   the job, and then after that I think it
3   dropped down, because of the abolishment of
4   positions and so forth and so on. But during
5   that time -- yeah, it was at one point, yeah.
6   Q   Other than Ms. Falwell and Mr.
7   Scott, did you work for any other people
8   during this period -- June '96 to just before
9   you came --
10  A   Yeah. Mr. McLoud.
11  Q   And what was his title?
12  A   I think he was operations manager.
13  Q   Was he also located at P Street?
14  A   Yes. We were all located there.
15  Q   I'm sorry, was this P Street
16  Southwest --
17  A   It was northeast, P Street
18  Northeast.
19  Q   Well -- just so -- did you receive
20  any performance evaluations for the work you
21  performed between June of '96 and your date
22  of departure in '98?

104

1   A   I don't think so.
2   Q   Why did you want to leave there?
3   Why did you want to leave?
4   A   Because there was always budget
5   problems up and down, budget problems.
6   Q   Did they tell you that your
7   position was going to be eliminated?
8   A   No, I don't believe so.
9   Q   In the period before June of 1996
10  according to your résumé, you worked for an
11  entity called "Fed. Capital, Inc."
12  A   Uh-huh.
13  Q   Is that the full legal name of that
14  entity?
15  A   To my knowledge, yes.
16  Q   Where in Silver Spring were they
17  located?
18  A   On Fenwick Street.
19  Q   And what was your job title when
20  you worked for them?
21  A   Well, they called it a "coordinator
22  for projects," "projects coordinator."

105

1   Q   And who did you work for during
2   that period of time?
3   A   Mr. John Wilkes.
4   Q   W-i-l-k-e-s?
5   A   -- l-k-e-s -- uh-huh.
6   Q   What was his job title?
7   A   He was the general manger and
8   operations manager.
9   Q   Who was the chief executive
10  officer?
11  A   He was.
12  Q   He was?
13  A   Uh-huh.
14  Q   How many employees did the -- did
15  Fed. Cap have?
16  A   I'm not sure. He said -- he told
17  me had about 20. I don't know the exact
18  number, but that's what he said.
19  Q   What was your salary during the
20  time period that you were working for Fed.
21  Cap?
22  A   Well, it would vary, because I

106

1  didn't work sometimes on an everyday basis.
2  But it would average around -- until the work
3  was ended, it would average about 49 or
4  $50,000 a year while they were operating.
5     Q   Did they go out of business?
6     A   He did. He reduced his entire
7  operations, which is --
8     Q   Was that the reason why you went
9  back with the School Board in June of 1996?
10    A   Right.
11    Q   Did you keep copies of any reports
12 that you prepared when you worked for him in
13 the summer, or between June of '96 and June
14 of -- '95 and June of '96?
15    A   Did I keep the reports?
16    Q   Yes.
17    A   No, I did not. I didn't keep the
18 reports, no. The analyses and the reports
19 that we did, were to be submitted to the
20 personnel there.
21    Q   And who did this -- the personnel
22 work for at that time?

107

1     A   They worked -- I mean, I should say
2  to Mr. Wilkes, Mr. John Wilkes. He worked
3  -- I mean, he was head of the entire
4  operation.
5     Q   What kind of a company was Federal
6  Capital?
7     A   They dealt with different overseas
8  financial projects -- how do you say --
9  projects that involved investments and
10 analyses and prospecting. I believe he did
11 the -- we did some reports on real estate and
12 things like that -- investment, that was the
13 main thing.
14    Q   And what type of analysis did you
15 provide?
16    A   We would do budget analyses,
17 operation --
18    Q   Would you do this alone, or with a
19 team of people?
20    A   Sometimes -- well, it would be a
21 team. We would all work together, maybe
22 three of us, two of us.

