# Supplement to Defendant's Exhibit C

Page 234

1  Columbia Government employment application form.
2    A.  Okay.
3    Q.  Now, do you see the legend which appears
4  at the top of that page?
5    A.  Yes.
6    Q.  Okay.
7    A.  Department of Justice, DOJ, LOC. Is that
8  what you're asking?
9        MS. HUTCHINSON: I'm sorry. I don't see
10 this -- oh, in the fax.
11       MS. PIVEC: Yes, the fax.
12       BY MS. PIVEC:
13   Q.  Do you have any idea what the DOJ, LOC
14 means?
15   A.  No. Department of Justice. I don't know
16 what LOC means.
17   Q.  Okay. Do you know how this application
18 form was delivered to Tanya High?
19   A.  No, I don't. It appears by fax, but I
20 would be speculating.
21   Q.  Now, you testified that you evaluated the
22 qualifications of external candidates; is that

Page 235

1  correct?
2    A.  That's correct.
3    Q.  And you further testified that you did it
4  based upon whether or not their resume showed the
5  amount of qualifying experience in one of the areas
6  listed in the first paragraph of the vacancy
7  announcement form; is that correct?
8    A.  That's correct.
9    Q.  Is your handwriting at the top of the
10 application form for Mr. Allen's qualification form?
11   A.  Yes.
12   Q.  Is that your writing qualifying?
13   A   Yes.
14   Q.  And how did you determine him to be
15 qualified based upon -- well, how did you determine
16 him to be qualified?
17   A.  Reviewing his experience listed on his
18 resume application against the same qualifications
19 that I pointed out earlier on the job description --
20 on the job announcement.
21   Q.  Okay. Can you identify the pages that
22 correspond with the resume that you looked at for Mr.

Page 236

1  Allen in this package?
2        MS. HUTCHINSON: I'm sorry. I'm not
3  understanding.
4        BY MS. PIVEC:
5    Q.  In other words, can you identify -- these
6  are not numbered, so it might be helpful if we
7  numbered each of the pages in this packet. But can
8  you identify which of these pages constitutes the
9  resume that you looked at in order to determine that
10 Mr. Allen was qualified?
11   A.  It appears to be pages 1 and 2 and part of
12 page 3 where he outlined his experience.
13   Q.  And then what follows is awards and
14 special achievements in government service on that
15 same page?
16   A.  Right.
17   Q.  Okay. Do you recognize the page which
18 immediately follows the resume?
19   A.  It does look like a ranking. It looks
20 like ranking factors, a couple of ranking factors.
21 Maybe not all of them, but a couple of them.
22   Q.  Could we look at the vacancy announcement

Page 237

1  for lead support specialist position, the MAO 17?
2  And I forget which exhibit that was.
3        MS. HUTCHINSON: It's Exhibit 12.
4        BY MS. PIVEC:
5    Q.  Do you have any idea whether or not the
6  information that's on this unnumbered page has
7  anything to do with the ranking factors for special
8  -- lead support specialist?
9    A.  I have no idea quite honestly. It doesn't
10 appear to be the same to me.
11   Q.  Mr. Allen, I take it, was not selected for
12 the position?
13   A.  No, he was not.
14   Q.  As indicated by the first page of the
15 cover sheet?
16   A.  Right.
17   Q.  You were asked a number of questions
18 regarding Mr. Edmonds' background and experience as
19 portrayed in his resume and in his resume?
20   A.  Yes.
21   Q.  Did you receive any information from the
22 internal investigation's group in the Office of the

ESQUIRE DEPOSITION SERVICES
DC 1-800-441-3376      MD 1-800-539-6398      VA 1-800-752-8979

Diane Marie Camilleri

Page 238

1 Chief Financial Officer that his background was other
2 than what he portrayed it to be in his application
3 for employment?
4    A. No.
5    Q. During the course of your tenure with the
6 CFO, were there occasions in which the internal
7 investigation's group reported to you that
8 individuals had falsified information in their
9 application?
10    A. Yes.
11    Q. And what happened to those individuals?
12    A. I can think of two or three that were
13 terminated.
14    Q. With respect to the positions that were
15 posted on the CFO's website on April the 13th -- is
16 it 13th or the 3rd -- the 3rd, the two positions in
17 the 346 hearings, the 11 and the 13. Did Mr. Thomas
18 have the right to apply for those positions?
19    A. Let me see --
20    Q. I think they were 24 and 26.
21    A. Yes. Here's 20.
22    Q. It's 20 and 21. I'm sorry. Could Mr.

Page 239

1 Thomas have applied for those positions?
2    A. 20, yes. I just would like to look at 21.
3 I can't find it at the moment. Yes. They were both
4 unlimited.
5    Q. Do you know whether or not Mr. Thomas did,
6 in fact, apply for either of those positions?
7    A. No, I do not. I don't recall.
8    Q. Do you recall seeing any information
9 packet relating to Mr. Thomas with respect to either
10 of those positions?
11    A. I don't recall.
12    Q. If an individual did not apply for a
13 position that was posted on the website, did you
14 consider them in filling the position?
15    A. No.
16    Q. When Mr. Lister became employed as
17 director of the Office of Logistics and Support, did
18 you have any conversations with him concerning
19 complaints about the functioning of his office prior
20 to his arrival?
21    A. I don't know that I had that discussion
22 with him, but I do recall Joanne (phonetic) having

Page 240

1 the discussion with him.
2    Q. Were you present at the time of that
3 discussion?
4    A. I think I might have been.
5    Q. What do you recall of that discussion?
6    A. Well, I think I recall the discussion was
7 around how Dr. Gandhi portrayed the office, that he
8 called it -- even though at one time it was called
9 mission support, he likened it to Mission Impossible
10 and he actually even said that in his words to
11 employees during the restructuring meeting, much to
12 my horror, but he did.
13      He was very unhappy with the way the
14 office was working and he told them, and so I think
15 that's the discussion I recall having with -- either
16 having or being present to with Joanne, with Al
17 Lister because obviously we weren't there, Joanne or
18 I.
19    Q. Did Mr. Gandhi -- or did Dr. Gandhi cite
20 any specific complaints that he had with that office?
21    A. Yes, he did. I mean, I don't recall
22 exactly what they were, but he -- and actually I

Page 241

1 think some of the employees during the meeting pushed
2 back on him.
3      How could you say that or how come this is
4 the first time I'm hearing it and he -- and I believe
5 he said, this is not the first time you've heard it.
6 We've had these discussions before. He was pretty
7 clear he was unhappy with the entire organization and
8 the quality of work being done in there.
9      MS. PIVEC: I just need a few minutes to
10 look at my notes.
11      MS. HUTCHINSON: No problem.
12      (A break was taken.)
13      BY MS. PIVEC:
14    Q. During your testimony, you indicated that
15 the principle basis for selecting candidates for
16 positions in the reorganized structure was their
17 performance at interview. Do you recall that?
18    A. Yes.
19    Q. Why did you decide to use performance at
20 interview as the determining factor in selection?
21    A. Because there was no other fair way to
22 include -- not everybody had performance appraisals.

61 (Pages 238 to 241)