# Defendant's Exhibit O-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,<br><br>    Plaintiff<br><br>        v.<br><br>Natwar Ghandi,<br>Office of the Chief Financial<br>  Officer<br>    Defendant | Civil Action No. 05-1784 RJL |

**SUPPLEMENTAL AFFIDAVIT OF ALBERT POWELL**

I, Albert Powell, being of lawful age and sound mind and capacity, do depose and say:

1. I previously provided an Affidavit in the above-captioned matter, dated March 27, 2007. Therein, I mistakenly stated that Walter Thomas transferred to the General Services Unit at the Office of Tax and Revenue ("OTR") in or about October 2003, at which time he came under my supervision. I meant to state that Mr. Thomas transferred to OTR in or about October 2001.

2. As otherwise recited in my affidavit, I completed and executed a performance evaluation form for Mr. Thomas on March 5, 2003 relating to the 12-month period ended September 30, 2002. March 5, 2003 was also the last day of my employment as a regular full-time employee of the CFO; Mr. Thomas's last day was March 28, 2003. Thus, based upon my personal knowledge, he could not have transferred to my supervision at OTR in or about October 2003.

3. I respectfully request that the court take notice of the correction I have requested to make in my prior affidavit testimony. My error as to the year of Mr. Thomas's transfer was made inadvertently, and with no intent to deceive or falsify the

facts.

The foregoing statement is giving under penalty of perjury under the laws of the United States of America, and is true and correct.

BY: *Albert Powell* (signature)
Albert Powell

DATE: May _1_, 2007