# Defendant's Exhibit P

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-1784<br>)                     RJL<br>) |
| Natwar Ghandi,<br>  Office of the Chief Financial<br>  Officer<br>        Defendant | )<br>)<br>)<br>)<br>) |

**PLAINTIFF WALTER THOMAS' RESPONSE TO DEFENDANT'S
FIRST REQUEST FOR ADMISSIONS**

Plaintiff Walter Thomas, (Mr. Thomas), pursuant to Fed.R.Civ.P. 36, provides responses to Defendant's Request for Admissions no. 6 through 16. Mr. Thomas objected to the remaining Request for Admissions as being untimely since the Defendant's Requests for Admissions were served on February 27, 2007, the one day prior to the close of discovery. Counsel for the parties, via a telephone discussion agreed that Mr. Thomas would respond to Request for Admissions on the subject of the vehicle accident, *Thomas v. Transportation, Inc., et. al*, Law No. 2005-3565.

Requests no. 6. In the matter styled *Walter J. Thomas v. Transportation, Inc., et. al*, Law No. 2005-3565, filed in the Circuit Court for Fairfax County, Virginia, Plaintiff testified under oath on December 15, 2005, that prior to July 2003 he had no problems with his eyes other than going to get his glasses changed.

    Response: Admitted in part and denied in part. Mr. Thomas did testify, at p. 22, l. 22 to p. 23, l. 2, in response to a question of whether he had any problems with his eyes before July of 2003, "Other than going to get my glasses changed no." Mr. Thomas also testified on December 15, 2005, at p. 51, l. 3 to p. 52, l. 1 he had a problem with

nearsigtedness and blurred vision prior to July 2003 and at p. 63, l. 16 to p. 54. l. 1 he had astigmatism; contacts were recommended for his form of nearsigntedness; and his vision was different in one of his eyes.

Request No. 7. In the matter styled *Walter J. Thomas v. Transportation, Inc., et. al.*, Law No. 2005-3565, filed Circuit Court for Fairfax County, Virginia, Plaintiff testified under oath on December 15, 2005, that prior to July 2003 he had no problems with his back between 1991 and July 2003.

Response: Admit

Request No. 8. Plaintiff was injured in a vehicular accident on July 19, 2003..

Response: Admit

Request No. 9. Plaintiff sustained serious injuries to his back and left eye as a result of the July 19, 2003, vehicular accident.

Response: Admit Mr. Thomas sustained injuries to his back and left eye in a vehicle accident. The term "serious" is vague and ambiguous and Mr. Thomas is unable to quantify the injuries except to refer to the medical records which have been provided to the defendant.

Request No. 10. Plaintiff sustained a torn retina as a result of the July 19, 2003 accident, causing him to be blinded in his left eye.

Response: Admit Mr. Thomas had a torn retina of the left eye and hemorrhaging as a result of the accident and was blind in the left eye, prior to surgery.

Request No. 11. In the matter styled *Walter J. Thomas v. Transportation, Inc., et. al.*, Law No. 2005-3565, filed Circuit Court for Fairfax County, Virginia, Plaintiff testified under oath on

2

December 15, 2005, that the injuries he sustained in the July 19, 2003 vehicular accident aggravated his former back condition.

>Response: Denied. Mr. Thomas testified he was informed by Dr. Hampton Jackson, his back pain was a reaggravation of his back injury, p. 54.

Request No. 12. . In the matter styled *Walter J. Thomas v. Transportation, Inc., et. al.,* Law No. 2005-3565, filed Circuit Court for Fairfax County, Virginia, Plaintiff testified under oath on December 15, 2005, that he suffered severe and unalleviated back pain as a result of the July 19, 2003 accident.

>Response: Denied. Mr. Thomas testified the accident restricted his activities of walking, sitting, and movement were restricted; it is very painful to walk, sit, stand, or lie down; and the pain had not gotten better, pp.53, 57-60.

Request No. 13. . In the matter styled *Walter J. Thomas v. Transportation, Inc., et. al.,* Law No. 2005-3565, filed Circuit Court for Fairfax County, Virginia, Plaintiff testified under oath on December 15, 2005, that the accident of July 2003, severely restricted his ability to walk, lie down, sit, and move due to pain.

>Response: Admit Mr. Thomas testified his ability to walk, lie down, sit, and move was restricted due to pain in his back, pp. 57-60. Deny Mr. Thomas used the word severely.

Request No. 14. . In the matter styled *Walter J. Thomas v. Transportation, Inc., et. al.,* Law No. 2005-3565, filed Circuit Court for Fairfax County, Virginia, Plaintiff testified under oath on December 15, 2005, that he ceased looking for work after the date of the July 19, 2003 accident.

>Response: Denied. Mr. Thomas testified he spends his days looking for the same kind of work he had been performing, prior to the accident, p. 61.