# Defendant's Exhibit Q

W-703-846-8392
(3:15 pm)

AD-RS-MA017

Qualified

## Barry Edmonds
8714 Fort Foote Rd.
Fort Washington, M.D. 20744

Home- 301-567-0326

January 3, 2003

Tonya High
1350- Penn. ave
WASHINGTON D.C 20004 RM 209
Personnel Operation Office

Dear Friend,

Ranking Factor

1. Thorough knowledge of the concepts, praticas, and policies associated with real estate management programs.
I'm currently taking a real estate course

2. Knowledge of the principles, pratices, regulation, polices and techniques associated with support services function. (e.g. property management, safety, security, mailroom operation, etc.)

2 Working at D.C. City Council Support Service Division I assisted in conducting the quality reviews of the equipment records and supplies and property. Also handle all presort mail for Councilmemeber office and process all incoming-out gong mail for United States Postal Service.

3. Strong interpersonal skill and knowledge of written and oral communication techniques and methods in order to develop/ persuade/negotiate technical and implementation issues, and to solicit or provide information in a highly effective and articulate manner.

3.By working with D.C.City Council one of my responsibilities were to Negotiate bids with Outside Contractors for supplies and equipment proposals.

*Sincerely*

*Barry Edmonds*

Barry N. Edmonds
8714 Fort Foote rd
Fort Washington MD, 20744
Home (301-567-0326)
Work (202-678-8350)

**Objective:** To find a job that utilizes a broad range of my managerial and business skills and offer the potential for advancement.

## Experience
### WASHINGTON TIMES - Area Manager
Lanham, MD
Present

## Responsibilities

- Managing and coordinate work schedules for 18 employees who delivery of the Washington Times and other publication in a timely matter in Prince George's County area.
- Conduct customer service inquiries with employees and customer to maintain excellent survives in the Prince Georges Area.
- Process payroll and maintain the budget for PG3 area.
- Make presentation to staff by providing information of all office function such as circulation department issues.
- Attend weekly meeting about circulation problem and service issues.
- Conduct daily Sales presentation in PG3 area for new customer account.
- Train any new carrier for carrier position to deliver the Washington Times.

## Experience
### DOW JONES, WALL STREET JOURNAL - District Manager/ Circulation Supervisor
Silver Spring MD
Jan 1989 - Feb 2001

## Responsibilities

- Supervisor and coordinate work schedules for twenty employees who deliver The Wall Street Journal, and other publications in a timely manner.
- Conduct customer service inquiries with employees and customer to maintain excellent service in the downtown metropolitan area.
- Make presentations to staff by providing information of office functions such as circulation department issues and intra-office information dissemination.
- Process payroll and maintain the budgets for AD Operation.
- Handle distribution of 6,800 copies from the White Oak Plant, 80% of which are outside publications.

## D.C. CITY COUNCIL
Washington D.C.
Purchasing Agent, Procurement Officer, Vehicle Maintenance Coordinator,
Administrative Assistant Supervisor, Property Inventory Specialist,

0324

09/05/2006 19:15 FAX                                                                              ☒012

Oct 1981-Jan 1989

### Responsibilities:

- Assisted council members with committee meetings and organized administrative staff with the preparation of materials for legislation meetings.
- Supervised an administrative staff with various functions dealing with administrative departments: Firefighter, Police, Judiciary System for District Government and all functions on Judiciary committee.
- Attend various meetings such as ANC and Legislation meetings, and serve as ward staff liaison.
- Provided and assisted with messenger services, billings, logs, and spreadsheets.
- Delivered and sort mail for the council member and trained staff members on convince copiers and run high powered Xerox copiers as well as Cheshire mailing postage machine
- Handling all presorts mail for Councilmemeber office and processes all incoming-out going mail for the United State Postal Service.
- Act as D.C. Council vehicles controlled Transportation monitor for vehicle maintenance coordinator and manage 15 vehicles for the Council members.
- Assisted in conducting the quality reviews of the equipment records and supplies.
- Reviews all jobs order any additional cost element in equipment of procurement request.
- Negotiated bids with Outside Contractors for supplies and equipment proposals. And made the final recommendations on contract bids and purchasing orders

### EDUCATION: POTOMAC COLLEGE-Present
Major: Bachelor of Science in Computer System Management / Minor Business Management

### SOUTHEASTERN UNIVERSITY

Major: Business Administration

High School Diploma- June 1979, Dunbar High School

Computer Experience: Microsoft Word, Microsoft Excel, Windows 2000, DOW JONES WINDOWS NT 98, IBM SYSTEM, INTERNET, CONVINCE COPIER, CHESHIRE MAIL MACHINE,

AWARDS: Received three plaques for outstanding service, written up in the company Newspaper as Quarterly Supervisor Operation Voted IN the Northeast Region   *[handwritten: Where? Dow Jones]*

HOBBIES: Tennis, Fishing, Golf

D00325