UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| WALTER THOMAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-1784 (RJL) |
| ) | |
| NATWAR GANDHI ) | |
| Office of the Chief Financial Officer ) | |
| of the District of Columbia ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th day of November 2007, hereby

**ORDERED** that [#14] defendant's motion for partial summary judgment is

GRANTED

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge