IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Walter Thomas,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No. 05-1784<br>    RJL |
| Natwar Ghandi,<br>    Defendant | )<br>)<br>) | |

**PLAINTIFF WALTER THOMAS' MOTION TO AMEND AND
FOR CLARIFICATION OF THE COURT'S ORDER GRANTING
PARTIAL SUMMARY JUDGMENT**

Plaintiff Walter Thomas, (Mr. Thomas), files this motion, pursuant to Fed.R.Civ.P. 52(b), requesting the Court amend and clarify the Court's Memorandum Opinion dated November 29, 2007 and the November 30, 2007 Order, as to Mr. Thomas' age claim for the Lead Support Specialist positions. Plaintiff's counsel contacted Mary Pivec, counsel for defendant, concerning this motion on December 14, , 2007 and informed her of the basis for this motion. Ms. Pivec is opposed to the filing of this motion.

Mr. Thomas seeks amendment and clarification of the Court's ruling, R. 27 at. 5-8 , holding Mr. Thomas did not establish a prima facie case of age discrimination with respect to the Lead Logistics Management Specialist position; there was no evidence Mr. Thomas was a Career Service employee; Mr. Thomas cannot claim age discrimination for the LLMS vacancy, since he

did not apply; and D.C. Code § 1-624.04 required a reduction in force appeal be filed in thirty days.

For the reasons stated in the accompanying Memorandum of Points and Authorities, Mr. Thomas respectfully requests the motion be granted.

                                           Respectfully Submitted,

/s/_____
Barbara B. Hutchinson
D.C. Bar No. 418967
7907 Powhatan Street
New Carrollton, MD. 20784
Telephone: (301) 577-3387
Facsimile: (301) 577-3764
Attorney for Plaintiff