IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-1784<br>)        RJL<br>) |
| Natwar Ghandi,<br>    Defendant | )<br>)<br>) |

ORDER

The Court having considered the Plaintiff Walter Thomas' Motion to Amend and for Clarification of the Court's Order Granting Partial Summary Judgment, the defendant's Response In Opposition, and the record, in this matter, the Court finds the motion is supported by substantial evidence and good cause exists for the court exercising its discretion to amend the Court's Memorandum Opinion and Order. Dismissal of Count I of the Complaint as to Mr. Thomas' claim of age discrimination for the Lead Logistics Management Specialist position is reversed. Disputes of material fact exist as to Mr. Thomas' claim for the two Lead Support Specialist positions that the defendant failed to grant him his rights as a Career Service employee based upon his age; readvertised the Lead Support Services Specialist position under a different name; and that defendant failed to select him for a vacant position for which he was qualified based upon his age.                .

And It Is So Ordered, this _____ day of _____, 2007.

_____
Richard J. Leon
United States District Judge

Notice To:
Attorney for Plaintiff:
Barbara B. Hutchinson
7907 Powhatan Street
New Carrollton, MD. 20784

Attorney for Defendant:
Mary Pivec
1001 G Street, N.W.
Washington, D.C. 20001