e Mayor shall

AL STABILITY

his title, the
t the District
agement effi-

ding defaults,
sound budg-
e delivery of

mproving the
effectiveness
he efficiency

nt for trans-
ither Federal
which would
an approved

f the Council,
bia, and the
e and submit
to assist it
ding submit-
itures, budg-
cial or budg-

han 30 days
control year,
ng—
ient in meet-

the District
for the fiscal

ng the fiscal

FINANCIAL

each report
ction 456 of
overnmental
the Federal
all submit a
nd accuracy

ction 456 of
overnmental
the Federal
d by adding

"(e) SUBMISSION OF REPORTS TO DISTRICT OF COLUMBIA FINAN-
CIAL RESPONSIBILITY AND MANAGEMENT ASSISTANCE AUTHORITY.—
In the case of any report submitted by the Mayor under this
section for a fiscal year (or any quarter of a fiscal year) which
is a control year under the District of Columbia Financial Respon-
sibility and Management Assistance Act of 1995, the Mayor shall
submit the report to the District of Columbia Financial Responsibil-
ity and Management Assistance Authority established under section
101(a) of such Act in addition to any other individual to whom
the Mayor is required to submit the report under this section.".

(c) COMMENTS REGARDING ACTIVITIES OF DISTRICT GOVERN-
MENT.—At any time during a control year, the Authority may
submit a report to Congress describing any action taken by the
District government (or any failure to act by the District govern-
ment) which the Authority determines will adversely affect the
District government's ability to comply with an approved financial
plan and budget under subtitle A or will otherwise have a significant
adverse impact on the best interests of the District of Columbia.

(d) REPORTS ON EFFECT OF FEDERAL LAWS ON DISTRICT
GOVERNMENT.—At any time during any year, the Authority may
submit a report to the Mayor, the Council, the President, and
Congress on the effect of laws enacted by Congress on the financial
plan and budget for the year and on the financial stability and
management efficiency of the District government in general.

(e) MAKING REPORTS PUBLICLY AVAILABLE.—The Authority
shall make any report submitted under this section available to
the public, except to the extent that the Authority determines
that the report contains confidential material.

# TITLE III—MISCELLANEOUS PROVISIONS

### SEC. 301. OTHER DISTRICT BUDGET REFORMS.

(a) INCLUSION OF ALL FUNDS OF DISTRICT IN BUDGET OF DIS-
TRICT GOVERNMENT.—

(1) IN GENERAL.—Section 103 of the District of Columbia
Self-Government and Governmental Reorganization Act (sec.
1–202, D.C. Code) is amended—    87 Stat. 777.

(A) by amending paragraph (10) to read as follows:
"(10) The term 'District revenues' means all funds derived
from taxes, fees, charges, miscellaneous receipts, the annual
Federal payment to the District authorized under title V, grants
and other forms of financial assistance, or the sale of bonds,
notes, or other obligations, and any funds administered by
the District government under cost sharing arrangements.";

(B) by amending paragraph (14) to read as follows:
"(14) The term 'resources' means revenues, balances, enter-
prise or other revolving funds, and funds realized from borrow-
ing."; and

(C) by amending paragraph (15) to read as follows:
"(15) The term 'budget' means the entire request for appro-
priations or loan or spending authority for all activities of
all departments or agencies of the District of Columbia financed
from all existing, proposed or anticipated resources, and shall
include both operating and capital expenditures.".

109 STAT. 142                PUBLIC LAW 104-8—APR. 17, 1995

(2) EFFECTIVE DATE.—The amendments made by paragraph (1) shall apply with respect to revenues, resources, and budgets of the District of Columbia for fiscal years beginning with fiscal year 1996.—

(b) RESTRICTIONS ON REPROGRAMMING OF FUNDS.—

87 Stat. 801.

(1) IN GENERAL.—Section 446 of such Act (sec. 47–304, D.C. Code) is amended by adding at the end the following: "After the adoption of the annual budget for a fiscal year (beginning with the annual budget for fiscal year 1995), no reprogramming of amounts in the budget may occur unless the Mayor submits to the Council a request for such reprogramming and the Council approves the request, but only if any additional expenditures provided under such request for an activity are offset by reductions in expenditures for another activity.".

(2) CONFORMING AMENDMENT.—Section 5 of D.C. Law 3–100 (sec. 47–364, D.C. Code) is hereby repealed.

