IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Natwar Gandhi, )<br>Office of the Chief Financial Officer )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1784 RJL |

**CONENT MOTION TO RESET STATUS CONFERENCE**

Defendant, Natwar Gandhi, through his undersigned counsel, respectfully moves the Court to reset the date of the status conference scheduled for Tuesday, February 26, 2008 at 11:30am. Plaintiff's counsel has consented to this motion. The grounds for the motion are as follows:

1. The Court set a status conference for Tuesday, February 26, 2008 at 11:30am after denying Plaintiff's Motion to Amend and for Clarification of the Court's Order Granting Partial Summary Judgment.

2. Due to a previously scheduled speaking engagement out of town, Defendant's counsel is unable to attend the status conference.

3. Plaintiff's counsel has consented to this motion. Both parties are available March 4, 2008. If the Court is unavailable, both parties are also available March 10, 11, 12, 13, and 14.

WHEREFORE, Defendant respectfully requests that the status conference set for Tuesday, February 26, 2008 at 11:30am be rescheduled for March 4, 2008.

Dated: February 19, 2008

Respectfully submitted,

*Mary E. Pivec*
Mary E. Pivec
D.C. Bar No. 445760
Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, DC 20005
(202) 434-4212 (Tel.)
(202) 434-4646 (Fax)

Counsel for Defendant