IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　Plaintiff　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　v.　　　　　　　　　　　　) | Civil Action No. 05-1784 RJL |
| 　　　　　　　　　　　　　　　　　) | |
| Natwar Gandhi,　　　　　　　　　　) | |
| Office of the Chief Financial Officer　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　Defendant.　　　　　　　　) | |

### CONSENT ORDER

Upon consideration of the Consent Motion to Reset Status Conference, it is hereby ORDERED that on this ____ day of February, 2008, Defendant's motion is GRANTED.

It is further ORDERED that the status conference set for Tuesday, February 26, 2008 at 11:30am shall be reset to March ____, 2008 at _____ am/pm.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　United States District Judge

3