UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. THOMAS., | : |
| Plaintiff, | : |
| v. | : |
| | : CV 05-01784 RJL |
| NATWAR M. GANDHI | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The Clerk of the Court will please ENTER the appearance of Assistant Attorney General Sarah L. Knapp, Office of the Attorney General, as additional counsel for defendant.

Dated this 5th day of August, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Toni Michelle Jackson*
        TONI MICHELLE JACKSON [453765]
        Chief, General Litigation Section III

        */s/ Sarah L. Knapp*
        SARAH L. KNAPP [470008]
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor
        Washington, D.C. 20001
        (202) 724 - 6528
        (202) 741 - 0559(fax)
        Email:  sarah.knapp@dc.gov