IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,<br>    Plaintiff<br><br>v.<br><br>Natwar Ghandi,<br>    Defendant | )<br>)<br>)<br>)  Civil Action No. 05-1784<br>)           RJL<br>)<br>)<br>)<br>) |

**JOINT REQUEST OF THE PARTIES FOR REFERRAL TO MEDIATION**

At the status conference held on September 10, 2008, the parties agreed to refer the above captioned matter to mediation. Pursuant to the instruction of the Court, the parties submit this Joint Request for Referral of this case to mediation. An appropriate order is attached to this request.

                                                                            Respectfully Submitted,

/s/_____         /s/_____
Barbara B. Hutchinson                                    Mary Pivec, Esq.
D.C. Bar No. 418967                                       D.C. Bar No. 445760
7907 Powhatan Street                                    Heller and Heckman, LLP
New Carrollton, MD. 20784                           1001 G Street, N.W., St. 500 West
Telephone: (301) 577-3387                           Washington, D.C. 20005
Facsimile: (301) 577-3764                             (202) 434-4212(Tel.)
Attorney for Plaintiff                                       (202) 434-4646(Fax)
                                                                         /s/_____
                                                                         Toni Michelle Jackson[453765]
                                                                         Chief, General Litigation Section III

                                                                         /s/_____
                                                                         Sarah L. Knapp[470008]
                                                                         Assistant Attorney General
                                                                         441 Fourth Street, N.W., 6th Flr
                                                                         Washington, D.C. 20001
                                                                         (202)-724-6528
                                                                         (202) 741-0559(fax)
                                                                         Counsel for Defendant