IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Walter Thomas,<br>　　　Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-1784<br>)　　　　RJL<br>) |
| Natwar Ghandi,<br>　　　Defendant | )<br>)<br>) |

## ORDER

At the joint request of the parties, this case is referred to mediation until \_\_\_\_ day of

_____, 2008.

And It Is So Ordered, this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Notice To:
Attorney for Plaintiff:
Barbara B. Hutchinson
7907 Powhatan Street
New Carrollton, MD. 20784

Attorneys for Defendant:

Mary Pivec, Esq.
1001 G Street, N.W, Suite 500 West
Washington, D.C. 20005

Toni Michelle Jackson, Esq.
Sarah L. Knapp, Esq.
441 Fourth Street, N.W. 6th Flr.
Washington, D.C. 20001