108

1     Q   Who were your coworkers?
2     A   Mr. John Stevens, Albert Wilson --
3  John Stevens, Albert Wilson, and who else?
4  These were the people I guess, and some of
5  them were hired part-time. I don't know what
6  their full employment status was, but some of
7  them were consultants.
8     Q   Were any of these people former
9  State Department employees?
10    A   You know, one may have done some
11 project work with AID, but I'm not -- either
12 AID or USIA -- U.S. Information Agency.
13 Yeah.
14    Q   Prior to the time that you worked
15 for Fed. Capital, you were employed by D.C.
16 Public Schools.
17    A   Yes.
18    Q   And according to this résumé, that
19 employment began in 1992 and ended sometime
20 in 1995.
21    A   Uh-huh.
22    Q   What was your position with the

109

1  School Board during the earlier time period?
2     A   I'm not following you.
3     Q   In other words, you've listed here,
4  "Bilingual coordinator, Department of
5  Education." Was that your job title for the
6  entire period '92 to '95?
7     A   Well, that was the title we had
8  there, but I was a special assistant to the
9  principal for programs. I was -- but that
10 was just a constant title that they used, but
11 I was also called a "special assistant to the
12 principal" from the Office of Language
13 Minority Affairs. I was called a "project
14 coordinator."
15         I mean, you know, it was just -- I
16 mean, they had two or three names, and that's
17 the name I listed, because that's one of the
18 ones that they had from the Office of
19 Language Minority Affairs.
20    Q   Do you recall what your salary was
21 during that earlier time period?
22    A   I think it was something like

**110**

1  $48,000 a year -- if I'm not mistaken.
2      Q   Why did you leave?
3      A   What?
4      Q   Why did you leave in 1995?
5      A   Well, the program was ending, and
6  the positions were ending. And so I believe
7  I transferred -- I believe that's what it
8  was, because there was a constant changing of
9  the budget, and so if the position weren't
10 going to be there, you'd have to look for
11 something else, yeah.
12     Q   All right. So that's why you went
13 to Fed. Capital in 1995, because your
14 position with the School Board was ending?
15     A   Right. I had to find another job,
16 yeah.
17     Q   Okay.
18     A   Until something else came open with
19 them.
20     Q   Before you went to work for D.C.
21 Public Schools in 1992, where did you work?
22     A   1992?

**111**

1      Q   Yes.
2      A   Oh, I worked for the Office of
3  Refugee Resettlement, I believe. Let me see
4  -- Government District of Columbia, the
5  office of 19 -- I mean -- I'm sorry. You
6  want to know where before 19 --
7      Q   Before 1992.
8      A   I was with -- I did some work with
9  -- again, with Fed. Capital.
10     Q   And that's reflected on your résumé
11 for the entire period between 1985 and 19 --
12     A   '86, '87, '88, '89 -- I would do
13 work with them.
14     Q   Were you working anywhere other
15 than Fed. Capital in that time period?
16     A   No. I don't believe so. No.
17     Q   Were you ever work -- did you ever
18 work for the U.S. Department of Education?
19     A   I believe so. But I believe it was
20 before Fed. Capital, if I'm not mistaken.
21     Q   I refer you back to Exhibit number
22 1 -- your 171. If you will look to the

**112**

1  second page of that, of Exhibit 1 --
2      A   Uh-huh.
3      Q   I got letter B at the bottom of it.
4  The first employment that you list there, for
5  the time period of April '87 to the present;
6  that present being 1998 when you signed this
7  form --
8      A   Excuse me, can we get a correction.
9  This application was prepared 10/13/88.
10     Q   '88.
11     A   '88.
12     Q   Correct that -- 10/13/88 you
13 reported that you were working for the U.S.
14 Department of Education. A moment ago you
15 didn't recall working at the U.S. Department
16 of Education. Did you or did you not work
17 for the U.S. Department of Education?
18     A   Okay. I am trying to think. Are
19 you asking me whether we worked, whether it
20 was before or after. Where did I work before
21 or after Capital Fed, and I'm trying --
22     Q   No. I asked you before the D.C.