(c) PERMITTING COUNCIL TO REQUEST BUDGET ADJUSTMENTS FROM MAYOR.—Section 442 of the District of Columbia Self-Govern-

87 Stat. 798.

ment and Governmental Reorganization Act (sec. 47–301, D.C. Code) is amended by adding at the end the following new subsection: "(d) The Mayor shall prepare and submit to the Council a proposed supplemental or deficiency budget recommendation under subsection (c) if the Council by resolution requests the Mayor to submit such a recommendation.".

(d) REQUIRING BUDGETARY IMPACT STATEMENTS TO ACCOMPANY ACTS OF COUNCIL.—

87 Stat. 814.

(1) IN GENERAL.—Section 602(c) of the District of Columbia Self-Government and Governmental Reorganization Act (sec. 1–233(c), D.C. Code) is amended by adding at the end the following new paragraph:

"(3) The Council shall submit with each Act transmitted under this subsection an estimate of the costs which will be incurred by the District of Columbia as a result of the enactment of the Act in each of the first 4 fiscal years for which the Act is in effect, together with a statement of the basis for such estimate.".

(2) EFFECTIVE DATE.—The amendment made by paragraph (1) shall apply to Acts of the Council transmitted on or after October 1, 1995.

(e) EXTENSION OF AUTHORIZATION OF ANNUAL FEDERAL PAY-MENT.—Section 503(c) of the District of Columbia Self-Government and Governmental Reorganization Act (sec. 47–3406.1(c), D.C. Code), as added by section 2 of the Federal Payment Reauthoriza-

108 Stat. 3488.

tion Act of 1994, is amended by striking "fiscal year 1996" and inserting "each of the fiscal years 1996, 1997, 1998, and 1999".

SEC. 302. ESTABLISHMENT OF CHIEF FINANCIAL OFFICER OF DIS-TRICT OF COLUMBIA.

(a) IN GENERAL.—Part B of title IV of the District of Columbia

87 Stat. 789.

Self-Government and Governmental Reorganization Act is amended by adding at the end the following new section:

"CHIEF FINANCIAL OFFICER OF THE DISTRICT OF COLUMBIA

"SEC. 424. (a) ESTABLISHMENT OF OFFICE.—

"(1) IN GENERAL.—There is hereby established within the executive branch of the government of the District of Columbia an Office of the Chief Financial Officer of the District of Colum-

, 1995

s made by paragraph
sources, and budgets
ars beginning with

NDS.—
n Act (sec. 47–304,
end the following:
c for a fiscal year
cal year 1995), no
may occur unless
or such reprogram-
st, but only if any
ch request for an
itures for another

5 of D.C. Law 3-
d.

GET ADJUSTMENTS
mbia Self-Govern-
sec. 47–301, D.C.
ng new subsection:
to the Council a
mendation under
sts the Mayor to

S TO ACCOMPANY

trict of Columbia
ization Act (sec.
at the end the

ansmitted under
will be incurred
nactment of the
h the Act is in
such estimate.".
de by paragraph
tted to on or after

FEDERAL PAY-
elf-Government
3406.1(c), D.C.
t Reauthoriza-
ear 1996" and
98, and 1999".

FICER OF DIS-

ct of Columbia
Act is amended

OLUMBIA

d within the
ct of Columbia
rict of Colum-

bia (hereafter referred to as the 'Office'), which shall be headed by the Chief Financial Officer of the District of Columbia (hereafter referred to as the 'Chief Financial Officer').

"(2) OFFICE OF THE TREASURER.—The Office shall include the Office of the Treasurer, which shall be headed by the Treasurer of the District of Columbia, who shall be appointed by the Chief Financial Officer and subject to the Chief Financial Officer's direction and control.

"(3) TRANSFER OF OTHER OFFICES.—Effective with the appointment of the first Chief Financial Officer under subsection (b), the functions and personnel of the following offices are transferred to the Office:

"(A) The Controller of the District of Columbia.
"(B) The Office of the Budget.
"(C) The Office of Financial Information Services.
"(D) The Department of Finance and Revenue.

"(4) SERVICE OF HEADS OF OTHER OFFICES.—

"(A) OFFICE HEADS APPOINTED BY MAYOR.—With respect to the head of the Office of the Budget and the head of the Department of Finance and Revenue—

"(i) the Mayor shall appoint such individuals with the advice and consent of the Council, subject to the approval of the Authority during a control year; and

"(ii) during a control year, the Authority may remove such individuals from office for cause, after consultation with the Mayor.