**113**

1  Public Schools, did you work for the
2  Department of Education. You said you don't
3  recall -- didn't --
4      A   Cannot recall, yeah. Okay. Yeah,
5  because I was there for a brief term there
6  with the department, in there as a management
7  analyst. Yeah, okay.
8      Q   A brief term from April of 1987
9  until October of 1988, you would characterize
10 that as a brief term?
11     A   Well, in comparison to other jobs
12 that I've had it wasn't a real long, long
13 time that I was at the Department of
14 Education, and I am going back 10 years,
15 well, '87-88, 13 years, I don't remember.
16     Q   And you, why did you not list the
17 Department of Education employment on the
18 resume which you submitted to the CFO's
19 office in the Spring 2003?
20     A   I really don't know -- really I
21 have no answer to that.
22     Q   Where you dismissed from the

**114**

1  Department of Education for unsatisfactory
2  performance?
3    A  Not that I know of, no. They would
4  have a personnel action for that, wouldn't
5  they if I was dismissed.
6    Q  Why did you seek to leave the
7  Department of Education?
8    A  Well, personally, I wanted advance
9  and get, look for better work. Or I should
10  say a higher salary or better salary.
11    Q  Do you recall what you were earning
12  at the time that you worked there?
13    A  Where, at the Department of --
14    Q  Of Education.
15    A  Something like $40,000 a year or
16  40-some thousand.
17    Q  When you went to the Refugee
18  Resettlement --
19    A  Uh-huh.
20    Q  -- position, what were you earning?
21    A  I think it was $48,000 -- $48,000
22  something.

**115**

1    Q  When you worked for the Department
2  of Education, according to your 171, you were
3  involved in investigating guarantees student
4  loan programs. What did you do in
5  investigating student loan programs?
6    A  You mean, what did I do?
7    Q  Yes.
8    A  I would follow up on programs, I
9  mean, I'm sorry on submissions to me of
10  students and groups of students that had not,
11  I guess, complied with their student loans.
12  We can analysis of the contractors that we
13  had there for their performance, evaluating
14  their performance vis-à-vis what we knew that
15  they were doing.
16      We did evaluations of workflow, you
17  know, there were just various things. There
18  wasn't just one thing that I did while I was
19  there. and jobs as assigned.
20    Q  Uh-huh.
21    A  You know.
22    Q  And Ms. Bradley was your supervisor

**116**

1  when you were at the Department of Education
2  --
3    A  For the --
4    Q  -- is that correct?
5    A  Right, right, for the entire unit,
6  yes.
7    Q  Yeah. Is there any reason -- why
8  did you not list her as a reference in your
9  application in your 171 form that you
10  submitted in October of 1988?
11    A  I don't know. I don't know why,
12  she was our supervisor, our general
13  supervisor for that whole unit.
14    Q  Did you list any supervisor that
15  you had while you were employed at the
16  Department of Education as a reference on
17  this form?
18    A  I don't know.
19      MS. HUTCHINSON: I'm going to
20  object to the form of the questions. It's
21  misleading, go ahead.
22      THE WITNESS: Well, excuse me. She

**117**

1  is listed here. It says, "If I have to go
2  back that far," here it says Gloria Bradley
3  was my supervisor and she is listed in on
4  this -- on the second page.
5      BY MS. PIVEC:
6    Q  I'm sorry I am looking at page, you
7  know, I have marked it as J of your 171 form.
8  There is a list of references. Item number
9  26, there is Mr. Robert Clark, and Mr. Robert
10  --
11    A  Wait, let me -- now, let me make
12  sure I am follow -- where are you looking at?
13    Q  At the page -- immediately before
14  the signature page.
15      MS. HUTCHINSON: She wants to go
16  all the way back to the page number. I guess
17  that would be, it has a page number at the
18  bottom of the left of number 3.
19      THE WITNESS: All right, all right,
20  all right.
21      MS. HUTCHINSON: Although it is not
22  number three of the document.