"(B) OFFICE HEADS APPOINTED BY CHIEF FINANCIAL OFFICER.—With respect to the Controller of the District of Columbia and the head of the Office of Financial Information Services—

"(i) the Chief Financial Officer shall appoint such individuals subject to the approval of the Mayor; and

"(ii) the Chief Financial Officer may remove such individuals from office for cause, after consultation with the Mayor.

"(b) APPOINTMENT.—

"(1) IN GENERAL.—

"(A) CONTROL YEAR.—During a control year, the Chief Financial Officer shall be appointed by the Mayor as follows:

"(i) Prior to the appointment of the Chief Financial Officer, the Authority may submit recommendations for the appointment to the Mayor.

"(ii) In consultation with the Authority and the Council, the Mayor shall nominate an individual for appointment and notify the Council of the nomination.

"(iii) After the expiration of the 7-day period which begins on the date the Mayor notifies the Council of the nomination under clause (ii), the Mayor shall notify the Authority of the nomination.

"(iv) The nomination shall be effective subject to approval by a majority vote of the Authority.

"(B) OTHER YEARS.—During a year other than a control year, the Chief Financial Officer shall be appointed by the Mayor with the advice and consent of the Council. Prior to appointment, the Authority may submit recommendations for the appointment.

PUBLIC LAW 104-8—APR. 17, 1995

"(2) REMOVAL.—

"(A) CONTROL YEAR.—During a control year, the Chief Financial Officer may be removed for cause by the Authority or by the Mayor with the approval of the Authority.

"(B) OTHER YEARS.—During a year other than a control year, the Chief Financial Officer shall serve at the pleasure of the Mayor, except that the Chief Financial Officer may only be removed for cause.

"(3) SALARY.—The Chief Financial Officer shall be paid at an annual rate determined by the Mayor, except that such rate may not exceed the rate of basic pay payable for level IV of the Executive Schedule.

"(c) FUNCTIONS DURING CONTROL YEAR.—During a control year, the Chief Financial Officer shall have the following duties:

"(1) Preparing the financial plan and budget for the use of the Mayor for purposes of subtitle A of title II of the District of Columbia Financial Responsibility and Management Assistance Act of 1995.

"(2) Preparing the budgets of the District of Columbia for the year for the use of the Mayor for purposes of part D.

"(3) Assuring that all financial information presented by the Mayor is presented in a manner, and is otherwise consistent with, the requirements of the District of Columbia Financial Responsibility and Management Assistance Act of 1995.

"(4) Implementing appropriate procedures and instituting such programs, systems, and personnel policies within the Officer's authority, to ensure that budget, accounting and personnel control systems and structures are synchronized for budgeting and control purposes on a continuing basis.

"(5) With the approval of the Authority, preparing and submitting to the Mayor and the Council—

"(A) annual estimates of all revenues of the District of Columbia (without regard to the source of such revenues), including proposed revenues, which shall be binding on the Mayor and the Council for purposes of preparing and submitting the budget of the District government for the year under part D, except that the Mayor and the Council may prepare the budget based on estimates of revenues which are lower than those prepared by the Chief Financial Officer; and

"(B) quarterly re-estimates of the revenues of the District of Columbia during the year.

"(6) Supervising and assuming responsibility for financial transactions to ensure adequate control of revenues and resources, and to ensure that appropriations are not exceeded.

"(7) Maintaining systems of accounting and internal control designed to provide—

"(A) full disclosure of the financial impact of the activities of the District government;

"(B) adequate financial information needed by the District government for management purposes;

"(C) effective control over, and accountability for, all funds, property, and other assets of the District of Columbia; and

"(D) reduction of the applicable base pay for preparing and supporting agency budget requests and controlling the execution of the budget.

"(8) Submitting to the Council a financial statement of the District government, containing such details and at such times as the Council may specify.

"(9) Supervising and assuming responsibility for the assessment of all property subject to assessment and special assessments within the corporate limits of the District of Columbia for taxation, preparing tax maps, and providing such notice of taxes and special assessments (as may be required by law).

"(10) Supervising and assuming responsibility for the levying and collection of all taxes, special assessments, licensing fees, and other revenues of the District of Columbia (as may be required by law), and receiving all amounts paid to the District of Columbia from any source (including the Authority).

"(11) Maintaining custody of all public funds belonging to or under the control of the District government (or any department or agency of the District government), and depositing all amounts paid in such depositories and under such terms and conditions as may be designated by the Council or the Authority.

"(12) Maintaining custody of all investment and invested funds of the District government or in possession of the District government in a fiduciary capacity, and maintaining the safekeeping of all bonds and notes of the District government and the receipt and delivery of District government bonds and notes for transfer, registration, or exchange.

"(13) Apportioning the total of all appropriations and funds made available during the year for obligation so as to prevent obligation or expenditure in a manner which would result in a deficiency or a need for supplemental appropriations during the year, and (with respect to appropriations and funds available for an indefinite period and all authorizations to create obligations by contract in advance of appropriations) apportioning the total of such appropriations, funds, or authorizations in the most effective and economical manner.

"(14) Certifying all contracts (whether directly or through delegation) prior to execution as to the availability of funds to meet the obligations expected to be incurred by the District government under such contracts during the year.

"(15) Prescribing the forms of receipts, vouchers, bills, and claims to be used by all agencies, offices, and instrumentalities of the District government.

"(16) Certifying and approving prior to payment all bills, invoices, payrolls, and other evidences of claims, demands, or charges against the District government, and determining the regularity, legality, and correctness of such bills, invoices, payrolls, claims, demands, or charges.

"(17) In coordination with the Inspector General of the District of Columbia, performing internal audits of accounts and operations and records of the District government, including the examination of any accounts or records of financial transactions, giving due consideration to the effectiveness of accounting systems, internal control, and related administrative practices of the departments and agencies of the District government.

"(d) FUNCTIONS DURING ALL YEARS.—At all times, the Chief Financial Officer shall have the following duties:

"(1) Exercising responsibility for the administration and supervision of the District of Columbia Treasurer (except that the Chief Financial Officer may delegate any portion of such responsibility as the Chief Financial Officer considers appropriate and consistent with efficiency).

"(2) Administering all borrowing programs of the District government for the issuance of long-term and short-term indebtedness.

"(3) Administering the cash management program of the District government, including the investment of surplus funds in governmental and non-governmental interest-bearing securities and accounts.

"(4) Administering the centralized District government payroll and retirement systems.

"(5) Governing the accounting policies and systems applicable to the District government.

"(6) Preparing appropriate annual, quarterly, and monthly financial reports of the accounting and financial operations of the District government.

Reports.

"(7) Not later than 120 days after the end of each fiscal year (beginning with fiscal year 1995), preparing the complete financial statement and report on the activities of the District government for such fiscal year, for the use of the Mayor under section 448(a)(4) of the District of Columbia Self-Government and Governmental Reorganization Act.

"(e) FUNCTIONS OF TREASURER.—At all times, the Treasurer shall have the following duties:

Reports.

"(1) Assisting the Chief Financial Officer in reporting revenues received by the District government, including submitting annual and quarterly reports concerning the cash position of the District government not later than 60 days after the last day of the quarter (or year) involved. Such reports shall include:

"(A) Comparative reports of revenue and other receipts by source, including tax, nontax, and Federal revenues, grants and reimbursements, capital program loans, and advances. Each source shall be broken down into specific components.

"(B) Statements of the cash flow of the District government for the preceding quarter or year, including receipts, disbursements, net changes in cash inclusive of the beginning balance, cash and investment, and the ending balance, inclusive of cash and investment. Such statements shall reflect the actual, planned, better or worse dollar amounts and the percentage change with respect to the current quarter, year-to-date, and fiscal year.

"(C) Quarterly cash flow forecast for the quarter or year involved, reflecting receipts, disbursements, net change in cash inclusive of the beginning balance, cash and investment, and the ending balance, inclusive of cash and investment with respect to the actual dollar amounts for the quarter or year, and projected dollar amounts for each of the 3 succeeding quarters.

Reports.

"(D) Monthly reports reflecting a detailed summary analysis of all District of Columbia government investments, including, but not limited to—

"(i) the total of long-term and short-term invest-
ments;

"(ii) a detailed summary analysis of investments
by type and amount, including purchases, sales (matu-
rities), and interest;

"(iii) an analysis of investment portfolio mix by
type and amount, including liquidity, quality/risk of
each security, and similar information;

"(iv) an analysis of investment strategy, including
near-term strategic plans and projects of investment
activity, as well as forecasts of future investment
strategies based on anticipated market conditions, and
similar information;

"(v) an analysis of cash utilization, including—

"(I) comparisons of budgeted percentages of
total cash to be invested with actual percentages
of cash invested and the dollar amounts;

"(II) comparisons of the next return on
invested cash expressed in percentages (yield) with
comparable market indicators and established Dis-
trict of Columbia government yield objectives; and

"(III) comparisons of estimated dollar return
against actual dollar yield.

"(E) Monthly reports reflecting a detailed summary
analysis of long-term and short-term borrowings inclusive
of debt as authorized by section 603, in the current fiscal
year and the amount of debt for each succeeding fiscal
year not to exceed 5 years. All such reports shall reflect—

"(i) the amount of debt outstanding by type of
instrument;

"(ii) the amount of authorized and unissued debt,
including availability of short-term lines of credit,
United States Treasury borrowings, and similar
information;

"(iii) a maturity schedule of the debt;

"(iv) the rate of interest payable upon the debt;
and

"(v) the amount of debt service requirements and
related debt service reserves.

"(2) Such other functions assigned to the Chief Financial
Officer under subsection (c) or subsection (d) as the Chief
Financial Officer may delegate.

"(f) DEFINITIONS.—In this section—

"(1) the term 'Authority' means the District of Columbia
Financial Responsibility and Management Assistance Authority
established under section 101(a) of the District of Columbia
Financial Responsibility and Management Assistance Act of
1995;

"(2) the term 'control year' has the meaning given such
term under section 305(4) of such Act; and

"(3) the term 'District government' has the meaning given
such term under section 305(5) of such Act.".

(b) PROHIBITING DELEGATION OF CHIEF FINANCIAL OFFICER'S
AUTHORITY.—Section 422(6) of the District of Columbia Self-Govern-
ment and Governmental Reorganization Act (sec. 1–242(6), D.C.
Code) is amended by adding at the end the following: "Nothing
in the previous sentence may be construed to permit the Mayor

*Margin notes:* Reports.    87 Stat. 791.

109 STAT. 148      PUBLIC LAW 104-8—APR. 17, 1995

to delegate any functions assigned to the Chief Financial Officer of the District of Columbia under section 424, without regard to whether such functions are assigned to the Chief Financial Officer under such section during a control year (as defined in section 305(4) of the District of Columbia Financial Responsibility and Management Assistance Act of 1995) or during any other year.".

Repeal.

(c) CONFORMING AMENDMENT.—Effective upon the appointment of the Chief Financial Officer of the District of Columbia under section 424(b) of the District of Columbia Self-Government and Governmental Reorganization Act (as added by subsection (a)), D.C. Law 3-138 (sec. 47-314 et seq., D.C. Code) is repealed.

(d) CLERICAL AMENDMENT.—The table of contents of part B of title IV of the District of Columbia Self-Government and Governmental Reorganization Act is amended by adding at the end the following new item:

"Sec. 424. Chief Financial Officer of the District of Columbia.".

## SEC. 303. REVISIONS TO POWERS AND DUTIES OF INSPECTOR GENERAL OF DISTRICT OF COLUMBIA.

(a) APPOINTMENT AND TERM OF SERVICE; INDEPENDENCE OF BUDGET.—Section 208(a) of the District of Columbia Procurement Practices Act of 1985 (sec. 1-1182.8(a), D.C. Code) is amended by striking paragraphs (1) and (2) and inserting the following:

Establishment.

"(1)(A) There is created within the executive branch of the government of the District of Columbia the Office of the Inspector General. The Office shall be headed by an Inspector General appointed pursuant to subparagraph (B), who shall serve for a term of 6 years and shall be subject to removal only for cause by the Mayor (with the approval of the District of Columbia Financial Responsibility and Management Assistance Authority in a control year) or (in the case of a control year) by the Authority. The Inspector General may be reappointed for additional terms.

"(B) During a control year, the Inspector General shall be appointed by the Mayor as follows:

"(i) Prior to the appointment of the Inspector General, the Authority may submit recommendations for the appointment to the Mayor.

"(ii) In consultation with the Authority and the Council, the Mayor shall nominate an individual for appointment and notify the Council of the nomination.

"(iii) After the expiration of the 7-day period which begins on the date the Mayor notifies the Council of the nomination under clause (ii), the Mayor shall notify the Authority of the nomination.

"(iv) The nomination shall be effective subject to approval by a majority vote of the Authority.

"(C) During a year which is not a control year, the Inspector General shall be appointed by the Mayor with the advice and consent of the Council. Prior to appointment, the Authority may submit recommendations for the appointment.

"(D) The Inspector General shall be appointed without regard to party affiliation and solely on the basis of integrity and demonstrated ability in accounting, auditing, financial management analysis, public administration, or investigations.

"(E) The Inspector General shall be paid at an annual rate determined by the Mayor, except that such rate may not exceed the rate of basic pay payable for level IV of the Executive Schedule.